| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 | | |
| Telephone No: 310-826-7474 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>4849-2G | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT for the Western District of Texas

Plaintiff: REDSTONE LOGICS LLC
Defendant: NVIDIA CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00184 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Plaintiff's Rule 7.1 Disclosure Statement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice Of Related Cases; Order to Transfer

3. *a.* *Party served:* NVIDIA CORPORATION
   *b.* *Person served:* Kaneisha Gross, Authorized to Accept for Corporation Services Company Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 211 East 7th Street Suite 620, Austin, TX 78701

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 25 2025 (2) at: 03:27 PM

6. *Person Who Served Papers:*
   a. Dan Ray Cuppett                        d. *The Fee for Service was:* $326.85
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

5/ev/2025                          D R B
_____                _____
(Date)                             (Signature)



PROOF OF
SERVICE

13176161
(17213510)