IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:25-cv-00184[ADA] |
| | § | |
| NVIDIA CORPORATION | § | |

**NOTICE OF STIPULATION CONCERNING EXTENSION OF TIME FOR
DEFENDANT NVIDIA CORPORATION
TO ANSWER OR OTHERWISE RESPOND**

Pursuant to the Court's January 23, 2024 Standing Order Governing Proceedings (OGP) 4.4-Patent Cases, Defendant NVIDIA CORPORATION hereby notifies the Court that the Defendant has requested and Plaintiff is not opposed to a 45-day extension to answer or otherwise respond to REDSTONE LOGICS LLC's Complaint for Patent Infringement (the "Complaint") filed April 18, 2025.

Defendant's deadline to answer or otherwise respond to the Complaint is currently May 16, 2025. With a 45-day extension, Defendant's answer or other response would be due on June 30, 2025.

Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff is not opposed to the relief sought herein.

Dated: May 8, 2025

Respectfully submitted,

By */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT
NVIDIA CORPORATION