UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC

vs.                                              Case No.: 7:25-cv-00184-ADA

NVIDIA CORPORATION

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Elizabeth J. Baxter, counsel for NVIDIA Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Elizabeth J. Baxter may appear on behalf of NVIDIA Corporation in the above case.

IT IS FURTHER ORDERED that Elizabeth J. Baxter, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

UNITED STATES DISTRICT JUDGE