IN THE UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:25-cv-00184[ADA] |
| | § | |
| NVIDIA CORPORATION | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant NVIDIA CORPORATION files this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, PC, 102 North College, Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  June 5, 2025

Respectfully submitted,

By: */s/ Shaun W. Hassett*
    Shaun W. Hassett
    SBN: 24074372
    POTTER MINTON, PC
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: 903-525-2272
    Fax: 903-531-3972
    shaunhassett@potterminton.com

    **ATTORNEY FOR DEFENDANT**
    **NVIDIA CORPORATION**