AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| REDSTONE LOGICS LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:25-cv-00184-ADA |
| NVIDIA CORPORATION | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC .

Date: 06/11/2025

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*

Print    Save As...    Reset