IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 7:25-CV-00184-ADA |

**JOINT NOTICE TO DISMISS PLAINTIFF'S PRESUIT INDIRECT INFRINGEMENT CLAIMS WITHOUT PREJUDICE**

WHEREAS, the above-captioned action was by Plaintiff Redstone Logics LLC ("Redstone") against Defendant NVIDIA Corporation ("NVIDIA") (together "the Parties"), in the United States District Court for the Western District of Texas, Midland/Odessa Division on April 18, 2025.

WHEREAS, in the above-captioned action, Redstone alleges that certain of NVIDIA's products infringe U.S. Patent No. 8,549,339 (the "Asserted Patent").

NOW, THEREFORE, Redstone and NVIDIA, through their respective counsel, jointly provide notice to the Court of dismissal of the pre-suit portion of Redstone's claims of contributory infringement and induced infringement (herein, "pre-suit indirect infringement") of the Asserted Patent. Per Section VII of the Court's January 23, 2024 Standard Order Governing Proceedings (OGP) 4.4, the Parties agree that Redstone's dismissal is without prejudice and that Redstone may conduct discovery on its pre-suit indirect infringement allegations during the first three months of fact discovery. The Parties further agree that Redstone may re-plead its pre-suit indirect infringement allegations with specificity within the first three months after discovery opens if supported by a good faith basis under Rule 11. This joint notice is without prejudice to NVIDIA

filing a motion to dismiss Redstone's pre-suit indirect infringement claims in the event that Redstone amends its complaint to re-allege pre-suit indirect infringement at a later date.

Dated:  June 23, 2025          Respectfully submitted,

/s/ Shaun W. Hassett
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376*
Jaymin Patel, Bar No. 037693**
Elizabeth J. Baxter, Bar No. 037969**
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
CSCampbell@perkinscoie.com
TBowen@perkinscoie.com
JPatel@perkinscoie.com
EBaxter@perkinscoie.com

Philip A. Morin, Bar No. 256864**
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com

*Admission to W.D. Texas pending
**Pro hac vice admission pending

**ATTORNEY FOR DEFENDANT NVIDIA CORPORATION**

*/s/ Joshua Scheufler, with permission*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**
