# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>        Defendant. | CASE NO. 7:25-CV-00184 [ADA]<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT NVIDIA CORPORATION'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant NVIDIA Corporation provides the following disclosure:

NVIDIA Corporation is a publicly held corporation organized and existing under the laws of the State of Delaware. NVIDIA Corporation has no parent corporation. No publicly held company owns 10% or more of NVIDIA Corporation's stock.

Dated: June 30, 2025

Respectfully submitted,

/s/ Chad S. Campbell
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376*
Jaymin Patel, Bar No. 037693**
Elizabeth J. Baxter, Bar No. 037969**
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
CSCampbell@perkinscoie.com
TBowen@perkinscoie.com
JPatel@perkinscoie.com
EBaxter@perkinscoie.com

Philip A. Morin, Bar No. 256864**
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN 24074372
Michael E. Jones, SBN 10929400
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
ShaunHassett@potterminton.com
MikeJones@potterminton.com

*Attorneys for Defendant NVIDIA Corporation*

*Admission to W.D. Texas pending
**Pro hac vice* admission pending