UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC,

    *Plaintiff*,

v.

NVIDIA CORPORATION,

    *Defendant*.

Case No. 7:25-CV-00184-ADA

## CASE READINESS STATUS REPORT

Plaintiff Redstone Logics LLC and Defendant NVIDIA Corporation, hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 18, 2025. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

Defendant filed an Answer on June 30, 2025. Defendant has not asserted any counterclaims.

## PEDNING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are three related cases in this judicial district: *Redstone Logics LLC v. Qualcomm Inc.*, 7:24-cv-00231-ADA; *Redstone Logics LLC* v. *Advanced Micro Devices, Inc.*, 7:25-cv-00182-DC-DTG; and *Redstone Logics LLC v. Apple Inc.*, 7:25-cv-00183-ADA.  This action and

the actions against Advanced Micro Devices and Apple are CRSR Related Cases. Redstone asserts just U.S. Patent No. 8,549,339 in all actions.

## IPR, CBM, AND OTHER PGR FILINGS

IPR2025-00485 was filed by NXP USA, Inc. and Qualcomm Inc. on January 22, 2025 and docketed on March 12, 2025. An institution decision is expected on or before September 12, 2025. A Final Written decision is expected on or before September 12, 2026.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of seven claims. The asserted patent is U.S. Patent No. 8,549,339.

## APPOINTMENT OF TECHNICAL ADVISOR

Given the Court's experience, the Parties do not believe a technical advisor is necessary.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. Defendant may seek leave to conduct pre-*Markman* foreign discovery pursuant to the Hague Convention.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Chad S. Campbell*
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376*
Jaymin Patel, Bar No. 037693**
Elizabeth J. Baxter, Bar No. 037969**
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
CSCampbell@perkinscoie.com
TBowen@perkinscoie.com
JPatel@perkinscoie.com

EBaxter@perkinscoie.com

Philip A. Morin, Bar No. 256864**
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com

*Admission to W.D. Texas pending
**Pro hac vice admission pending

**ATTORNEY FOR DEFENDANT NVIDIA CORPORATION**

*/s/ Joshua Scheufler*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com

Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Joshua Scheufler*
