# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | CASE NO. 7:25-CV-00184 [ADA] |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant NVIDIA Corporation files this Notice of Appearance of Counsel and hereby notifies the Court that Tyler R. Bowen of Perkins Coie LLP, 2525 E. Camelback Road, Suite 500, Phoenix, Arizona 85016 is appearing as counsel for Defendant. All pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action are requested to be served upon counsel at the address referenced below.

Dated: July 11, 2025

Respectfully submitted,

/s/ Tyler R. Bowen
Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
Tyler R. Bowen, Bar No. 025376
TBowen@perkinscoie.com
Jaymin Patel, Bar No. 037693**
JPatel@perkinscoie.com
Elizabeth J. Baxter, Bar No. 037969**
EBaxter@perkinscoie.com
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227

-2-

        Philip A. Morin, Bar No. 256864**
        PMorin@perkinscoie.com
        **PERKINS COIE LLP**
        11452 El Camino Real, Suite 300
        San Diego, California 92130-2080

*Attorneys for Defendant NVIDIA Corporation*

**Pro Hac Vice* admission pending

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 11, 2025 to all counsel of record, via the Court's CM/ECF system:

Reza Mirzaie
Marc A. Fenster
Neil A. Rubin
Christian W. Conkle
Jonathan Ma
Joshua Scheufler
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

*/s/ Tyler R. Bowen*
Tyler R. Bowen

182656650