# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant*. | Case No. 7:25-CV-00184-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's Order Governing Procedures, the Parties hereby jointly move for entry of the agreed proposed Scheduling Order attached hereto.

| | |
|---|---|
| Dated:  August 4, 2025 | Respectfully submitted, |
| | |
| /s/ Reza Mirzaie | /s/ Tyler R. Bowen |
| Reza Mirzaie | Chad S. Campbell, Bar No. 012080 |
| CA State Bar No. 246953 | Tyler R. Bowen, Bar No. 025376 |
| Marc A. Fenster | Jaymin Patel, Bar No. 037693* |
| CA State Bar No. 181067 | Elizabeth J. Baxter, Bar No. 037969* |
| Neil A. Rubin | PERKINS COIE LLP |
| CA State Bar No. 250761 | 2525 E. Camelback Road, Suite 500 |
| Christian W. Conkle | Phoenix, Arizona 85016-4227 |
| CA State Bar No. 306374 | Tel.: 602-351-8000 |
| Jonathan Ma | Fax: 602-648-7000 |
| CA State Bar No. 312773 | CSCampbell@perkinscoie.com |
| Joshua Scheufler | TBowen@perkinscoie.com |
| TX State Bar No. 24123406 | JPatel@perkinscoie.com |
| RUSS AUGUST & KABAT | EBaxter@perkinscoie.com |
| 12424 Wilshire Boulevard, 12th Floor | |
| Los Angeles, CA 90025 | Philip A. Morin, Bar No. 256864* |
| Telephone: 310-826-7474 | PERKINS COIE LLP |
| Email: rmirzaie@raklaw.com | 11452 El Camino Real, Suite 300 |
| Email: mfenster@raklaw.com | San Diego, California 92130-2080 |
| Email: nrubin@raklaw.com | Tel.: 858-720-5700 |
| Email: cconkle@raklaw.com | Fax: 858-720-5799 |
| Email: jma@raklaw.com | PMorin@perkinscoie.com |
| Email : jscheufler@raklaw.com | |
| | Shaun W. Hassett, SBN: 24074372 |
| Qi (Peter) Tong | Michael E. Jones, SBN: 10929400 |
| TX Bar No. 24119042 | POTTER MINTON, P.C. |
| RUSS AUGUST & KABAT | 102 North College, Suite 900 |
| 8080 N. Central Expy., Suite 1503 | Tyler, Texas 75702 |
| Dallas, TX 75206 | Tel.: 903-525-2272 |
| Telephone: 310-826-7474 | Fax: 903-531-3972 |
| Email: ptong@raklaw.com | shaunhassett@potterminton.com |
| | mikejones@potterminton.com |
| **ATTORNEYS FOR PLAINTIFF, REDSTONE LOGICS LLC** | *Pro hac vice admission pending |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

                                                          */s/ Reza Mirzaie*
                                                         Reza Mirzaie