IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>    *Defendant*. | Case No. 7:25-CV-00184-ADA |

## JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Plaintiff Redstone Logics LLC ("Redstone") and Defendant NVIDIA Corporation ("NVIDIA") (together "the Parties") hereby respectfully request the Court enter the attached Agreed Protective Order.

Dated: October 7, 2025

Respectfully submitted,

*/s/ Shaun W. Hassett*
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376*
Jaymin Patel, Bar No. 037693**
Elizabeth J. Baxter, Bar No. 037969**
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
CSCampbell@perkinscoie.com
TBowen@perkinscoie.com
JPatel@perkinscoie.com
EBaxter@perkinscoie.com

Philip A. Morin, Bar No. 256864**
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700

Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com

*Admission to W.D. Texas pending
**Pro hac vice admission pending

**ATTORNEY FOR DEFENDANT NVIDIA CORPORATION**
*/s/ Joshua Scheufler, with permission*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503

- 3 -

Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**