**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>             Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>             Defendant. | CASE NO. 7:25-CV-00184 [ADA] |

**DECLARATION OF MASSOUD PEDRAM, PH.D. IN SUPPORT OF DEFENDANT
NVIDIA CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Dr. Massoud Pedram, declare as follows:

## I.    INTRODUCTION

1.    I have been engaged by NVIDIA Corporation ("Defendant") to provide my expert opinion on claim construction issues regarding U.S. Patent No. 8,549,339 ("the '339 Patent"), which relates to multicore processors, before the U.S. District Court for the Western District of Texas.  I was asked to provide my opinions in this declaration ("Declaration"). I intend to provide testimony regarding my opinions if called to testify at a deposition.

2.    I am compensated for my work related to this litigation at my usual hourly rate of $1,100. My compensation is not influenced by, nor contingent upon, the substance of my opinions or the outcome of the case. Additionally, I have no other personal or financial interest in this litigation.

3.    The opinions expressed in this Declaration are my own and are based on my personal knowledge, my education, experience, and training, and on my understanding of the information and documents referenced in this Declaration. If called to testify as an expert in this case, I anticipate that my testimony will concern the matters addressed in this Declaration. My testimony may be affected by the positions that Plaintiff Redstone Logics LLC and/or its expert takes on these and other related topics after this Declaration is submitted, either in the form of expert declarations or deposition testimony, or any ruling that the Court may make, and therefore I reserve the right to provide testimony regarding those issues.

## II.    QUALIFICATIONS AND PERSONAL EXPERIENCE

4.    I am a Professor of Electrical and Computer Engineering and hold the Charles Lee Powell Chair in Electrical Engineering and Computer Science at the Viterbi School of Engineering, University of Southern California (USC).

5.    I am an expert in Energy-Efficient Computing and VLSI (Very Large Scale

Integration). My research spans the entire technology stack from microelectronics to data centers. My contributions are in developing low-power VLSI design methodologies and pioneering Electronic Design Automation (EDA) techniques like physical synthesis and optimization for leakage current and reliability in deeply scaled devices. I possess specialized knowledge in computer architecture, particularly the design and optimization of Chip Multiprocessing (CMP) and multi-core processor architectures, which I apply to both high-performance and low-power embedded systems. A major area of my expertise is system-level energy management, including Dynamic Power Management (DPM) and resource scheduling for cloud computing and massive data center infrastructures. Furthermore, I am an active researcher in emerging post-CMOS technologies, researching superconductor electronics and circuits based on Single Flux Quantum (SFQ) logic for ultra-efficient computing, as well as developing hardware and algorithms for quantum computing and specialized neural network accelerators.

6.      My academic background began with a B.S. in Electrical Engineering from the California Institute of Technology (Caltech) in 1986. I subsequently earned both my M.S. (1989) and Ph.D. (1991) in Electrical Engineering and Computer Sciences from the University of California, Berkeley, establishing the foundation for my research work in the field.

7.      My academic and research career began during my graduate studies at UC Berkeley (1986–1991), where I served as a Graduate Student Researcher in Electrical Engineering and Computer Sciences, concurrently holding a part-time research position at Xerox PARC (1987–1989). Upon completing my doctorate, I joined the University of Southern California (USC) as an Assistant Professor of Electrical Engineering in 1991, advancing to Associate Professor in 1996 and Full Professor in 2000. My leadership at USC has been recognized with named chair appointments, including being named the Stephen and Etta Varra

Professor in 2013, and since 2017, holding the Charles Lee Powell Chair in Electrical Engineering and Computer Science.

8.    I have instructed students at the undergraduate and graduate levels in core subjects vital to modern computing, including VLSI Circuit and System Design, Electronic Design Automation (EDA), Switching Theory, Computer Architecture and Machine Learning Hardware Design, and Energy-Efficient Circuits and Systems (Low Power Electronics).

9.    My technical work is codified by 12 issued U.S. patents and two pending applications, demonstrating a sustained commitment to applied research. My patented work covers a diverse range of low-power and high-performance circuit solutions, including innovations in pipelined architectures for logic circuits, novel address bus encoding techniques, and advanced leakage control methods such as charge recycling in multi-threshold CMOS and the design of low-leakage SRAMs. My most recent filings reflect my current focus on emerging hardware, covering breakthroughs in hybrid neural network processing and scalable high-performance Montgomery modular multipliers.

10.    My scholarly output includes four books and over 800 peer-reviewed publications, including journal articles, conference proceedings, and book chapters. My published work has contributed to several domains: I cover Computer-Aided Design (CAD) for VLSI circuits and systems, particularly pioneering techniques like physical synthesis and optimization for FPGA fabric design. My research details low-power electronics, addressing the complete lifecycle of energy management from circuit design to the system-level implementation of sophisticated power distribution, conversion, and regulation systems. My contributions include substantial research into multi-core processors and Chip Multiprocessing (CMP) architectures, with a focus on high-efficiency power management techniques and resource

scheduling across computing platforms.

11.     I have served on multiple technical and scientific advisory boards for high-tech companies. This includes advisory roles at EPIC Design, Magma Design Automation, and Atrenta Inc., all of which achieved successful IPOs or acquisitions. Demonstrating my commitment to innovation, I am also the co-founder and President of NouvAI, Inc., a startup specializing in cutting-edge machine learning hardware design.

12.     My research has secured substantial funding from numerous U.S. government agencies, including the National Science Foundation (NSF), Defense Advanced Research Projects Agency (DARPA), Intelligence Advanced Research Projects Activity (IARPA), the Department of Defense (DOD), and the Department of Energy (DoE), alongside major private sector partners like the Semiconductor Research Corporation (SRC). In these projects, I have frequently served as the Principal Investigator, leading multidisciplinary teams composed of faculty, graduate students, and industry partners to drive innovation from foundational research to practical application.

13.     I have been awarded numerous high-level honors. These include the 1996 Presidential Early Career Award for Scientists and Engineers (PECASE). I was recognized by my peers through election as an Institute of Electrical and Electronics Engineers (IEEE) Fellow in 2000 "for my leadership in low-power VLSI design and contributions to energy-efficient computing." More recently, I was named an Association for Computing Machinery (ACM) Fellow in 2023 for my "contributions to low-power VLSI circuits and sustainable computing." I also received the 2015 IEEE Circuits and Systems Society Charles A. Desoer Technical Achievement Award "for advances in low-power VLSI modeling and design." In 2017 I received the USC Viterbi School of Engineering Senior Research Award. And in early 2023 I was

honored with election as a Fellow of the American Association for the Advancement of Science (AAAS).

14.     I have been active in the academic community for over three decades. In 1996 I co-founded the IEEE/ACM International Symposium on Low Power Electronics and Design (ISLPED), and since July 2012 I have served as Chair of its Executive Committee. I also served as the organizer and Program Co-chair for the "Symposium on the Future of Computing: The Next 50 Years," an event sponsored by the USC Viterbi School of Engineering in early 2025.

15.     My scholarship has been recognized, including with the Third Most Cited Author award at the 50th Anniversary of the Design Automation Conference (DAC) in 2013 and a Top Three Author Award at DAC in 2015. In connection with my work in power efficiency research, I received both the Second Most Cited Author and Most Prolific Author Awards at the International Symposium on Low Power Electronics and Design (ISLPED) in 2015. Furthermore, my work has been recognized with multiple Best Paper Awards at other prominent IEEE and ACM-sponsored conferences, as well as being cited for two Best Paper Awards published in IEEE Transactions journals.

16.     Google Scholar attributes approximately 40,000 citations to my body of research as of September 2025, underscoring the influence of my work across the fields of computer engineering, VLSI design, computer architecture (including multi-core processors, GPUs, and custom accelerators), and energy-efficient hardware design.

17.     I have been active in the leadership of professional societies, including significant roles with the IEEE Circuits and Systems Society. I served two terms as Vice President of Publications (2003–2004, 2005–2006) and chaired the Distinguished Lecturer Program during those periods. My governance experience includes serving as a member of the Society's Board

of Governors (2000–2003). In addition, I have contributed to various professional advisory boards and conference committees.

18.    I have held leadership roles in academic publishing, serving as the Editor-in-Chief of the ACM Transactions on Design Automation of Electronic Systems (TODAES) from 2008 to 2014. From 2010 to 2013 I was the inaugural Editor-in-Chief of the IEEE Journal on Emerging and Selected Topics in Circuits and Systems (JETCAS), a publication for novel research. Beyond these positions, I have contributed extensively as an associate editor and reviewer for numerous other archival publications.

19.    My current CV is attached to this Declaration as Attachment A.

## III.    MATERIALS CONSIDERED

20.    In preparing this Declaration I have reviewed the following materials:

- The '339 Patent and its prosecution file history;

- The April 4, 2025, Declaration of John Villasenor, Ph.D. in Support of Qualcomm's Opening Claim Construction Brief in Case No. 7:24-cv-00231;

- The December 3, 2024, Declaration of John Villasenor, Ph.D. in Support of NXP's Opening Claim Construction Brief in Case No. 7:24-cv-00028;

- Magistrate Judge Gilliland's February 21, 2025, Claim Construction Order in Case No. 7:24-cv-00028;

- Magistrate Judge Gilliland's February 21, 2025, Claim Construction Order in Case No. 7:24-cv-00029;

- Judge Albright's October 15, 2025, Claim Construction Order and Memorandum in Support Thereof in Case No. 7:24-cv-00231; and

- The materials cited in this Declaration.

## IV.     LEGAL PRINCIPLES

21.     I am not a lawyer, but Defendant's counsel has informed me about certain legal principles that apply in construing patent claims. Generally, I understand that the words of a claim are construed to have the plain and ordinary meaning they would have to a person of ordinary skill in the art at the time of the invention ("POSITA") based upon the claim language itself, the patent specification including figures, and the file history of the patent and related patents. I also understand that terms must be construed based upon what the inventor actually invented and intended to be covered (as evidenced in the patent and file history) and the claim in which the terms appear.

22.     I also understand that the "intrinsic evidence," which includes the claims, the specification, and the file history, is the most important tool for determining the meaning of a claim term. I understand further that evidence such as dictionaries, textbooks, and other publications may also provide guidance about the meaning of a claim term.

23.     I also understand that if a claim term, read in light of the specification and the file history, fails to inform a POSITA with reasonable certainty about the scope of the invention, then the claim is indefinite. I understand that proving indefiniteness requires clear and convincing evidence.

24.     I also understand that prosecution history disclaimer may apply to narrow the scope of a claim term if a patent applicant makes a clear and unmistakable disavowal of the full scope of the claim term during prosecution.

## V.     LEVEL OF ORDINARY SKILL IN THE ART

25.     A person of ordinary skill in the art ("POSITA") at the time of the alleged invention would have had at least a bachelor's degree in electrical engineering, computer engineering, computer science, or a similar field, as well as at least two years of academic or

industry experience designing or analyzing electronic circuits, semiconductors, processors, or power management, and related firmware and software, or the equivalent. A POSITA with a higher level of education may have fewer years of academic or industry experience, or vice versa.

26.    The opinions I express in this Declaration are all from the perspective of a POSITA. As demonstrated by the professional experience set forth in Section II above, I had at least the education and experience of a POSITA as of February 26, 2010. I was at that time and remain well acquainted with the level of knowledge of a POSITA under the definition above. I have taught, supervised, and worked with many individuals who would have met this definition. Thus, I am comfortable applying this perspective in assessing the '339 Patent and the state of the art in the relevant timeframe.

## VI.    TECHNOLOGY BACKGROUND

27.    A computer processor relies on a timing reference or "system clock" (often simply called "clock") to ensure synchronized operation and coordination among its multiple subsystems. These subsystems may include multiple processor cores, memory controllers, and input/output interfaces, all of which depend on the clock to function in harmony. The clock delivers a timing signal that governs when each core performs computational tasks, accesses memory, or communicates with other components within the processor.

28.    The fundamental principles for clock design used in processors, including their generation, distribution, and synchronization, were widely known at the time the '339 Patent was filed in February 2010 and extensively documented, including in technical resources provided by semiconductor manufacturers. These resources included technical publications, such as application notes and white papers, that often served as references offering detailed insights into clock design methodologies, challenges, and practical implementation techniques. For example,

ON Semiconductor's application note AND8248/D titled "System Clock Generators: A Comparison of a PLL Synthesizer vs. a Crystal Oscillator Clock" by Casey Stys and Paul Shockman ("*Stys*") provides in-depth discussions on the typical progression from a reference oscillator clock source (a circuit that generates a clock signal), sometimes called a system clock, to a component that utilizes that clock signal. Specifically, *Stys* discusses crystal oscillators and PLLs and their roles in generating reliable clock signals for microcontrollers and processors. *Stys* at 1-4.

29.    Traditionally, a reference oscillator clock source has been implemented as a quartz crystal oscillator, which produces a stable and accurate reference clock signal.  An example of this implementation is provided in *Stys* Figure 2 at 2, reproduced below. In this configuration, the crystal oscillator is part of a feedback loop with a gain amplifier and provides a differential signal pair (the clock signal and its complement) as the output. The advantages of this basic design include ease of use as well as high frequency accuracy and precision. *Stys* at 2.



**Figure 2. Typical Crystal Oscillator Clock**

30.    However, this design has limitations. The reference clock signal from a crystal oscillator is typically fixed and may not readily meet the wide range of frequency requirements for multi-core processors. Combining a crystal oscillator with a PLL provides greater flexibility. The PLL enables frequency multiplication, division, or fine-tuning to generate the desired clock frequencies. *Stys* at 2-3. As illustrated in the annotated *Stys* Fig. 3 below, this combined crystal

oscillator/PLL design uses the crystal oscillator (depicted in blue) to supply a stable reference frequency, which the PLL (depicted in red) then multiplies or divides to produce the necessary output frequencies.  The key components of the PLL, including a gain amplifier, phase frequency detector (PFD), charge pump, low-pass filter (LPF), and voltage-controlled oscillator (VCO), work together in a feedback loop to synchronize the phase and frequency of the output signal with the crystal reference.



**Figure 3. Typical PLL Synthesizer Clock**

31.     Additionally, *Stys* explains that the basic PLL design may be modified to include multiple PLLs and additional output dividers, making PLLs versatile for distributing system clock signals. *Stys* at 2-4, Fig. 3. For example, one divider/multiplier combination might generate a high-frequency clock for a processor core, while another generates a lower-frequency clock for another processor core. *Stys* at 4 (presenting exemplary configurations). In these designs, although the PLL can process (e.g., through multiplying or dividing) a reference clock signal to produce multiple output clock signals, all these signals are still dependent on the same single reference oscillator clock. Therefore, a POSITA would understand that, despite multiple output clock signals from a single PLL, these signals are not independent because they are derived from the same reference oscillator clock. In other words, when multiple clock signals originate from a same or single reference oscillator clock, those clock signals share a dependency and are thus not

independent.

32.    Moreover, patents directed to integrated circuits and computer processors frequently describe known techniques for clock management, including the design and architectures for clock trees and strategies for optimizing power efficiency. For example, as with the ON Semiconductor's application note AND8248/D, U.S. Patent No. 7,538,625 to Cesky and Strom, filed February 27, 2007, and assigned to International Business Machines Corporation ("*Cesky*"), describes a typical prior art phase lock loop (PLL) design that relies on a single reference oscillator clock source. This is depicted in the annotated Figure 1 of *Cesky* below, which includes the reference oscillator clock (blue) and the PLL circuit (red). As illustrated, the PLL circuit receives a reference clock signal from the reference oscillator 102 at phase/frequency detector 104, which generates an error signal to adjust the VCO (110) output frequencies, thereby locking the phase and frequency with the reference clock signal. *Cesky* at 2:62-3:29. The VCO output signal, FOUT, is related to the reference signal, FREF, by the equation FOUT=N*FREF, where N represents the feedback divider 112. For example, with N = 5 and a reference signal FREF of 10 MHZ, the output frequency FOUT would be 50 MHz. *Cesky* at 3:15-3:29.



PRIOR ART

## FIG. 1

33.     The output clock signals are then distributed within a processor, often through a "clock tree" distribution network, as shown above, to support various functional blocks (including processor cores) for each subsystem. *Cesky* at 3:31-35, Fig. 1; *see also Stys* at Fig. 1. *Cesky* is consistent with the teachings of *Stys* as well as other prior art references. For example, U.S. Patent Publication No. 2009/0106576A1 to Jacobowitz and Stigliani, filed October 17, 2007 ("*Jacobowitz*") discloses a multi-core processor having a single reference oscillator clock source (112 in Fig. 1) that provides a reference clock signal that is then distributed to the cores. *Jacobowitz* at [0025], [0037], [0038], [0040], Figs. 1, 5, 6.  Similarly, U.S. Patent Publication No. 2009/0138737 A1 to Kim *et al.*, filed November 28, 2007 ("*Kim*"), which discloses a multi-core processor having a single reference oscillator clock source (270 in Fig. 2) that provides a reference clock signal (272 in Fig. 2) that is then processed (i.e., divided or multiplied) to produce output clock signals for the cores. *Kim* at [0024]-[0025], Figs. 1-2. *Jacobowitz* and *Kim* are prior art references discussed during the prosecution of the '339 Patent that I discuss in greater detail below.

34.     The Background of the Disclosure section of the '339 Patent explains that "a conventional multi-core processor generally shares the same supply voltage and clock signal to simplify the interfaces between the processor cores." '339 Patent at 1:7-14. A POSITA would understand that in these conventional "same clock signal" multi-core processors, the clock signals received by the cores share a dependency from a single reference oscillator clock, as described above, and thus are not independent.

## VII.    OVERVIEW OF THE '339 PATENT

35.     The '339 Patent is directed to power management for a multi-core processor. '339 patent at 1:58-2:3. In contrast to prior art multi-core processors where each core "generally shares the same supply voltage and clock signal" ('339 Patent at 1:7-10), the '339 Patent

describes and claims a multi-core processor with a first set of processor cores that receive a first supply voltage and first output clock signal and a second set of processor cores that receive a second supply voltage and second output clock signal. '339 Patent at Abstract, 1:61-2:40, Claims 1, 21. The first (second) output clock signal is produced by a first (second) PLL having a first (second) clock signal as input. '339 Patent at 4:1-17, Fig. 3, Claims 1, 21. The separateness of supply voltages and clock signals is shown in Figures 2 and 3 of the '339 Patent, respectively. Annotated Figure 3 below shows three separate clock signals, "clock signal 1" (green), "clock signal 2" (red), and "clock signal 3" (blue) that provide separate inputs to "respective phase lock loops (PLLs)" 1, 2, and 3. '339 Patent at 4:1-17, Fig. 3. Clock signals 1, 2, and 3 separately drive cores 152, 154, and 156, respectively. '339 Patent at 4:1-17, Fig. 3. Consistent with Figure 3, independent claims 1 and 21 of the '339 Patent recite "a first phase lock loop (PLL) having a first clock signal as input" and "a second PLL having a second clock signal as input" wherein "the first clock signal is independent from the second clock signal."



36.     The '339 patent also describes a "power control block" that selects and provides supply voltages to sets of processor cores called "stripes" and a "clock control block" that provides clock signals to the stripes. '339 Patent at 2:20-60. Annotated Figure 1 below shows "power control block 108" and "clock control block 110" (yellow) "arranged at two different sides of the multi-core processor 100." '339 Patent at 2:31-34. The '339 Patent states that the power and clock control blocks "may be arranged at two different sides of the multi-core processor," "at the same side of the multi-core processor," or "in a common area located near the center of the multi-core processor" but provides no additional explanation. '339 Patent at 2:31-40. However, only the first implementation is shown in Figure 1 (reproduced below), and no other figures illustrate the remaining two potential implementations.



## VIII.  DISPUTED CLAIM TERMS

### A.     "the first clock signal is independent from the second clock signal"

| Claim | Redstone's Proposal | NVIDIA's Proposal |
|-------|---------------------|-------------------|
| 1, 21 | Plain and ordinary meaning | "the first and second clock signals depend |

| | | from different reference oscillator clocks" |
|---|---|---|

37.     I understand that Defendant proposes that the Court construe this term as "the first and second clock signals depend from different reference oscillator clocks."  In my opinion, NVIDIA's proposed construction aligns "with how a POSITA would understand the plain and ordinary meaning of this term in the context of the claims, the specification, and the file history.

38.     I understand that Plaintiff proposes that the Court construe this term as having its plain and ordinary meaning but disputes that NVIDIA's proposed construction reflects the plain and ordinary meaning.  Therefore, it appears that Redstone interprets the claim language as sufficiently broad to encompass a first and second clock signal originating from a single common reference oscillator clock.

39.     I am aware a decision in another case states that this term "should be construed according to its plain-and-ordinary meaning, wherein the plain and ordinary meaning does not require that the first and second clock signals depend from different reference oscillator clocks." October 15, 2025, Claim Construction Order and Memorandum in Support Thereof, *Redstone Logics LLC v. Qualcomm Inc.*, No. 7:24-cv-00231, at page 19. I respectfully disagree, for the reasons I discuss below.

40.     In my opinion, the '339 Patent specification is consistent with NVIDIA's proposed construction. The '339 Patent states that each row or "stripe" of processors in a multi-core processor arranged as a two-dimensional array of processors "may be associated with an independent power profile. For example, the stripe 112 may be powered by a supply voltage received from a power control block 108 and/or may be associated with **an independent clock domain defined by a clock signal received from a clock control block 110**." '339 Patent at 2:24-31 (emphasis added). This is reflected in the embodiment of Figure 3, shown below with

color annotations added. Three separate clock signals ("Clock Signal 1" (green), "Clock Signal 2" (red), and "Clock Signal 3" (blue)) are provided as inputs respectively to three separate phase lock loops ("PLL1," "PLL2," and "PLL3") that generate corresponding output clock signals to three separate cores (152, 154, 156). '339 Patent at 4:4-13, Fig. 3. A POSITA would understand that using separate reference oscillators within the clock control block would provide **independent** clock signals to the respective PLLs. The specification is consistent with this interpretation.



41.     In my opinion, the file history makes clear to a POSITA that the claimed "independent" clock signals require different reference oscillators. During prosecution, the examiner rejected the then-pending claims over several prior art references including *Jacobowitz* and *Kim*. See Office Action (Aug. 29, 2012) at 4-9. Before submitting a written response to the rejections, the applicant initiated an interview with the examiner on November 27, 2012, which the examiner summarized on December 3, 2012. The applicant contrasted the three separate

clock signals of Figure 3 of the '339 Patent with *Jacobowitz*'s single reference clock: "Applicant's representative referred to figure 3 of the specification and stated that clock signals 1 through 3 were different/independent clock signals input to the PLLs while Jacobowitz disclosed using a single reference clock." Applicant-Initiated Interview Summary (December 3, 2012). The examiner agreed that "Jacobowitz discloses using a single reference clock and that clock signals 1 through 3 of figure 3 are different than disclosed by Jacobowitz," but concluded that "the broadest reasonable interpretation of the recited claim language" encompassed both the then-pending claims and the disclosure of *Jacobowitz*. The examiner recorded that the applicant would consider amending the claims accordingly: "Applicant's representative stated that he would discuss amends [sic] to the claims." Applicant-Initiated Interview Summary (December 3, 2012).

42.    Two days later, on November 29, 2012, the applicant filed a response amending the independent claims to add the phrase "the first clock signal is **independent** from the second clock signal." Applicant's Response (Nov. 29, 2012) at 3, 5-7 (emphasis added).

43.    In its Remarks, the applicant explained that "Jacobowitz does not teach or suggest one or more elements of the amended independent claims 1 and 21 … Jacobowitz does not teach or suggest at least the elements of … wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal." Applicant's Response (Nov. 29, 2012) at 9. In particular, the applicant asserted that "FIG. 6 and all other figures of Jacobowitz clearly show that the microprocessor chip (e.g., 600) receives a system reference oscillator clock frequency ($V_R$) and distributes $V_R$ to local oscillators 108." Applicant's Response (Nov. 29, 2012) at 9. Based on *Jacobowitz*'s disclosure of use of a single "reference oscillator clock frequency ($V_R$)," the applicant asserted that "Jacobowitz fails to

disclose or teach ... the first clock signal is independent from the second clock signal, as required in the amended independent claims 1 and 21." Applicant's Response (Nov. 29, 2012) at 9-10. The applicant further stated, "As discussed above, neither Jacobowitz nor Kim discloses having sets of processor cores configured to receive multiple and independent clock signals." Applicant's Response (Nov. 29, 2012) at 11. Consistent with this argument, a POSITA would understand the plain and ordinary meaning of "independent" as used in the '339 Patent to mean "depending from different reference oscillator clocks," and that the added phrase in the amended claims excludes multiple clock signals originating from a single common reference oscillator clock (*e.g.*, reference oscillator clock frequency ($V_R$) generated by "reference oscillator 112").

44.     Figures 1 and 6 from *Jacobowitz* are reproduced below. As shown in annotated Figure 1 below, *Jacobowitz* discloses a single reference oscillator design that provides a reference clock signal ($V_R$) (orange) from the master reference oscillator (112) (orange). This reference clock signal ($V_R$) is then distributed throughout various processor embodiments shown in Figures 1-6 after being scaled up, *e.g.*, from "approximately 10-100 MHz" to higher clock frequencies at "approximately 5 to 10 GHz" by local oscillators 108. *Jacobowitz* at ¶0026. For example, as shown in annotated Figure 6 below, the 2nd Level Distribution Function (502) supplies reference clock signal ($V_R$) to local oscillators 108, which after scaling it up according to core clock frequency data stored in a local store vData and distribution function (LS&D) 602, distribute it throughout the processor to two different groups of cores.



FIG. 1



FIG. 6

45.     The *Jacobowitz* specification confirms that the configuration of the local oscillators (108) to the cores (102) can be either "one-to-one (as depicted in FIGS. 1 and 5) or one-to-many (as depicted in FIG. 6)." A single local oscillator (108) can supply a core clock frequency to "one core 102 or multiple cores 102 within the µP chip 100." *Jacobowitz* at ¶0039. The use of a single local oscillator (108) feeding multiple cores (102), as shown in Figure 6, is

contemplated for specific design scenarios. This configuration "may be employed in designs where multiple cores 102 are grouped in different regions of the µP chip 600." *Jacobowitz* at ¶0038. This grouping is justified when regional process and parameter variability is significant enough to require separate local oscillators for different regions, but "not different enough at each core 102 to justify a local oscillator 108 for each core 102." The core group approach (Figure 6) is described as advantageous because it can "lower cost and complexity" compared to the per-core configuration (Figure 5), though it results in "reducing flexibility at the core level." *Jacobowitz* at ¶0038.

46.     More specifically, as shown in *Jacobowitz* Figure 6 above, the processor (600) receives the reference clock signal ($V_R$) (orange) from the master reference oscillator (112) and distributes $V_R$ to local oscillators 108 (orange). *Jacobowitz* at ¶¶ [0037]-[0038]. Each local oscillator (108) then distributes its output clock signal to cores (102) in respective groups of cores. Thus, *Jacobowitz* describes a single reference oscillator, which a POSITA would understand the applicant to have explained does not meet the requirement that the clock signals are "independent." This understanding is consistent with the examiner's and the applicant's discussion of "independent" clock signals during the applicant-initiated interview. *See* Applicant-Initiated Interview Summary (December 3, 2012). Further, the file history indicates that the applicant amended the claims to add the "independent" clock signals limitation in order to distinguish the alleged invention from *Jacobowitz*'s disclosure of a single reference oscillator.

47.     The applicant similarly distinguished *Kim*. An annotated version of *Kim*'s Figure 2 is reproduced below. It includes a single reference oscillator (clock source 270 (orange)) that provides an input clock signal 272 to a phase lock loop (PLL) (260) (orange). *Kim* at [0025] (explaining that clock source 270 may be "a crystal oscillator" that provides an "input clock

frequency" to a "main PLL 260").



FIG. 2

48.    Similarly to *Jacobowitz*, the applicant explained that "*Kim* also fails to disclose or

teach a first set of processor cores and second set of processor cores configured to dynamically

receive a first output clock signal of a first PLL having a first clock signal as input and a second

output clock signal of a second PLL having a second clock signal, respectively. In addition, the

first clock signal is independent from the second clock signal." Applicant's Response (Nov. 29,

2012) at 10. "**Instead,** Kim discloses the apparatus comprising a multi-core processor (i.e., 100

in FIG. 1 or 200 in FIG. 2) **having a single clock source** (i.e., 170 in FIG. 1 or 270 in FIG. 2).

The clock signal from this single clock source is then processed (i.e., divided or multiplied) and

provided to each of the cores. See Kim at ¶¶ [0024]-[0025] and FIGs 1 - 2." Applicant's

Response (Nov. 29, 2012) at 10 (emphasis added).

49.    The applicant's argument affects how a POSITA would interpret the plain and

ordinary meaning of "independent" as used in the '339 Patent. The applicant stated that the first

and second clock signals are independent in the claimed invention, and then immediately

contrasted this with *Kim,* describing it as "having a single clock source." This is a clear and

-22-

unmistakable statement that the alleged invention requiring "independent" clock signals, does not rely on a single clock source. Based on the applicant's statement, a POSITA would understand that the use of "independent" in the amended claims excludes configurations where the clock signals originate from a single clock source (e.g., clock source 270, which may be "a crystal oscillator").

50.     In sum, the applicant repeatedly emphasized that the added "independent" clock signals limitation meant that the first clock signal and the second clock signal originate from different reference oscillator clocks.  Applicant's Response (Nov. 29, 2012) at 9-11; Applicant-Initiated Interview Summary (December 3, 2012).  These statements are not ambiguous to a POSITA.  As I explained above, the applicant's prosecution statements and claim amendments dictate how a POSITA would understand the plain and ordinary meaning of "independent" as used the '339 Patent, particularly in the context of the limitation that "the first clock signal is independent from the second clock signal."

51.     In my opinion, therefore, a POSITA reading the specification and file history would understand "the first clock signal is independent from the second clock signal" means that the first and second clock signals depend from different reference oscillator sources, consistent with NVIDIA's proposed construction.

B.     **"located in a common region that is substantially central to the first set of processor cores and the second set of processor cores"**

| Claim | Redstone's Proposal | NVIDIA's Proposal |
|-------|---------------------|-------------------|
| 14 | Plain and ordinary meaning | Indefinite |

52.     I understand that the parties dispute whether the above limitation, which I will refer to as the "substantially central" limitation, is indefinite.

53.     The "substantially central" limitation appears in claim 14, which recites in full: "The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks **located in a common region that is substantially central to the first set of processor cores and the second set of processor cores**" (emphasis added). The "substantially central" limitation requires that a "common region" containing one or more control blocks be "substantially central" to two sets of processor cores.

54.     In my opinion, two phrases in the "located in" limitation—"common region" and "substantially central"—read in light of the claims, specification and the file history, do not inform a POSITA with reasonable certainty what constitutes a "common region" and whether it is "substantially central" to the two sets of processor cores recited in the claim.  Further, neither of the phrases "common region" or "substantially central" has a common understanding in the field of the invention that would allow a POSITA to determine with reasonable certainty what constitutes a "common region" or whether that "common region" is "substantially central" to the two sets of processor cores.

55.     I am aware a decision in another case states that the phase "common region" is not indefinite and that it refers to the region "that is common to the regions corresponding to the first and second set of processor cores." October 15, 2025, Claim Construction Order and Memorandum in Support Thereof, *Redstone Logics LLC v. Qualcomm Inc.*, No. 7:24-cv-00231, at page 32. I respectfully disagree, for the reasons I discuss below.

56.     The language of claim 14 is ambiguous as to the scope of "common region." The claim is clear that "one or more control blocks" must be located in the "common region." It is not clear, however, whether the "common region" requires more. From the plain language of the

claim itself, there are at least two possibilities for what "common region" refers to: (1) an area of the multi-core processor that is shared by (common to) the one or more control blocks or (2) an area of the multi-core processor that is shared by (common to) the one or more control blocks **and** the two sets of processor cores. Thus, it is unclear whether the "common region" includes just the "control blocks" or extends to the sets of processor cores.

57.     The remaining claims provide no guidance as to how to resolve this ambiguity as to the "common region." First, no other claim uses the phrase "common region" or a variant that appears in the specification, "common area." '339 Patent at 2:37-40. Second, the claims that refer to "overlapping regions" and "non-overlapping" regions (claims 9 and 10) do not mention control blocks.

58.     The specification's sole use of "common" with respect to control blocks does not resolve the ambiguity: "In yet some other implementations, the power control block 108 and the clock control block 110 may be arranged in a **common area** located near the center of the **multi-core processor 100**." '339 Patent at 2:37-40 (emphasis added). This configuration does not correspond to claim 14 because the specification's "common area" is positioned relative to the multi-core processor as a whole ("near the center of the multi-core processor 100"), whereas claim 14's "common region" is positioned relative to the sets of processor cores.

59.     I see nothing in the file history for the '339 Patent that would help a POSITA resolve the above ambiguity as to "common region."

60.     Thus, the '339 Patent and its file history do not inform a POSITA with reasonable certainty about the scope of "common region."

61.     I am aware a decision in another case states that the phase "substantially central" is indefinite. October 15, 2025, Claim Construction Order and Memorandum in Support Thereof,

*Redstone Logics LLC v. Qualcomm Inc.*, No. 7:24-cv-00231, at pages 32-33. I agree, for the reasons I discuss below.

62.    The phrase "substantially central" is a subjective term that lacks objective boundaries. Based on my review of the intrinsic evidence, it is not clear with reasonable certainty what it means for the claimed "common region" to be "substantially central" to the first and second sets of processor cores.

63.    The term "substantially central" is not used in any other claims or in the specification. The word "central" does not appear in the '339 Patent except in claim 14. The file history contains no discussion of the phrase "substantially central." Furthermore, claims 1 and 14 do not specify a particular physical arrangement of the processor cores. In particular, the claims do not define a processor core layout or provide guidance on how to determine the boundaries of a central region within that layout. For example, the claims do not require that the processor cores be adjacent to each other (as shown in Figure 1 of the '339 Patent) or that the control blocks be adjacent to the processor cores.  This lack of detail makes it challenging for a POSITA to determine whether the claimed "common region" containing at least the control blocks is "substantially central" to the sets of processor cores.

64.    The specification's description of potential arrangements for the power and clock control blocks increases the ambiguity. The specification teaches:

> In some implementations, the power control block 108 and the clock control block 110 may be arranged at two different sides of the multi-core processor 100 as shown in FIG. 1. In some other implementations, the power control block 108 and the clock control block 110 may be arranged at the same side of the multi-core processor 100. In yet some other implementations, the power control block 108 and the clock control block 110 may be arranged in a common area located near the center of the multi-core processor 100.

'339 Patent at 2:31-40.

65.     The above passage describes three configurations for the power and clock control blocks: (1) separated, on opposite sides of the multi-core processor, as shown in Fig. 1; (2) together, on one side of the multi-core processor; or (3) in a "common area" located "near the center" of the multi-core processor. The first two configurations do not correspond to the configuration recited by claim 14. The third configuration itself is ambiguous as to "near the center" because it provides no indication to a POSITA as to how close to the "center" the common area must be to be considered "near." This ambiguity is similar to that created by the phrase "substantially central." As I discussed above, the third configuration is not referenced to the sets of processor cores, as in claim 14, but rather to the multi-core processor as a whole.  At the same time, the specification does not limit the location of the sets of cores nor require that they be located near the center of the multi-core processor (although Figure 1 does show an embodiment where at least portions of sets of cores could be considered near the center). Therefore, the third configuration does not necessarily correspond to the configuration recited by claim 14.

66.     Two potential multi-core processor physical configurations illustrate the difficulty in determining whether a "common region" is "substantially central" to the first and second sets of processor cores, highlighting the ambiguity in the phrase "substantially central." In the first configuration shown in the figure below, the clock control block and the power control block are grouped together in a location on the die that has roughly the same horizontal and vertical separation from each of four sets of processor cores. In this configuration, a POSITA would not know whether the control blocks are "substantially central" because of their position in the middle of the die or not "substantially central" as a result of being separated from the sets of processor cores. Furthermore, no bounds are provided to determine how much the control blocks

could be moved horizontally or vertically while still being considered "substantially central" to the sets of processor cores.



67.     The second configuration, shown in the figure below, is similar to the first configuration but features only two sets of processor cores, as recited in claim 14.  In this configuration, the control blocks are horizontally displaced equally from the sets of cores and also vertically displaced from them.  In this scenario, a POSITA would be unsure whether the control blocks are "substantially central" because they are horizontally positioned at a midpoint between the sets of processor cores (even if not in the same horizontal plane) or not "substantially central" because they are vertically separated from both sets of processor cores (that is, not in the same horizontal plane). The claim provides no information that would enable a POSITA to determine which of these interpretations is correct.



68.    Accordingly, it is my opinion that the claims, specification, and file history do not provide objective boundaries that would allow a POSITA to discern the scope of the limitation "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October 2025 in Los Angeles, California.

Respectfully Submitted,

Massoud Pedram, Ph.D.

# ATTACHMENT A

# CURRICULUM VITA

## MASSOUD PEDRAM

### Personal Information

Charles Lee Powell Chair in Electrical Engineering and Computer Science
University of Southern California
Ming Hsieh Department of Electrical and Computer Engineering
3740 McClintock Ave – EEB 300B
Los Angeles CA 90089-2562
Email: pedram@usc.edu
Office: (213) 740-4458
Fax: (213) 740-9803
URL: http://www.mpedram.com/
Wiki: https://en.wikipedia.org/wiki/Massoud_Pedram

### Impact on the Field

- Advancing the theory and practice of energy-efficient computing and introducing methodologies, hardware/software solutions, and electronic design automation algorithms and tools for increasing computation speed and reducing power dissipation in CMOS circuits and systems, custom computing architectures, power conversion and regulation, modeling and analysis of semiconductor devices including bulk and FinFet devices, superconductor electronics and superconductive computing, cryptosystem hardware design, and quantum computing,

### Research Interests

- Integrated circuit design, Computer-aided design methodologies and tools for CMOS circuits and systems, high-performance and energy-efficient computing, power/thermal management, power conversion and regulation, domain-specific accelerator design, semiconductor device design and manufacturing, electrical energy storage systems, embedded systems, cloud computing and data center resource management, homomorphic computing, post-CMOS and beyond-CMOS devices and circuits including 3D integrated circuits, superconductor electronics, and quantum computing hardware.

### Education

- University of California at Berkeley, Ph.D. in Electrical Engineering and Computer Sciences, 1991
- University of California at Berkeley, M.S. in Electrical Engineering and Computer Sciences, 1989
- California Institute of Technology, B.S. in Electrical Engineering, 1986

## Employment History

- Co-founder of NouvAI, Inc. (a startup focused on machine learning hardware design) 2023-present
- Charles Lee Powell Chair in Electrical Engineering and Computer Science in the Viterbi School of Engineering, University of Southern California, 2017-present
- Stephen and Etta Varra Professor in the Viterbi School of Engineering, University of Southern California, 2013-2017
- Professor, Department of Electrical Engineering, University of Southern California, 2000-2012
- Associate Professor, Department of Electrical Engineering, University of Southern California, 1996-2000
- Assistant Professor, Department of Electrical Engineering, University of Southern California, 1991-1996
- Part-time Research Position, Xerox Palo Alto Research Center, 1987-1989
- Graduate Student Researcher, Department of Electrical Engineering and Computer Sciences, University of California at Berkeley, 1986-1991

## Honors and Awards

- Recipient of the 2023 *IEEE Trans. on Applied Superconductivity Van Duzer Prize Award*
- "For contributions to low power design of VLSI circuits and contributions to energy efficient computing," *ACM Fellow*, 2023
- "For leadership in low-power design of VLSI circuits and contributions to energy-efficient computing resulting in sustainable computing infrastructure," Fellow of the *American Association for the Advancement of Science* (AAAS), 2023
- Best Paper Award of the *Int'l Symp. on Quality Electronic Design*, Mar. 2020
- Best Paper Award of the *Asia and South Pacific Design Automation Conference, Jan. 2019*
- *USC Viterbi School of Engineering Senior Research Award*, 2017
- "For contributions to modeling and design of low power VLSI circuits and systems, and energy efficient computing," *IEEE Circuits and Systems Society Charles A. Desoer Technical Achievement Award*, 2015
- Recognized as the *Second Most Prolific and Second Most Cited Author Awards* from the 20th Anniversary *Int'l Symp. on Low Power Electronics and Design*, Rome, Italy, Jul. 2015
- *Frequent Author Award* (Top Three Author Award) at the 20th Anniversary *Asia and South Pacific Design Automation Conference*, Chiba/Tokyo, Japan, Jan. 2015
- ACM SIGDA *Distinguished Service Award*, 2014
- Best Paper Award of the *ACM/IEEE Int'l Symp. on Low Power Design and Electronics*, Aug. 2014
- Best Paper Award of the IEEE Computer Society Annual Symp. on VLSI, Jul. 2014
- Recognized as one of the four DAC Prolific Authors (with 50+ papers) and the DAC Bronze Cited Author at the 50th anniversary of the Design Automation Conf., Austin, TX, Jun. 2013
- 2013 DAC Volunteer Service Award sponsored by IEEE CEDA
- Best Paper Awards of the 1989, 2000, and 2012 IEEE Int'l Conference on Computer Design, VLSI in Computers and Processors
- ACM Distinguished Scientist, 2008
- ACM SIGDA Service Award, 2004

- "For contributions to the theory and practice of low-power design and CAD," IEEE Fellow, 2001
- ACM SIGDA Distinguished Service Award, 2000
- Presidential Early Career Award for Scientists and Engineers, 1996
- NSF's Young Investigator Award, 1994
- NSF's Research Initiation Award, 1992
- 2007 IEEE Trans. on Circuits and Systems Guillemin-Cauer Best Paper Award
- Honorable Mention Award at the 2008 Int'l Symp. on Low Power Electronics and Design
- Best Paper Awards of the 33rd ACM/IEEE Design Automation Conference, Jun. 1996 and the 42nd ACM/IEEE Design Automation Conference, Jun. 2005
- Distinguished Paper Citation of the IEEE Int'l Conference on Computer Aided Design, 1990
- 1996 IEEE Circuits and Systems Society VLSI Systems Trans. Best Paper Award

## University Service

- Co-organized and co-chaired the USC Symposium on the Future of Computing: A 25-Year Vision, March 13-14, 2025--see https://sac.usc.edu/usc-symposium-on-the-future-of-computing/.
- Member of the Computer Engineering Faculty Recruitment Committee, 2010-2011, 2013/2014, 2014/2015, 2016-2017, 2019-2025.
- Member of the VSoE Research Committee at USC, Sept. 2013 - 2017
- Member of the VSoE Transformative Faculty Hire Committee, Sept. 2013 - 2016
- Member of the Ming Hsieh Institute's Advisory Council, Jul. 2013 – Dec. 2015
- Chair of a faculty Promotion Committee in the EE department, 2014/2015, 2016-2017
- Member of the EE Dept. Faculty Recruitment Committee, 2014/2015
- Served on the Best Dissertation Selection Committee in the EE Dept., 2013
- Internal reviewer for an NSF Career Program proposal, 2013
- Chaired committee for evaluating Janet Roveda's Recruitment as an associate professor, 2012
- Division Director of USC Computer Engineering Division, Dec. 2005-Jun. 2010, and Acting Division Director at the end of 2012 and early 2013
- Served as the Chair of the 2005 Distinguished Lecture Series of the EE Dept.
- Served as the Associate Director of the CENG division of the EE Department at USC from 1998 to 2001
- Served on various departmental committees including the Faculty Merit Review Committee, Faculty Recruitment Committee, and the Promotion Committees in the EE department
- Chaired the Outstanding Research Paper Award Committee of the EE-Systems Department at USC in 1999
- Served on the Graduate Student Admissions Committee for entering M.S. and Ph.D. students in the CENG division of the EE-Systems Department at USC

## Professional Service

- Served as technical area lead and panel moderator for the NSF Workshop on Micro/Nano Circuits and Systems Design in Dec 2020
- Participated in and contributed to the Computing Community Consortium (CCC) "Next Steps in Quantum Computing: Computer Science's Role," May 22-23, 2018
- Associate Editor of *Research, A Science Partner Journal*, 2018-present

- Served on the IEEE CASS Fellow (Selection) Committee, 2018
- Executive Committee Chair of the *Int'l Symp. on Low Power Electronics and Design*, July 2012 - present
- Editor-in-Chief of the *ACM Trans. on Design Automation of Electronic Systems*, Jun. 2008–May 2014
- Inaugural Editor-in-Chief of the *IEEE Journal on Emerging and Selected Topics in Circuits and Systems*, Jan. 2010–Dec. 2013
- Served as a member of the 2011 Selection Committee for the ACM SIGDA Outstanding New Faculty Award
- Served as the Chair of the Selection Committee for the IEEE CEDA and ACM SIGDA 2010 *A. Richard Newton Technical Impact Award in Electronic Design Automation*
- General Co-chair of the 2010 *IEEE Int'l Symp. on Circuits and Systems*, Paris, France
- Associate Editor
  - Foundations and Trends in Electronic Systems and Circuits Journal, Now Publishers, Inc. of Delft, 2006-2014
  - Journal of Low Power Electronics, 2005-2014
  - IEEE Trans. on Computer Aided Design, 1997-2006
  - IEEE Trans. on Circuits and Systems I, 2002-2003
  - ACM Trans. on Design Automation of Electronic Systems, 1998-2004
- Distinguished Lecturer/Speaker
  - Association for Computing Machinery (ACM), 2007-2015
  - IEEE Solid State Circuits Society, 2001-2007
- VP of Publications of the IEEE Circuits and Systems Society, 2005-2006
- Chair of the Distinguished Lecturer Program, IEEE Circuits and Systems Society, 2003-2004
- Member of the Board of Governors, IEEE Circuits and Systems Society, 2000-2003
- Member of the ACM-SIGDA Advisory Board, managing the ACM Outstanding Ph.D. Dissertation Award in Electronic Design Automation, the DAC Young Student Support Program, the Multimedia Monograph Series, and the SIGDA Technical Committees, 1996-2009
- Chair of the Best Paper Award Committee for the IEEE Trans. on Computer Aided Design, 1999
- Member of the Research or Technical Advisory Board
  - Atrenta Inc., 2003-2015
  - Envis Inc., 2006-2009
  - PwrLite Inc., 2007-2009
  - Fulcrum Microsystems, 2001-2004
  - Aplus Design Technologies Inc., 2000-2003
  - Magma Design Automation Inc., 1997-2002
  - EPIC Design Technology, 1994-1997
- General Chair
  - *Int'l Symp. on Circuits and Systems, June 2010*
  - *Int'l Symp. on Quality of Electronic Design*, San Jose, CA, Apr. 2007
  - *Int'l Symp. on Physical Design*, Monterey, CA, Apr. 2003
  - *Int'l Symp. on Low Power Electronics and Design*, Monterey, CA, Aug. 1997
  - *Int'l Symp. on Low Power Design*, Laguna, CA, Apr. 1995
- Technical Chair
  - *Int'l Symp. on Physical Design*, Del Mar, CA, Apr. 2002
  - *Int'l Symp. on Low Power Electronics and Design*, Monterey, CA, Aug. 1996
  - *Int'l Workshop on Low Power Design*, Napa Valley, CA, Apr. 1994
- Executive Committee Member

-     - *Int'l Symp. on Low Power Electronics and Design*, since 1996
-     - *Int'l Conference on Computer Aided Design*, 2006-2010
- • Technical Program Committee Member
  - *The 18th CSI International Symposium on Computer Architecture & Digital Systems*, Tehran, Iran, Oct. 7-8, 2015
  - *Int'l Conference on Hardware/Software Codesign and System Synthesis*, 2013-2015
  - *Symp. on Embedded Systems for Real-Time Multimedia (ESTIMedia)*, 2007-2012
  - *Symp. on VLSI Design, Automation and Test (VLSI-DAT)*, 2012
  - 2009 *Great Lakes Symp. on VLSI*
  - 2008 IEEE Int'l Design and Test Workshop, Tunisia
  - *Symp. on VLSI Design, Automation and Test (VLSI-DAT)*, Hsinchu, Taiwan, 2009
  - NanoArch, 2007-2008
  - *The 13th CSI Computer Conference* (CSICC'08), Kish Island, Iran, March 9-11, 2007
  - Conference on VLSI – *Design Automation Technologies*, Taipei, Taiwan, 2006-2007
  - 1998-2000 *Int'l Conference on Computer Aided Design*
  - 1998-2001 *Int'l Symp. on Physical Design*
  - 1997-2000 *Int'l Workshop on Logic Synthesis*
  - 2000 *Asia and South Pacific Design Automation Conference*
  - 1998-2003 *Design Automation and Test in Europe Conference*
  - 1994-2000 *Int'l Symp. on Low Power Electronics and Design*
  - 2001-2003 *Int'l Symp. on Quality of Electronic Design*

## US Patents

[S1]    Nazemi; Mahdi (Los Angeles CA); Fayyazi; Arash (Los Angeles CA); Esmaili; Amirehossein (Los Angeles CA); Pedram; Massoud (Beverly Hills CA), "System and Method for Hybrid Arithmetic and Logic Processing of Neural Networks," United States Patent filed on Dec. 22, 2022. EFS ID: 47261286. Application Number: 20230281432, Publication Date: Sep 7, 2023.

[S2]    Zhang; Bo (Los Angeles CA); Chen; Zeming (Los Angeles CA); Pedram; Massoud (Beverly Hills CA); "Design of High-Performance and Scalable Montgomery Modular Multiplier Circuits," US Patent filed on Apr 23, 2021, US Application Publication number: 20230185537, US Application Publication Date: Jun 15, 2023, International Patent filed on May 7, 2021, International Application Number: PCT/US2021/028896.

[S3]    Pasandi; Ghasem (Los Angeles, CA); Pedram; Massoud (Beverly Hills CA), "Efficient pipelined architecture for superconducting single flux quantum logic circuits utilizing dual clocks," United States Patent **11,303,281**, Issued: Apr. 4, 2022, Filed: Apr. 5, 2021.

[S4]    Katam; Naveen (Los Angeles, CA); Mukhanov; Oleg (Elmsford, NY); Pedram; Massoud (Los Angeles, CA), "Superconductive magnetic field programmable gate array," United States Patent **10,707,873**, Issued: Jul. 7, 2020, Filed: Mar. 21, 2019.

[S5]    Pedram; Massoud (Beverly Hills, CA); Iranli; Ali (Los Angeles, CA), "Dynamic backlight scaling for power minimization in a backlit TFT-LCD," United States Patent **8,094,118**, Issued: Jan 10, 2012, Filed: Mar 2, 2006.

[S6]    Fallah; Farzan (San Jose, CA); Pakbaznia; Ehsan (Los Angeles, CA); Pedram; Massoud (Beverly Hills, CA); "Sizing and placement of charge recycling (CR) transistors in multithreshold complementary metal-oxide-semiconductor (MTCMOS) circuit," United States Patent **7,834,684**, Issued: Nov 16, 2010, Filed: Oct 31, 2008.

[S7]    Fallah; Farzan (San Jose, CA); Abdollahi; Afshin (Los Angeles, CA); Pedram; Massoud (Los Angeles, CA); "Power mode transition in multi-threshold complementary metal oxide semiconductor (MTCMOS) circuits," United States Patent **7,613,942**, Issued: November 3, 2009, Filed: May 31, 2006.

[S8]    Fallah; Farzan (San Jose, CA); Amelifard; Behnam (Los Angeles, CA); Pedram; Massoud (Beverly Hills, CA); "Setting threshold voltages of cells in a memory block to reduce leakage in the memory block," United States Patent **7,573,775**, Issued: August 11, 2009, Filed: February 9, 2007.

[S9]    Fallah; Farzan (San Jose, CA); Amelifard; Behnam (Los Angeles, CA); Pedram; Massoud (Beverly Hills, CA); "PG-Gated Data Retention Technique for Reducing Leakage in Memory Cells," United States Patent **7,447,101**, Issued: November 4, 2008, Filed: December 22, 2006.

[S10]   Fallah; Farzan (San Jose, CA); Pakbaznia; Ehsan (Los Angeles, CA); Pedram; Massoud (Beverly Hills, CA); "Recycling Charge to Reduce Energy Consumption During Mode Transition in Multi-Threshold Complementary Metal-Oxide-Semiconductor (MTCMOS) Circuits," United States Patent **7,400,175**, Issued: July 15, 2008, Filed: May 30, 2007.

[S11]   Fallah; Farzan (San Jose, CA); Aghaghiri; Yazdan (Los Angeles, CA), Pedram; Massoud (Los Angeles, CA). "System and method for identifying optimal encoding for a given trace," United States Patent **7,236,107**, Issued: June 26, 2007, Filed: September 20, 2004.

[S12]   Fallah; Farzan (San Jose, CA); Aghaghiri; Yazdan (Los Angeles, CA); Pedram; Massoud (Los Angeles, CA). "Reducing transitions on address buses using instruction-set-aware system and method," United States Patent **6,907,511**, Issued: June 14, 2005, Filed: January 14, 2003.

[S13]   Fallah; Farzan (San Jose, CA); Aghaghiri; Yazdan (Los Angeles, CA); Pedram; Massoud (Los Angeles, CA). "System and method for reducing transitions on address buses," United States Patent **6,834,335**, Issued: December 21, 2004, Filed: August 9, 2002.

[S14]   Fallah; Farzan (San Jose, CA); Aghaghiri; Yazdan (Los Angeles, CA); Pedram; Massoud (Los Angeles, CA), United States Patent **6,813,700** "Reduction of bus switching activity using an encoder and decoder," Issued: November 2, 2004, Filed: June 3, 2002.

## Citation Statistics and Top 20 Cited Papers as of October 9, 2025

*Google Scholar: citations: 39,738, h-index=101, i10-index = 590*

1.  M. Pedram. "Power minimization in IC design: principles and applications," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 1, No. 1, 1996, pages 3-56. [825 citations]

2.  M. Pedram and S. Nazarian. "Thermal modeling, analysis and management in VLSI circuits: Principles and methods," *Proc. of IEEE, Special Issue on Thermal Analysis of ULSI*, Vol. 94, No. 8, Aug. 2006, pages 1487-1501. [642 citations]

3.  P. Rong and M. Pedram. "An analytical model for predicting the remaining battery capacity of Lithium-ion batteries," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 14, No. 5, May 2006, pages 441-451. [533 citations]

4.  JM. Chang and M. Pedram. "Energy minimization using multiple supply voltages," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 5, No. 4, Dec. 1997, pages 436-443. [492 citations]

5.  Q. Wu, M. Pedram, and X. Wu. "Clock-gating and its application to low power design of sequential circuits," *IEEE Trans. on Circuits and Systems*—I, Vol. 47, No. 3, Mar. 2000, pages 415-420. [462 citations]

6. E. Macii, M. Pedram, and F. Somenzi. "High level power modeling, estimation and optimization," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 11, Nov. 1998, pages 1061-1079. [440 citations]

7. A. Abdollahi, F. Fallah, and M. Pedram. "Leakage current reduction in CMOS VLSI circuits by input vector control," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 12, No. 2, Feb. 2004, pp.140-154. [404 citations]

8. A. E. Eshratifar, M. S. Abrishami and M. Pedram. "JointDNN: An Efficient Training and Inference Engine for Intelligent Mobile Cloud Computing Services," in *IEEE Trans. on Mobile Computing*, 20(2): 565-576 (2021). [402 citations]

9. F. Fallah and M. Pedram. "Standby and active leakage current control and minimization in CMOS VLSI circuits," *IEICE Trans. on Electronics*, Special Section on Low-Power LSI and Low-Power IP, Vol. E88–C, No. 4 Apr. 2005, pages 509-519. [385 citations]

10. Q. Qiu and M. Pedram. "Dynamic power management based on continuous-time Markov decision processes," *Proc. of 36th Design Automation Conference*, Jun. 1999, pages 555-561. [371 citations]

11. M. Maleki, K. Dantu, and M. Pedram. "Power-aware source routing protocol for mobile ad hoc networks," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2002, pages 72-75. [357 citations]

12. E. Pakbaznia and M. Pedram. "Minimizing data center cooling and server power costs," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2009, pages 145-150. [337 citations]

13. K. Choi, R. Soma and M. Pedram. "Dynamic Voltage and Frequency Scaling based on Workload Decomposition," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2004, pages 174-179. [325 citations]

14. O. Akbari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Dual-quality 4:2 compressors for utilizing in dynamic accuracy configurable multipliers," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 25, No. 4, Apr. 2017, pp. 1352-1361. [324 citations]

15. K. Choi, R. Soma, and M. Pedram. "Fine-grained dynamic voltage and frequency scaling for precise energy and performance trade-off based on the ratio of off-chip access to on-chip computation times," *IEEE Trans. on Computer Aided Design*, Vol. 24, No. 1, Jan. 2005, pp.18-28. [319 citations]

16. WC. Cheng, Y. Hou, and M. Pedram. "Power minimization in a backlit TFT-LCD display by concurrent brightness and contrast scaling," *IEEE Trans. on Consumer Electronics*, Vol. 50, No. 1, Feb. 2004, pages 25-32. [314 citations]

17. X. Lin, Y. Wang, Q. Xie, and M. Pedram. "Task Scheduling with Dynamic Voltage and Frequency Scaling for Energy Minimization in the Mobile Cloud Computing Environment," IEEE Trans. on Services Computing, Vol. 8, No. 2, March-April 2015, pp. 175-186. [303 citations]

18. A. H. Ajami, K. Banerjee, and M. Pedram. "Modeling and analysis of non-uniform substrate temperature effects in high performance VLSI," *IEEE Trans. on Computer Aided Design*, Vol. 24, No. 6, Jun. 2005, pages 849-861. [291 citations]

19. H. Goudarzi and M. Pedram. "Multi-dimensional SLA-based resource allocation for multi-tier cloud computing systems," *Proc. of IEEE Conf. on Cloud Computing*, Jul. 2011, pages 324-331. [289 citations]

20. M. Pedram and Q. Wu. "Design considerations for battery-powered electronics," *Proc. of 36th Design Automation Conf.*, Jun. 1999, pages 861-866. [251 citations]

## Publications

### Books

[B1]    M. Pedram and J. Rabaey (editors). *Power-aware Design Methodologies*, Kluwer Academic Publishers, Boston, Jun. 2002.

[B2]    JM. Chang and M. Pedram. *Power Optimization and Synthesis at Behavioral and System Levels Using Formal Methods*, Kluwer Academic Publishers, Boston, Jun. 1999.

[B3]    S. Iman and M. Pedram. *Logic Synthesis for Low Power VLSI Designs*, Kluwer Academic Publishers, Boston, Nov. 1997.

[B4]    J. Rabaey and M. Pedram (editors). *Low Power Design Methodologies*, Kluwer Academic Publishers, Boston, Oct. 1995.

[B5]    M. Pedram. *ACM-SIGDA Multimedia Monograph Series*, Volumes 1-12, ACM Publications.

### Book Chapters

[BC1]   E. Khatami Zenozian, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Enabling Memory-Augmented Neural Networks for Efficient Edge Applications," In *AI-Enabled Electronic Circuit and System Design: From Ideation to Utilization*, Springer Nature Switzerland, 2025, pp. 565-605.

[BC2]   M. Vaeztourshizi, H. Afzali-Kusha, M. Kamal, and Massoud Pedram. "Design Techniques for Approximate Realization of Data-Flow Graphs," in Springer's book titled *Approximate Computing*, Editors: W. Liu and F. Lombardi, 2022.

[BC3]   M.A. Karamuftuoglu, S. Nazar Shahsavani and M. Pedram. "Margin Optimization of Single Flux Quantum Logic Cells," in *Design Automation of Quantum Computers*, Editor: R.O. Topaloglu, Springer Nature, 2022.

[BC4]   A. Fayyazi, M. Ansari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Inverter-based memristive neuromorphic circuit for ultra-low-power IoT smart applications," in IET's book titled *Hardware Architectures for Deep Learning*, Editors: M. Daneshtalab, and M. Modarressi, 2020.

[BC5]   M. Hemmat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Robust Hybrid TFET-MOSFET Circuits in Presence of Process Variations and Soft Errors," in *VLSI-SoC: System-on-Chip in the Nanoscale Era – Design, Verification and Reliability*, Editors: T. Hollstein, J. Raik, S. Kostin, A. Tšertov, l. O'Connor, and R. Reis, Part of the IFIP Advances in Information and Communication Technology book series, Springer, 2017.

[BC6]   M. J. Dousti, A. Petraglia, and M. Pedram. "Maximum Power Point Tracking for Thermoelectric Generators Using their Accurate Electrothermal Model," in Advances in Energy Research, M. J. Acosta, Ed., Vol. 26, Nova Science Publishers, 2017.

[BC7]   H. Goudarzi and M. Pedram. "Achieving Energy Efficiency in Datacenters by Virtual Machine Sizing, Replication, and Placement," in Elsevier's book titled *Advances in Computers: Energy Efficiency in Data Centers and Clouds*, Editors: A. Hurson and H. Sarbazi-Azad, Vol. 100, Feb. 2016.

[BC8]   A. Shafaei, M-J. Dousti, M. Pedram. "Computer-Aided Design for Next-generation Quantum Computing Systems," *in New Developments in Quantum Optics Research*, Editor: N. Stewart, Nova Science Publishers, 2015.

[BC9]   N. Chang, M. Pedram, H.G. Lee, Y. Wang, and Y. Kim. "Reconfigurable Photovoltaic Array Systems for Adaptive and Fault-Tolerant Energy Harvesting," in *Nano Devices and Circuit Techniques for Low-Energy Applications and Energy Harvesting*, Editor: C.M. Kyung, KAIST Research Series, Springer, pp. 181-209, Jul. 2015.

[BC10]  Y. Wang, X. Lin, and M. Pedram. "Accurate component model-based control algorithm for residential photovoltaic and energy storage systems accounting for prediction inaccuracies," in *Smart Grids: Technologies, Applications and Management Systems*, Editor: L. M. Koga, Electrical Engineering Developments Series, Nova Science Publishers, 2014.

[BC11]  H. Goudarzi and M. Pedram. "Profit-maximizing resource allocation for multi-tier cloud computing systems under service level agreements," in *Large Scale Network-Centric Computing Systems*, Editors: H. Sarbazi-Azad and A. Y. Zomaya, Wiley-IEEE Computer Society Press, Oct. 2013.

[BC12]  P. Rong and M. Pedram. "A stochastic framework for hierarchical system-level power management," Chapter 4 in *Energy Efficient Distributed Computing Systems*, Editors: A. Y. Zomaya and Y-C Lee, Wiley-IEEE Computer Society Press, Aug. 2012.

[BC13]  N. Mohyuddin, E. Pakbaznia, and M. Pedram. "Probabilistic error propagation in a logic circuit using the Boolean difference calculus," Chapter 19 in *Advanced Techniques in Logic Synthesis, Optimizations and Applications*, Editors: S.P. Khatri and K. Gulati, Springer, 2010.

[BC14]  A. Iranli and M. Pedram. "System-level power management: an overview," in *The VLSI Handbook Second Edition*, Editor: W-K. Chen, Taylor and Francis, 2006.

[BC15]  A. Abdollahi and M. Pedram. "RT-level power minimization techniques," in *SoC: Next Generation Electronics*, Editor: Bashir M. Al-Hashimi, IEE Press, 2005.

[BC16]  M. Maleki and M. Pedram. "Power-aware on-demand routing protocols for mobile ad hoc networks," in *Low-Power Electronics Design*, Editor: C. Piguet, CRC Press, 2004.

[BC17]  WC. Cheng and M. Pedram. "Transmittance scaling for reducing power dissipation of a backlit TFT-LCD," in *Ultra Low Power Design*, Editor: E. Macii. Kluwer Academic Publishers, 2004.

[BC18]  M. Pedram. "Power simulation and estimation in VLSI circuits," in *The VLSI Handbook*, *Design automation, languages, and simulations*, Editor: W-K. Chen, CRC Press and IEEE Press, 2003, pages 18.1-18.23.

[BC19]  M. Pedram. "Advanced power estimation techniques," in *Low Power Design in Deep Submicron Technology*, Editors: J. Mermet and W. Nebel, Kluwer Academic Publishers, 1997.

[BC20]  S. Iman and M. Pedram. "Combinational circuit optimization," in *Low Power Design in Deep Submicron Technology*, Editors: J. Mermet and W. Nebel, Kluwer Academic Publishers, 1997.

[BC21]  M. Pedram. "Design technologies for Low Power VLSI," in *Encyclopedia of Computer Science and Technology*, Marcel Dekker, Editors: A Kent, J. G. Williams, and C. M. Hall, Vol. 36, 1997, pages 73-96.

[BC22]  S. B. K. Vrudhula, M. Pedram, and Y. T. Lai. "Edge-valued binary-decision diagrams," in *Representations of Discrete Functions*, Editors: T. Sasao and M. Fujita, Kluwer Academic Publishers, 1996, pages 109-132.

[BC23]  J. Rabaey, M. Pedram, and P. Landman. "Introduction to Low Power Design," in *Low Power Design Methodologies*, Editors:   J. Rabaey and M. Pedram. Kluwer Academic Publishers, 1996, pages 1-18.

[BC24]  M. Pedram. "Logic synthesis for low power," in *Low Power Design Methodologies*, Editors: J. Rabaey and M. Pedram. Kluwer Academic Publishers, 1996, pages 129-160.

**Journal Articles**

**2025**

[J1]    K. Dev, J. Yoo, P. Meinerzhagen, V. Tiwari, and M. Pedram. "CEDA Update: IEEE/ACM International Symposium on Low Power Electronics and Design Marks 30th Anniversary in 2025," *IEEE Solid-State Circuits Magazine* 17 (1), 141-142.

[J2]    B. Z. Ucpinar, M. A. Karamuftuoglu, S. Razmkhah, M. Kamal, and M. Pedram. "An On-Chip Control and Readout Circuit Design for an Ising Annealer," in *IEEE Transactions on Applied Superconductivity*, vol. 35, no. 5, pp. 1-6, Aug. 2025, Art no. 1700906.

[J3]    M. A. Karamuftuoglu, B. Z. Ucpinar, A. Fayyazi, S. Razmkhah, M. Kamal, and M. Pedram. "Scalable superconductor neuron with ternary synaptic connections for ultra-fast SNN hardware," *Superconductor Science and Technology* 38 (2), 025014, 2025.

[J4]    K. Lee, S. Jeon, K. Lee, W. Lee, and M. Pedram. "Radar-PIM: Developing IoT Processors Utilizing Processing-in-Memory Architecture for Ultrawideband-Radar-Based Respiration Detection," *IEEE Internet of Things Journal*, vol. 12, no. 1, pp. 515-530, 1 Jan.1, 2025

[J5]    S. Razmkhah, P. Febvre, and M. Pedram. "qConnect: Increasing Qubit Connectivity in Quantum Computing Fabric Using Active Transmission Lines," *IEEE Trans. on Applied Superconductivity*, doi: 10.1109/TASC.2025.3534184.

## 2024

[J6]    S. Razmkhah and M. Pedram. "High-density superconductive logic circuits utilizing 0 and π josephson junctions," Engineering Research Express 6 (1), 015307, 2024.

[J7]    S. Razmkhah, M. Kamal, N. Yoshikawa, and M. Pedram. "Josephson parametric oscillator based ising machine," Physical Review B 109 (1), 014511, 2024.

[J8]    H. Cong, S. Razmkhah, M. A. Karamuftuoglu, and M. Pedram. "Superconductor Logic Implementation with All-JJ Inductor-Free Cell Library," *IEEE Trans. on Applied Superconductivity*, vol. 34, no. 9, pp. 1-10, Dec. 2024, Art no. 1301110.

[J9]    S. Azizi, M. Nazemi, M. Kamal, and M. Pedram. "Low-Precision Mixed-Computation Models for Inference on Edge," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, vol. 32, no. 8, pp. 1414-1422, Aug. 2024.

[J10]   J. Park, K. Han, E. Choi, J-J. Lee, W. Loo, and M. Pedram. "Designing Low-Power RISC-V Multicore Processors with a Shared Lightweight Floating-Point Unit for IoT Endnotes," *IEEE Trans. on Circuits and Systems I: Regular Papers*, vol. 71, no. 9, pp. 4106-4119, Sept. 2024.

[J11]   M. A. Karamuftuoglu, B. Z. Ucpinar, S. Razmkhah, M. Kamal, and M. Pedram. "Unsupervised SFQ-Based Spiking Neural Network," *IEEE Trans. on Applied Superconductivity*, vol. 34, no. 3, pp. 1-8, May 2024, Art no. 1300708.

[J12]   B. Z. Ucpinar, M. A. Karamuftuoglu, S. Razmkhah, and M. Pedram. "An On-Chip Trainable Neuron Circuit for SFQ-Based Spiking Neural Networks," *IEEE Trans. on Applied Superconductivity*, vol. 34, no. 3, pp. 1-6, May 2024, Art no. 1300506.

[J13]   H. Falahati, M. Sadrosadati, Q. Xu, J. Gómez-Luna, B. Saber Latibari, H. Jeon, S. Hessabi, H. Sarbazi-Azad, O. Mutlu, M. Annavaram, and M. Pedram. "Cross-core Data Sharing for Energy-efficient GPUs," *ACM Trans. Archit. Code Optim.* 21(3): 42:1-42:32 (2024)

[J14]   M. Sharei, M. Kamal, A. Afzali-Kusha, and M. Pedram. "GEMA: A Genome Exact Mapping Accelerator Based on Learned Indexes," *IEEE Trans. Biomed. Circuits and Syst.* 18(3): 523-538 (2024).

[J15]   B. Zhang, Z. Cheng, and M. Pedram. "Design of a High-Performance, Iterative Barrett Modular Multiplier for Crypto Systems," *IEEE Trans. Very Large Scale Integration (VLSI) Systems*, 32(5): 897-910 (2024).

[J16]   Z. Cheng, B. Zhang, and M. Pedram. "A High-Performance, Conflict-Free Memory-Access Architecture for Modular Polynomial Multiplication," *IEEE Trans. Comput. Aided Des. Integr. Circuits Syst.* 43(2): 492-505 (2024).

## 2023

[J17]   C. J. Fourie, K. Jackman, J. Delport, L. Schindler, T. Hall, P. Febvre, L. Iwanikow, O. Chen, C. L. Ayala, N. Yoshikawa, M. Law, T. A. Weingartner, Y. Wang, P. Beerel, S. Gupta, H. Zha, S. Razmkhah, M. A. Karamuftuoglu, A. Fayyazi, M. Li, M. Annavaram, S. Nazarian, and M. Pedram. "Results From the ColdFlux Superconductor Integrated Circuit Design Tool Project," IEEE on Applied Superconductivity, vol. 33, no. 8, pp. 1-26, Nov. 2023, Art no. 1304926. (**Van Duzer Prize Award**)

[J18]   M. Ahmadzadeh, M. Kamal, A. Afzali-Kusha, and M. Pedram. "A2P-MANN: Adaptive Attention Inference Hops Pruned Memory-Augmented Neural Networks," *IEEE Trans. Neural Networks Learn.* Syst. 34(11): 8284-8296 (2023)

[J19]   M. Li, B. Zhang, and M. Pedram. "Striking a Good Balance Between Area and Throughput of RSFQ Circuits Containing Feedback Loops," *IEEE Trans. on Applied Superconductivity*, vol. 33, no. 5, Aug. 2023.

[J20]   M. A. Karamuftuoglu and M. Pedram. "α -Soma: Single Flux Quantum Threshold Cell for Spiking Neural Network Implementations," *IEEE Trans. on Applied Superconductivity*, vol. 33, no. 5, Aug. 2023.

[J21]   A. Fayyazi, M. Munir, S. Athrey, S. Nazarian, and M. Pedram. "Formal Verification of Sequential Circuits in Superconducting Single Flux Quantum Technologies," *IEEE Trans. on Applied Superconductivity*, vol. 33, no. 5, Aug. 2023.

[J22]   R. Kazerooni-Zand, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Memristive-based Mixed-signal CGRA for Accelerating Deep Neural Network Inference," *ACM Trans. Design Autom. Electr. Syst.* 28(4): 66:1-66:25 (2023)

[J23]   M. Vaeztourshizi and Massoud Pedram. "Efficient Error Estimation for High-Level Design Space Exploration of Approximate Computing Systems," *IEEE Trans. Very Large Scale Integr. Syst.* 31(7): 917-930 (2023)

[J24]   S. Nazar Shahsavani, A. Fayyazi, M. Nazemi, and M. Pedram. "Efficient Compilation and Mapping of Fixed Function Combinational Logic onto Digital Signal Processors Targeting Neural Network Inference and Utilizing High-level Synthesis," *ACM Trans. Reconfigurable Technol. Syst.* 16(2): 17:1-17:25 (2023)

[J25]   E. Tanghatari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Federated learning by employing knowledge distillation on edge devices with limited hardware resources," *Neurocomputing* 531: 87-99 (2023)

[J26]   H. Afzali-Kusha and M. Pedram. "X-NVDLA: Runtime Accuracy Configurable NVDLA Based on Applying Voltage Overscaling to Computing and Memory Units," *IEEE Trans. Circuits Syst. I Regul. Pap.* 70(5): 1989-2002 (2023)

[J27]   B. Zhang, Z. Cheng, and M. Pedram. "An Iterative Montgomery Modular Multiplication Algorithm with Low Area-Time Product," *IEEE Trans. Computers* 72(1): 236-249 (2023)

[J28]   F. Ebrahimi-Azandaryani, O. Akbari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Accuracy Configurable Adders with Negligible Delay Overhead in Exact Operating Mode," *ACM Trans. on Design Automation of Electronic Systems* 28(1): 13:1-13:14 (2023)

[J29]   M. A. Karamuftuoglu, S. N. Shahsavani, and M. Pedram. "Margin and Yield Optimization of Single Flux Quantum Logic Cells Using Swarm Optimization Techniques," *IEEE Trans. on Applied Superconductivity*, vol. 33, no. 1, pp. 1-10, Jan. 2023.

## 2022

[J30]   S. Taghipour, M. Kamal, R. N. Asli, A. Afzali-Kusha, and M. Pedram. "LCHC-DFT: A Low-Cost High-Coverage Design-for-Testability Technique to Detect Hard-to-Detect Faults in STT-MRAMs in the Presence of Process Variations," in *IEEE Trans. on Device and Materials Reliability*, Vol. 22, No. 12, Dec. 2022

[J31]   N. Nguyen, H. Vu, M. Pedram, and D. Shin. "An Attachable Battery-Supercapacitor Hybrid for Large Pulsed Load," *IEEE Design & Test*, 39(5):62-69 (2022)

[J32]   M. Soltani, M. Kamal, A. Afzali-Kusha, and M Pedram. "An Adaptive Memory Side Encryption Method for Improving Security and Lifetime of PCM-based Main Memory," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, 41(6): 1744-1756 (2022)

[J33]   S. Kundu, Y. Fu, B. Ye, P.A. Beerel, and M. Pedram. "Toward Adversary-aware Non-iterative Model Pruning through Dynamic Network Rewiring of DNNs," *ACM Trans. Embedded Computer Systems* 21(5): 52:1-52:24 (2022)

[J34]   M. Zolfagharinejad, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Posit Process Element for Using in Energy-Efficient DNN Accelerators," *IEEE Trans. Very Large Scale Integrated Systems*, 30(6): 844-848 (2022).

[J35]   H. Cong and M. Pedram. "All-Digital Phase-Locked Loop in Single Flux Quantum Circuit Technology," *IEEE Trans. on Applied Superconductivity*, vol. 32, no. 3, pp. 1-8, April 2022.

[J36]   B. Zhang, Z. Cheng, and M. Pedram. "High-Radix Design of a Scalable Montgomery Modular Multiplier with Low Latency," *IEEE Trans. on Computers*, 71(2): 436-449 (2022).

[J37]   E. Tanghatari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Distributing DNN training over IoT edge devices based on transfer learning," *Neurocomputing*, 467: 56-65 (2022).

**2021**

[J38]   A. Fayyazi, M. Munir, A. Gopikanna, S. Nazarian, and M. Pedram. "A Logic Verification Framework for SFQ and AQFP Superconducting Circuits," *IEEE Trans. on Applied Superconductivity*, 31(9):1-11 (2021).

[J39]   M. J. Dousti, Q. Xie, M. Nazemi, and M. Pedram. "Therminator 2: A Fast Thermal Simulator for Portable Devices," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, 40(12): 2528-2541 (2021).

[J40]   S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "LATIM: Loading-Aware Offline Training Method for Inverter-based Memristive Neural Networks," *IEEE Trans. on Circuits and Systems II: Express Briefs*, 68(10): 3346-3350 (2021).

[J41]   S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Reliability Enhancement of Inverter-Based Memristor Crossbar Neural Networks Using Mathematical Analysis of Circuit Non-Idealities," *IEEE Trans. on Circuits and Systems I: Regular Papers*, 68(10): 4310-4323 (2021).

[J42]   X. Li, S. Nazar Shahsavani, X. Zhou, M. Pedram, and P A. Beerel. "A Variation-aware Hold Time Fixing Methodology for Single Flux Quantum Logic Circuits," *ACM Trans. on Design Automation of Electronic Systems*, 26(6): 47:1-47:17 (2021).

[J43]   M. A. Maleki, A. Nabipour-Meybodi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "An Energy-Efficient Inference Method in Convolutional Neural Networks Based on Dynamic Adjustment of the Pruning Level," *ACM Trans. on Design Automation of Electronic Systems*, 26(6): 49:1-49:20 (2021).

[J44]   H. Cong, M. Li, and M. Pedram. "An 8-bit Multiplier using Single-Stage Full Adder Cell in Single Flux Quantum Circuit Technology," *IEEE Trans. on Applied Superconductivity*, 31(6): 1-10 (2021).

[J45]   A.E. Eshratifar, D. Eigen, M. Gormish, and M. Pedram: "Coarse2Fine: a two-stage training method for fine-grained visual classification," *Machine Vision Applications*, 32(2): 49 (2021).

[J46]   S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Loading-Aware Reliability Improvement of Ultra-Low Power Memristive Neural Networks," *IEEE Trans. Circuits Syst. I Regular Papers*, 68(8): 3411-3421 (2021).

[J47]   R. Yarmand, M. Kamal, A. Afzali-Kusha, P. Esmaeli, and M. Pedram. "OPTIMA: An Approach for Online Management of Cache Approximation Levels in Approximate Processing Systems" *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, 29(2): 434-446 (2021).

[J48]  K. Han, S. Lee, K-I. Oh, Y. Bae, H. Jang, J-J. Lee, W. Lee, and M. Pedram. "Developing TEI-aware Ultra Low Power SoC Platforms for IoT End Nodes," *IEEE Internet of Things Journal*, 8(6): 4642-4656 (2021).

[J49]  A. E. Eshratifar, M. S. Abrishami, and M. Pedram. "JointDNN: An Efficient Training and Inference Engine for Intelligent Mobile Cloud Computing Services," in *IEEE Trans. on Mobile Computing*, 20(2): 565-576 (2021).

## **2020**

[J50]  S. Amanollahi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Circuit-Level Techniques for Logic and Memory Blocks in Approximate Computing Systems," in *Proceedings of the IEEE*, vol. 108, no. 12, Dec. 2020, pp. 2150-2177.

[J51]  S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Offline Training Improvement of Inverter-Based Memristive Neural Networks Using Inverter Voltage Characteristic Smoothing," in *IEEE Trans. on Circuits and Systems II: Express Briefs*, vol. 67, no. 12, Dec. 2020, pp. 3442-3446.

[J52]  N. Katam, H. Zha, M. Pedram, and M. Annavaram. "Multi Fluxon Storage and its Implications for Microprocessor Design," *Journal of Physics: Conference Series* 1559 (1), 2020, 012004.

[J53]  T. Lin, B. Zhang, and M. Pedram. "Post-Routing Optimization for Working Frequency of Single Flux Quantum Circuits," *IEEE Trans. on Applied Superconductivity*, vol. 30, no. 7, Oct. 2020, pp. 1-14.

[J54]  B. Zhang, M. Li, and M. Pedram. "qSSTA: A Statistical Static Timing Analysis Tool for Superconducting Single-Flux-Quantum Circuits," *IEEE Trans. on Applied Superconductivity*, vol. 30, no. 7, Oct. 2020, pp. 1-12.

[J55]  O. Akbari, M. Kamal, A. Afzali-Kusha, M. Pedram, and M. Shafique. "X-CGRA: An Energy-Efficient Approximate Coarse-Grained Reconfigurable Architecture," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, vol. 39, no. 10, Oct. 2020, pp. 2558-2571.

[J56]  P. Haghi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "O4-DNN: A Hybrid DSP-LUT-Based Processing Unit with Operation Packing and Out-of-Order Execution for Efficient Realization of Convolutional Neural Networks on FPGA Devices," *IEEE Trans. on Circuits and Systems I: Regular Papers*, vol. 67, no. 9, Sept. 2020, pp. 3056-3069.

[J57]  S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "INTERSTICE: Inverter-Based Memristive Neural Networks Discretization for Function Approximation Applications," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, 28(7): 1578-1588 (2020).

[J58]  S. Kundu, M. Nazemi, M. Pedram, K.M. Chugg, and P.A. Beerel. "Pre-defined Sparsity for Low-Complexity Convolutional Neural Networks," *IEEE Trans. on Computers*, vol. 69, no. 7, Jul. 2020, pp. 1045-1058.

[J59]  B. Zhang and M. Pedram. "qSTA: A Static Timing Analysis Tool for Superconducting Single-Flux-Quantum Circuits," IEEE Trans. on Applied Superconductivity, 30(5): 1-9 (2020).

[J60]  H. Afzali-Kusha, M. Vaeztourshizi, M. Kamal, and M. Pedram. "Design Exploration of Energy-Efficient Accuracy-Configurable Dadda Multipliers with Improved Lifetime Based on Voltage Overscaling," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, 28(5): 1207-1220 (2020).

[J61]  G. Pasandi and M. Pedram. "An Efficient Pipelined Architecture for Superconducting Single Flux Quantum Logic Circuits Utilizing Dual Clocks," *IEEE Trans. on Applied Superconductivity*, 30(2): 1-12 (2020).

[J62]  R. N. Tadros, A. Fayyazi. M. Pedram, and P. A. Beerel. "SystemVerilog Modeling of SFQ and AQFP Circuits," *IEEE Trans. on Applied Superconductivity*, 30(2): 1-13 (2020).

[J63]  M. Pedram and L. Wang. "Energy Efficiency in 5G Cellular Network Systems," *IEEE Design & Test* 37(1): 64-78 (2020).

[J64]   F. Ebrahimi-Azandaryani, O. Akbari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Block-based Carry Speculative Approximate Adder for Energy-Efficient Applications," *IEEE Trans. on Circuits and Systems II: Express Briefs*, 67-II(1): 137-141 (2020).

[J65]   N. Samimi, M. Kamal, A. Afzalli-Kusha, and M. Pedram. "Res-DNN: A Residue Number System-Based DNN Accelerator Unit," *IEEE Trans. on Circuits and Systems I: Regular Papers*, 67-I(2): 658-671 (2020).

[J66]   E. Bank-Tavakoli, S. A. Ghasemzadeh, M. Kamal, A. Afzali-Kusha, and M. Pedram. "POLAR: A Pipelined/Overlapped FPGA-based LSTM Accelerator," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, 28(3): 838-842 (2020).

[J67]   M. Soltani, M. Kamal, A. Afzali-Kusha, and M. Pedram. "RandShift: An Energy-Efficient Fault-Tolerant Method in Secure Non-Volatile Main Memory," IEEE Trans. on Very Large Scale Integration (VLSI) Systems, 28(1): 287-291 (2020).

[J68]   R. Yarmand, M. Kamal, A. Afzali-Kusha, and M. Pedram. "DART: A Framework for Determining Approximation Levels in an Approximable Memory Hierarchy," IEEE Trans. on Very Large Scale Integration (VLSI) Systems, 28(1): 273-286 (2020).

## 2019

[J69]   T. Lin, Y. Li, M. Pedram, and L. Chen. "Design Space Exploration of Memory Controller Placement in Throughput Processors with Deep Learning," *Computer Architecture Letters* 18(1): 51-54 (2019).

[J70]   G. Pasandi, R. Mehta, M. Pedram, and S. Nazarian. "Hybrid Cell Assignment for Power, Area, Delay Product Optimization of SRAM Arrays," *IEEE Trans. on Circuits and Systems II: Express Briefs, Vol. 66, No. 12, Dec. 2019*, pp. 2047-2051.

[J71]   G. Pasandi, K. Mehrabi, B. Ebrahimi, S. M. Fakhraei, A. Afzali-Kusha, and M. Pedram. "Low-power data encoding/decoding for energy-efficient static random access memory design," *IET Circuits, Devices & Systems*, Vol. 13, No. 8, Dec. 2019, pp. 1152-1159.

[J72]   M. Ansari, A. Fayyazi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "OCTAN: An On-Chip Training Algorithm for Memristive Neuromorphic Circuits," *IEEE Trans. on Circuits and Systems* I: Regular Papers, Vol. 66, No. 12, Dec. 2019, pp. 4687-4698.

[J73]   S. Nazar Shahsavani and M. Pedram. "A Minimum-Skew Clock Tree Synthesis Algorithm for Single Flux Quantum Logic Circuits," *IEEE Trans. on Applied Superconductivity*, Vol. 29, No. 8, Dec. 2019.

[J74]   A. Esmaili, M. Nazemi, and M. Pedram. "Energy-aware Scheduling of Task Graphs with Imprecise Computations and End-to-end Deadlines," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 25, No. 1, Nov. 2019, Article No. 11.

[J75]   W. Lee, T. Kang, J.J. Lee, K. Han, J. Kim, and M. Pedram "TEI-ULP: Exploiting Body Biasing to Improve the TEI-Aware Ultra-Low Power Methods," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems* 38(9), Vol. 38, No. 9, Sep. 2019, pp. 1758-1770.

[J76]   S. Tabatabaei Nikkhah, M. Zahedi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "ACHILLES: Accuracy-Aware High-Level Synthesis Considering Online Quality Management," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems* 38(8), Vol. 38, No. 8, Aug. 2019, pp. 1452-1465.

[J77]   N. Katam and M. Pedram. "Timing Characterization for Static Timing Analysis of Single Flux Quantum Circuits," *IEEE Trans. on Applied Superconductivity*, Vol. 29, No. 6, Sep. 2019.

[J78]   L. Wang and M. Pedram. "QoS Guaranteed Online Management of Battery Swapping Station under Dynamic Energy Pricing," *IET Cyber-Physical Systems: Theory & Applications 4(3)*, Aug. 2019, pp. 259-264.

[J79]    N. K. Katam, O.A. Mukhanov, and M. Pedram. "Simulation Analysis and Energy-Saving Techniques for ERSFQ Circuits," *IEEE Trans. on Applied* Superconductivity, Vol. 29, No. 5, Aug. 2019.

[J80]    C. J. Fourie, K. Jackman, M. M. Botha, S. Razmkhah, P. Febvre, C. L. Ayala, Q. Xu, N. Yoshikawa, E. Patrick, M. Law, Y. Wang, M. Annavaram, P. A. Beerel, S. Gupta, S. Nazarian, and M. Pedram. "ColdFlux Superconducting EDA and TCAD Tools Project: Overview and Progress," *IEEE Trans. on Applied Superconductivity,* Vol. 29, No. 5, Aug. 2019.

[J81]    G. Pasandi and M. Pedram. "PBMap: A Path Balancing Technology Mapping Algorithm for Single Flux Quantum Logic Circuits," *IEEE Trans. on Applied Superconductivity, Vol. 29, No. 4, Jun.* 2019.

[J82]    T. Lin, T. Edwards, and M. Pedram. "qGDR: A Via-Minimization-Oriented Routing Tool for Large-Scale Superconductive Single-Flux-Quantum Circuits," *IEEE Trans. on Applied Superconductivity*, Vol. 29, No. 7, Oct. 2019.

[J83]    S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "TOSAM: An Energy-Efficient Truncation- and Rounding-Based Scalable Approximate Multiplier," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 27, No. 5, May 2019, pp. 1161-1173.

[J84]    T. Lin, Y. Li, M. Pedram, and L. Chen, "Design Space Exploration of Memory Controller Placement in Throughput Processors with Deep Learning, "*Computer Architecture Letters*, Vol. 18, No. 1, Mar. 2019, pp. 51-54.

[J85]    M. Pashaeefar, M. Kamal, A. Afzali-Kusha, and M. Pedram. "A Theoretical Framework for Quality Estimation and Optimization of DSP Applications Using Low-Power Approximate Adders," *IEEE Trans. on Circuits and Systems I*, Vol. 66, No. 1, Jan. 2019, pp. 327-340.

## 2018

[J86]    O. Akbari, M. Kamal, A. Afzali-Kusha, M. Pedram, and M. Shafique. "Towards Approximate Computing for Coarse-Grained Reconfigurable Architectures," *IEEE Micro*, Vol. 38, No. 6, Nov.-Dec. 2018, pp. 63-72.

[J87]    M. Pashaeefar, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Approximate Reverse Carry Propagate Adder for Energy-Efficient DSP Applications," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems, Vol. 26, No. 11, Nov.* 2018, pp. 2530-2541.

[J88]    N. Katam and M. Pedram. "Logic Optimization, Complex Cell Design, and Retiming of Single Flux Quantum Circuits," *IEEE Trans. on Applied Superconductivity,* Vol. 28, No. 7, Oct. 2018.

[J89]    H. Afzali-Kusha, O. Akbari. M. Kamal, and M. Pedram. "Energy and Reliability Improvement of Voltage-Based, Clustered, Coarse-Grain Reconfigurable Architectures by Employing Quality-Aware Mapping," *IEEE Journal on Emerging and Selected Topics in Circuits and Systems*, Vol. 8, No. 3, Sep. 2018, pp. 480-493.

[J90]    O. Akbari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "RAP-CLA: A Reconfigurable Approximate Carry Look-Ahead Adder," *IEEE Trans. on Circuits and Systems II: Express Briefs*, Vol. 65, No. 8, Aug. 2018, pp. 1089-1093.

[J91]    A. Iranfar, M. Kamal, A. Afzali-Kusha, M. Pedram, and D. Atienza. "TheSPoT: Thermal Stress-Aware Power and Temperature Management for Multiprocessor Systems-on-Chip," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems,* Vol. 37, No. 8, Aug. 2018, pp. 1532-1545.

[J92]    M. Ansari, A. Fayyazi, A. Banagozar, M. A. Maleki, M. Kamal, A. Afzali-Kusha, and M. Pedram. "PHAX: Physical Characteristics Aware Ex-Situ Training Framework for Inverter-Based Memristive Neuromorphic Circuits," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, Vol. 37, No. 8, Aug. 2018, pp. 1602-1613.

[J93]    G. Pasandi and M. Pedram. "Internal write-back and read-before-write schemes to eliminate the disturbance to the half-selected cells in SRAMs," *IET Circuits, Devices & Systems*, Vol. 12, No. 4, Jul. 2018, pp. 460-466.

[J94]    T. Cui, J. Li, Y. Wang, S. Nazarian, and M. Pedram. "An Exploration of Applying Gate-Length-Biasing Techniques to Deeply-Scaled FinFETs Operating in Multiple Voltage Regimes," *IEEE Trans. Emerging Topics Computing,* Vol. 6 No. 2, Apr.-Jun. 2018, 172-183.

[J95]    A. Fayyazi, M. Ansari, M. Kamal, A. Afzali-Kusha and M. Pedram. "An Ultra Low-Power Memristive Neuromorphic Circuit for Internet of Things Smart Sensors," *IEEE Internet of Things Journal*, Vol. 5, No. 2, Apr. 2018, pp. 1011-1022.

[J96]    F. Nakhaee, M. Kamal, A. Afzali-Kusha, M. Pedram, S.M. Fakhraie, and H. Dorosti. "Lifetime Improvement by Exploiting Aggressive Voltage Scaling during Runtime of Error-resilient Applications," Elsevier's *Integration, the VLSI Journal*, Vol. 61, No. 3, Mar. 2018, pp. 29-38.

[J97]    N. Katam, O. Mukhanov, and M. Pedram. "Superconducting Magnetic Field Programmable Gate Array," *IEEE Trans. on Applied Superconductivity*, Vol. 28, No. 2, Mar. 2018, pp. 1-12.

[J98]    K. Han, J. J. Lee, J. Lee, W. Lee and M. Pedram. "TEI-NoC: Optimizing Ultralow Power NoCs Exploiting the Temperature Effect Inversion," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, Vol. 37, No. 2, Feb. 2018, pp. 458-471.

[J99]    S. Abolma'ali, M. Kamal, A. Afzali-Kusha, and M. Pedram. "An Efficient False Path-Aware Heuristic Critical Path Selection Method with High Process Space Coverage," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 23, No. 3, Feb. 2018, pp. 32:1-32:25.

[J100]   I. Hwang and M. Pedram. "Hierarchical, Portfolio Theory-Based Virtual Machine Consolidation in a Compute Cloud," *IEEE Trans. on Services Computing*, Vol. 11, No. 1, Jan.-Feb. 2018, pp. 63-77.

**2017**

[J101]   S. Vahdat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "LETAM: A low energy truncation-based approximate multiplier," *Elsevier's Computers & Electrical Engineering*, Vol. 63, Oct. 2017, pp. 1-17.

[J102]   P. Zhao, X. Lin, Y. Wang, S. Chen, and M. Pedram. "A Hierarchical Resource Allocation and Consolidation Framework in a MultiCore Server Cluster Using a Markov Decision Process Model," *IET Cyber-Physical Systems: Theory & Applications*, Vol. 2, No. 3, Oct. 2017, pp. 118-126.

[J103]   S. Abolma'ali, N. Mansouri-Ghiasi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Efficient Critical Path Identification Based on Viability Analysis Method Considering Process Variations," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 29, No. 9, Sept. 2017, pp. 2668-2672.

[J104]   J. Li, X. Lin, S. Nazarian, and M. Pedram. "CTS2M: concurrent task scheduling and storage management for residential energy consumers under dynamic energy pricing," *IET Cyber-Physical Systems: Theory & Applications*, Vol. 2, No. 3, Sep. 2017, pp. 111-117.

[J105]   T. Cui, S. Chen, Y. Wang, S. Nazarian, and M. Pedram. "Optimal Control of PEVs with a Charging Aggregator Considering Regulation Service Provisioning," *IEEE Trans. on Cyber-Physical Systems*, Vol. 1, Issue 4, Aug. 2017, pp. 23:1-23:23.

[J106]   T. Cui, S. Chen, Y. Wang, Q. Zhu, S. Nazarian, and M. Pedram. "An Optimal Energy Co-Scheduling Framework for Smart Buildings," *Elsevier's Integration, the VLSI Journal*, Vol. 58, Jun. 2017, pp. 528-537.

[J107]   S. Nazar Shahsavani, T-R. Lin, A. Shafaei, C.J. Fourie, and M. Pedram. "An Integrated Row-Based Cell Placement and Interconnect Synthesis Tool for Large SFQ Logic Circuits," *IEEE Trans. on Applied Superconductivity*, Vol. 27, No. 4, Apr. 2017, pp. 1-8.

[J108]   W. Lee, K. Han, Y. Wang, T. Cui, S. Nazarian, and M. Pedram. "TEI-power: Temperature Effect Inversion Aware Dynamic Thermal Management," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 22, No. 3, Apr. 2017, pp. 51:1-51:25.

[J109]   O. Akbari, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Dual-quality 4:2 compressors for utilizing in dynamic accuracy configurable multipliers," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 25, No. 4, Apr. 2017, pp. 1352-1361.

[J110]   M. Hemmat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Hybrid TFET-MOSFET Circuit: A Solution to Design Soft-Error Resilient Ultra-Low Power Digital Circuit," *Elsevier's Integration, the VLSI Journal,* Vol. 57, Mar. 2017, pp. 11–19.

[J111]   D. Zhu, S. Yue, M. Pedram, and L. Chen. "CALM: Contention-Aware Latency-Minimal Application Mapping for Flattened Butterfly On-Chip Networks," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 22, Issue 2, Mar. 2017, pp. 21:1-21:21.

[J112]   M. Bahadori, M. Kamal, A. Afzali-Kusha, and M. Pedram. "An energy and area efficient yet high-speed square-root carry select adder structure," *Elsevier's Computers & Electrical Engineering, An International Journal,* Vol. 58, Feb. 2017, pp. 101-112.

[J113]   R. Zendegani, M. Kamal, M. Bahadori, A. Afzali-Kusha, and M. Pedram. "RoBA Multiplier: A Rounding-Based Approximate Multiplier for High-Speed yet Energy-Efficient Digital Signal Processing," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 25, No. 2, Feb. 2017, pp. 393-401.

## 2016

[J114]   Y. Wang and M. Pedram. "Model-free reinforcement learning and Bayesian classification in system-level power management," *IEEE Trans. on Computers*, Vol. 65, No. 12, Dec. 2016, pp. 3713-3726.

[J115]   X. Lin, Y. Wang, N. Chang, and M. Pedram. "Concurrent Task Scheduling and Dynamic Voltage and Frequency Scaling in a Real-Time Embedded System with Energy Harvesting," *IEEE Trans. on Computer Aided Design of Integrated Circuits and Systems*, Vol. 35, No. 11, Nov. 2016, pp. 1890-1902.

[J116]   M. Hemmat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Study on the impact of device parameter variations on performance of III-V homojunction and heterojunction tunnel FETs," *Elsevier's Solid-State Electronics,* Vol. 124, Oct. 2016, pp. 46-53.

[J117]   D. Zhu, L. Chen, S. Yue, T.M. Pinkston, and M. Pedram. "Providing Balanced Mapping for Multiple Applications in Many-Core Chip Multiprocessors," *IEEE Trans. on Computers*, Vol. 65, No. 10, Oct. 2016, pp. 3122-3135.

[J118]   L. Chen, D. Zhu, M. Pedram, and T. M. Pinkston. "Simulation of NoC Power-Gating: Requirements, Optimizations, and the Agate Simulator," Special Issue on Energy Efficient Multi-Core and Many-Core Systems (Part I) of the *Journal of Parallel and Distributed Computing*, Vol. 95, Sept. 2016, pp. 69-78.

[J119]   H. Ahmadi Balef, M. Kamal, A. Afzali-Kusha, and M. Pedram. "All-Region Statistical Model for Delay Variation based on Log-Skew-Normal Distribution," *IEEE Trans. on Computer-Aided Design of Integrated Circuits and Systems*, Vol. 35, No. 9, Sept. 2016, pp. 1503-1508.

[J120]   D. Zhu, S. Yue, N. Chang, and M. Pedram. "Toward a Profitable Grid-Connected Hybrid Electrical Energy Storage System for Residential Use," *IEEE Trans. on Computer Aided Design of Circuits and Systems*, Vol. 35, No. 7, Jul. 2016, pp. 1151-1164.

[J121]   I. Hwang and M. Pedram. "A Comparative Study of the Effectiveness of CPU Consolidation versus Dynamic Voltage and Frequency Scaling in a Virtualized Multi-Core Server," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 24, No. 6, Jun. 2016, pp. 2103-2116.

[J122]  M. Pedram and A. Shafaei. "Layout Optimization for Quantum Circuits with Linear Nearest Neighbor Architectures," *IEEE Circuits and Systems Magazine*, Vol. 16, No. 2, May 2016, pp. 62-74.

[J123]  H. Goudarzi and M. Pedram. "Hierarchical SLA-Driven Resource Management for Peak Power-Aware and Energy-Efficient Operation of a Cloud Datacenter," *IEEE Trans. on Cloud Computing*, Vol. 4, No. 2, Apr.-Jun. 2016, pp. 222-236.

[J124]  Q. Xie, D. Shin, N. Chang, and M. Pedram. "Joint Charge and Thermal Management for Batteries in Portable Systems with Hybrid Power Sources," *IEEE Trans. on* Computer *Aided Design of Integrated Circuits and Systems*, Vol. 35, No. 4, Apr. 2016, pp. 611-622.

[J125]  M-J. Dousti, A. Shafaei, and M. Pedram. "Squash 2: A Hierarchical Scalable Quantum Mapper Considering Ancilla Sharing," *Quantum Information and Computation Journal*, Rinton Press, Vol.16, No. 3&4, Mar. 2016, pp. 332-356.

[J126]  M. Bahadori, M. Kamal, A. Afzali-Kusha, and M. Pedram. "A Comparative Study on Performance and Reliability of 32-bit Binary Adders," *Elsevier's Integration, the VLSI Journal*, Vol. 53, Mar. 2016, pp. 54–67.

[J127]  M. Kamal, Q. Xie, M. Pedram, A. Afzali-Kusha, and S. Safari. "An Efficient Temperature Dependent Hot Carrier Injection Reliability Simulation Flow," *Elsevier Microelectronics Reliability*, Vol. 57, Feb. 2016, pp. 10-19.

[J128]  M. Bahadori, M. Kamal, A. Afzali-Kusha, M. Pedram. "High-Speed and Energy-Efficient Carry Skip Adder Operating under a Wide Range of Supply Voltage Levels," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 24, No. 2, Feb. 2016, pp. 421-433.

[J129]  M. Kamal, A. Afzali-Kusha, S. Safari, and M. Pedram. "Yield and Speedup Improvements in Extensible Processors by Allocating Extra Cycles to Some Custom Instructions," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 21, No. 2, Jan. 2016, pp. 28:1-28:25.

[J130]  T. Cui, Y. Wang, S. Nazarian, and M. Pedram. "Profit maximization algorithms for utility companies in an oligopolistic energy market with dynamic prices and intelligent users," *AIMS Energy* 41(1):119-135, Jan. 2016.

[J131]  Y. Wang, X. Lin, and M. Pedram. "A Near-Optimal Model-Based Control Algorithm for Households Equipped with Residential Photovoltaic Power Generation and Energy Storage Systems," *IEEE Trans. on Sustainable Energy*, Vol. 7, No. 1, Jan. 2016, pp. 77-86.

## 2015

[J132]  B. Ebrahimi, R. Asadpour, A. Afzali-Kusha, and M. Pedram. "A FinFET SRAM cell design with BTI robustness at high supply voltages and high yield at low supply voltages," *Int'l Journal of Circuit Theory and Applications*, Vol. 43, No. 12, Dec. 2015, pp. 2011-2024.

[J133]  M. Kamal, A. Afzali-Kusha, S. Safari, and M. Pedram. "OPLE: A Heuristic Custom Instruction Selection Algorithm Based on Partitioning and Local Exploration of Application Data Flow Graphs," *ACM Trans. on Embedded Computing Systems*, Vol. 14, Issue 4, Sept. 2015, pp. 72:1-72:23.

[J134]  A. Shafaei, S. Chen, Y. Wang, and M. Pedram. "A Cross-layer Framework for Designing and Optimizing Deeply-scaled FinFET-based Cache Memories," *MDPI's Open-Access Journal of Low Power Electronics and Applications*, Vol. 5, Issue 3, Aug. 2015, pp. 165-182.

[J135]  Q. Xie, X. Lin, Y. Wang, S. Chen, M-J. Dousti, and M. Pedram. "Performance Comparisons between 7nm FinFET and Conventional Bulk CMOS Standard Cell Libraries," *IEEE Trans. on Circuits and Systems II*, Vol. 62, No. 8, Aug. 2015, pp. 761-765.

[J136]   V. Akhlaghi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "An Efficient Network on-Chip Architecture Based on Isolating Local and non-Local Communications," *Elsevier Computers & Electrical Engineering*, Vol. 45, Jul. 2015, pp. 430–444.

[J137]   B. Eghbalkhaha, M. Kamal, H. Afzali-Kusha, A. Afzali-Kusha, M.B. Ghaznavi-Ghoushchic, and M. Pedram. "Workload and temperature dependent evaluation of BTI-induced lifetime degradation in digital circuits," *Elsevier Microelectronics Reliability Journal*, Vol. 55, Issue 8, Jul. 2015, pp. 1152-1162.

[J138]   W. Lee, Y. Wang, and M. Pedram. "Optimizing a Reconfigurable Power Distribution Network in a Multicore Platform," *IEEE Trans. on Computer Aided Design,* Vol. 34, No. 7, Jul. 2015, pp. 1110-1123.

[J139]   B. Ebrahimi, M. Ansari, H. Afzali-Kusha, Z. Navabi, A. Afzali-Kusha, and M. Pedram. "A Near-Threshold 7T SRAM Cell with High Write and Read Margins and Low Write Time for Sub-20 nm FinFET Technologies," *Elsevier Integration, the VLSI Journal*, Vol. 50, Jun. 2015, pp. 91–106.

[J140]   X. Lin, Y. Wang, Q. Xie, and M. Pedram. "Task Scheduling with Dynamic Voltage and Frequency Scaling for Energy Minimization in the Mobile Cloud Computing Environment," *IEEE Trans. on Services Computing*, Vol. 8, No. 2, March-April 2015, pp. 175-186.

[J141]   M. Kamal, A. Afzali-Kusha, and M. Pedram. "Design of NBTI-Resilient Extensible Processors," *Elsevier Journal of Integration*, Vol. 49, Mar. 2015, pages 22-34.

[J142]   H.R. Ahmadi, A. Afzali-Kusha, M. Pedram, and M. Mosaffa. "Flexible Prime-Field Genus 2 Hyperelliptic Curve Cryptography Processor with Low Power Consumption and Uniform Power Draw," *ETRI Journal*, Vol. 37, No. 1, Feb. 2015, pages 107-117.

[J143]   B. Eghbalkhah, M. Kamal, A. Afzali-Kusha, M.B. Ghaznavi-Ghoushchic, and M. Pedram. "CSAM: A Clock Skew-aware Aging Mitigation Technique," *Elsevier Microelectronics Reliability Journal*, Vol. 55, No. 1, Jan. 2015, pages 282-290.

[J144]   M. Triki, Y. Wang, A.C. Ammari, and M. Pedram "Hierarchical Power Management of a System with Autonomously Power-Managed Components Using Reinforcement Learning," *Elsevier Integration, the VLSI Journal*, Vol. 48, No. 1, Jan. 2015, pages 10-20.

## **2014**

[J145]   Y. Wang, X. Lin, and M. Pedram. "A Stackelberg Game-Based Optimization Framework of the Smart Grid with Distributed PV Power Generations and Data Centers," *IEEE Trans. on Energy Conversion*, Vo. 29, No. 4, Dec. 2014, pages 978-987.

[J146]   Y. Wang, X. Lin, Y. Kim, Q. Xie, M. Pedram, and N. Chang. "Single-source, single-destination charge migration in hybrid electrical energy storage systems," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 22, No. 12, Dec. 2014, pages 2752-2765.

[J147]   A. Shafaei, M. Saeedi, and M. Pedram. "Cofactor Sharing for Reversible Logic Synthesis," *ACM Journal on Emerging Technologies in Computing Systems, Special Issue on Reversible Computation,* Vol. 11, No. 2, Nov. 2014, pages 14:1-14:21.

[J148]   Q. Xie, Y. Kim, Y. Wang, J. Kim, N. Chang, and M. Pedram. "Principles and Efficient Implementation of Charge Replacement in Hybrid Electrical Energy Storage Systems," *IEEE Trans. on Power Electronics*, Vol. 29, No. 11, Nov. 2014, pages 6110-6123.

[J149]   A. Yazdanbakhsh, M. Kamal, S.M. Fakhraie, A. Afzali-Kusha, S. Safari, and M. Pedram. "Implementation-Aware Selection of the Custom Instruction Set for Extensible Processors," *Elsevier Microprocessors and Microsystems*, Vol. 38, No. 7, Oct. 2014, pages 681–691.

19

[J150]   Q. Xie, Y. Wang, M. Pedram. "Designing Soft-Edge Flip-Flop-Based Linear Pipelines Operating in Multiple Supply Voltage Regimes," *Elsevier Integration, the VLSI Journal*, Vol. 47, No. 3, Jun. 2014, pages 318–328.

[J151]   X. Lin, Y. Wang, M. Pedram, J. Kim, and N. Chang. "Designing Fault-Tolerant Photovoltaic Systems," *IEEE Design and Test Magazine*, Vol. 31, No. 3, Jun. 2014, pages 1–9.

[J152]   Y. Wang, X. Lin, Y. Kim, N. Chang, and M. Pedram. "Architecture and control algorithms for combatting partial shading in PV systems," *IEEE Trans. on Computer Aided Design*, Vo. 33, No. 6, Jun. 2014, pages 917–930.

[J153]   Y. Kim, J. Koh, Q. Xie, Y. Wang, N. Chang, and M. Pedram. "A scalable and flexible hybrid energy storage system design and implementation," *Journal of Power Sources*, Vol. 255, No. 1, Jun. 2014, pages 410–422.

[J154]   M. Kamal, A. Afzali-Kusha, S. Safari, and M. Pedram "Impact of Process Variations on Speedup and Maximum Achievable Frequency of Extensible Processors," *ACM Journal on Emerging Technologies in Computing Systems*, Vol. 10, No. 3, Apr. 2014, Article No. 19.

[J155]   S. Hatami, M. Helaoui, F. M. Ghannouchi, and M. Pedram. "Single-Bit Pseudoparallel Processing Low-Oversampling Delta-Sigma Modulator Suitable for SDR Wireless Transmitters," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 22, No. 4, Apr. 2014, pages 922-931.

[J156]   Y. Wang, X. Lin, and M. Pedram. "Adaptive control for energy storage systems in households with photovoltaic modules," *IEEE Trans. on Smart Grid*, Vol. 5, No. 2, Mar. 2014, pages 992-1001.

[J157]   H. Goudarzi, M-J. Dousti, A. Shafaei Bejestan, and M. Pedram. "Design of a Universal Logic Block for Fault-Tolerant Realization of any Logic Operation in Trapped-Ion Quantum Circuits," *Springer Journal of Quantum Information Processing*, Vol. 13, Jan. 2014, pages 1267-1299.

[J158]   W. Lee, Y. Wang, D. Shin, N. Chang, and M. Pedram. "Optimizing the Power Delivery Network in a Smartphone Platform," *IEEE Trans. on Computer Aided Design*, Vol. 33, No. 1, Jan. 2014, pages 36-49.

## 2013

[J159]   Y. Kim, Y. Wang, M. Pedram, and N. Chang. "Computer-Aided Design and Optimization of Hybrid Energy Storage Systems," *Now's Foundations and Trends in Electronic Design Automation*, Vol. 7, No. 4, 2013, pages 247–338.

[J160]   M. Kamal, A. Afzali-Kusha, S. Safari, and M. Pedram "Considering the effect of process variations during the ISA extension design flow," *Elsevier Microprocessors and Microsystems*, Vol. 37, No. 6–7, Aug.–Oct. 2013, pages 713–724.

[J161]   K. Patel, M. Annavaram, and M. Pedram. "NFRA: Generalized Network Flow Based Resource Allocation for Hosting Centers," *IEEE Trans. on Computers*, Vol. 62, No. 9, Sept. 2013, pages 1772–1785.

[J162]   M. Kamal, A. Yazdanbakhsh, H. Noori, A. Afzali-Kusha, and M. Pedram. "A new merit function for custom instruction selection under an area budget constraint," *Springer Design Automation for Embedded Systems*, Vol. 17, Sept. 2013, pages 1-25.

[J163]   D. Shin, Y. Kim, N. Chang, and M. Pedram. "Dynamic Driver Supply Voltage Scaling for Organic Light Emitting Diode Displays," *IEEE Trans. on Computer Aided Design*, Vol. 32, No. 7, Jul. 2013, pages 1017–1030.

[J164]   Q. Xie, Y. Wang, Y. Kim, M. Pedram, and N. Chang. "Charge Allocation in Hybrid Electrical Energy Storage Systems," *IEEE Trans. on Computer Aided Design*, Vol. 32, No. 7, Jul. 2013, pages 1003–1016.

[J165]   M. Saeedi and M. Pedram. "Linear-Depth Quantum Circuits for n-qubit Toffoli gates with no Ancilla," *Physical Review A*, Vol. 87, No. 6, 2013 (arXiv:1303.3557)

[J166]   A. Abdollahi, M. Saeedi, and M. Pedram. "Reversible Logic Synthesis by Quantum Rotation Gates," *Quantum Information and Computation Journal*, Rinton Press, Vol. 13, No. 9-10, pages 0771–0792, 2013 (arXiv:1302.5382).

[J167]   H. Abrishami, S. Hatami, and M. Pedram. "Design and Multi-Corner Optimization of the Energy-Delay Product of CMOS Flip-Flops under the Negative Bias Temperature Instability Effect," *IEEE Trans. on Computer Aided Design*, Vol. 32, No. 6, Jun. 2013, pages 869–881.

[J168]   S. Park, J. Park, D. Shin, Y. Wang, Q. Xie, M. Pedram, and N. Chang. "Accurate Modeling of the Delay and Energy Overhead of Dynamic Voltage and Frequency Scaling in Modern Microprocessors," *IEEE Trans. on Computer Aided Design*, Vol. 32, No. 5, May 2013, pages 695–708.

[J169]   B. Ghavami, M. Raji, H. Pedram, and M. Pedram. "Statistical functional yield estimation and enhancement of CNFET-based VLSI circuits," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 21, No. 5, May 2013, pages 887–900.

[J170]   Y. Kim, W. Lee, M. Pedram, and N. Chang. "Dual-mode power regulator for photovoltaic module emulation," *Elsevier Applied Energy*, Vol. 101, Jan. 2013, pages 730–739.

## 2012

[J171]   B. Afzal, A. Afzali-Kusha, and M. Pedram. "Analytical Modeling of Read Margin Probability Distribution Function of Static Random Access Memory Cells in Presence of Process Variations and Negative Bias Temperature Instability Effect," *Japanese Journal of Applied Physic*s, Vol. 51, No. 11, Nov. 2012, #114301 (9 pages).

[J172]   H. Aghababa, B. Ebrahimi, A. Afzali-Kusha, and M. Pedram. "Probability calculation of read failures in nano-scaled SRAM cells under process variations," *Microelectronics Reliability*, Vol. 52, No. 11, Nov. 2012, pages 2805–2811.

[J173]   M. Pedram. "Energy-Efficient Datacenters," *IEEE Trans. on Computer Aided Design*, Vol. 31, No. 10, Oct. 2012, pages 1465-1484.

[J174]   H. Aghababa, A. Khosropour, A. Afzali-Kusha, B. Forouzandeh, and M. Pedram. "Statistical estimation of leakage power dissipation in nano-scale complementary metal oxide semiconductor digital circuits using generalized extreme value distribution," *IET Computers & Digital Techniques*, Vol. 6, No. 5, Sept. 2012, pages 273–378.

[J175]   D. Shin, Y. Kim, Y. Wang, N. Chang, and M. Pedram. "Constant-current regulator-based battery-supercapacitor hybrid architecture for high-rate pulsed load applications," *Elsevier Journal of Power Sources*, Vol. 205, May 2012, pages 516–524.

[J176]   E. Pakbaznia and M. Pedram. "Design of a tri-modal multi-threshold CMOS Switch with application to data retentive power gating," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 20, No. 2, Feb. 2012, pages 380-385.

[J177]   B. Afzal, B. Ebrahimi, A. Afzali-Kusha, and M. Pedram. "An accurate analytical I–V model for sub-90-nm MOSFETs and its application to read static noise margin modeling," *Springer Journal of Zhejiang University-Science C* (*Computers & Electronics*), Vol. 13, No. 1, Jan. 2012, pages 58-70.

## 2011

[J178]   M. Ghasemazar and M. Pedram. "Optimizing the power-delay product of a linear pipeline by opportunistic time borrowing," *IEEE Trans. on Computer Aided Design*, Vol. 30, No. 10, Oct. 2011, pages 1493-1506.

[J179]   B. Ebrahimi, M. Rostami, A. Afzali-Kusha, and M. Pedram. "Statistical design optimization of FinFET SRAM using back-gate voltage," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 19, No. 10, Oct. 2011, pages 1911-1916.

[J180]   M. E. Salehi, M. Samadi, M. Najibi, A. Afzali-Kusha, M. Pedram, and S. M. Fakhraie. "Dynamic voltage and frequency scheduling for embedded processors considering power/performance tradeoffs," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 19, No. 10, Oct. 2011, pages 1931-1935.

[J181]   S. Nazarian, H. Fatemi, and M. Pedram. "Accurate timing and noise analysis of combinational and sequential logic cells using current source modeling," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 19, No. 1, Jan. 2011, pages 92-103.

## 2010

[J182]   H-R. Ahmadi, A. Afzali-Kusha, and M. Pedram. "A power-optimized secure low-energy elliptic-curve cryptography processor," *IEICE Electronics Express*, Vol. 7, No. 23, 2010, pp.1752-1759.

[J183]   H. Jung and M. Pedram. "Supervised learning based power management for multicore processors," *IEEE Trans. on Computer Aided Design*, Vol. 29, No. 9, Sept. 2010, pages 1395-1408.

[J184]   P. Rong and M. Pedram. "A Markovian decision-based approach for extending the lifetime of a network of battery-powered mobile devices by remote processing," *Int'l Journal of Low Power Electronics*, American Scientific Publishers, Vol. 6 No. 2, Aug. 2010, pages 227–239.

[J185]   E. Rokhsat-Yazdi, A. Afzali-Kusha, and M. Pedram. "A high-efficiency, auto mode-hop, variable-voltage, ripple control buck converter," *Journal of Power Electronics*, Korean Institution of Power Electronics, Vol. 10, No. 2 Mar. 2010, pages 115-124.

## 2009

[J186]   G. Razavipour, A. Afzali-Kusha, and M. Pedram. "Design and analysis of two low power SRAM cell structures," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 17, No. 10, Oct. 2009, pages 1551-1555.

[J187]   A. M. Rahmani, M. Daneshtalab, A. Afzali-Kusha, and M. Pedram. "Forecasting-based dynamic virtual channel management for power reduction in network-on-chips," *Int'l Journal of Low Power Electronics*, Vol.5, No. 3, Oct. 2009, pages 385-395.

[J188]   A. M. Rahmani, A. Afzali-Kusha, and M. Pedram. "A novel synthetic traffic pattern for power/performance analysis of network-on-chips using negative exponential distribution," *Int'l Journal of Low Power Electronics*, American Scientific Publishers, Vol.5, No. 3, Oct. 2009, pages 396-405.

[J189]   H. Jung, A. Hwang, and M. Pedram. "Predictive-flow-queue based energy optimization for gigabit Ethernet controllers," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 17, No. 8, Aug. 2009, pages 1113-1126.

[J190]   H. Jung and M. Pedram. "Uncertainty-aware dynamic power management in partially observable domains," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 17, No. 7, Jul. 2009, pages 929-942.

[J191]   M. Saneei, A. Afzali-Kusha, Z. Navabi, and M. Pedram. "Two high performance and low power serial communication interfaces for on-chip interconnects," *Canadian Journal of Electrical and Computer Engineering*, Vol. 34, No. 1/2, Winter/Spring 2009, pages *49-56.*

[J192]   B. Amelifard and M. Pedram. "Optimal design of the power delivery network for multiple voltage-island system-on-chips," *IEEE Trans. on Computer Aided Design*, Vol. 28, No. 6, Jun. 2009, pages 888-900.

[J193]  B. Amelifard, F. Fallah, and M. Pedram. "Low-Power Fanout Optimization Using Multi Threshold Voltages and Multi Channel Lengths," *IEEE Trans. on Computer Aided Design,* Vol. 28, No. 4, Apr. 2009, pages 478-489.

[J194]  M. Mottaghi-Dastjerdi, A. Afzali-Kusha, and M. Pedram. "BZ-FAD: A low-power low-area multiplier based on shift-and-add architecture," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 17, No.2, Feb. 2009, pages 302-305.

[J195]  W. Lee, K. Patel, and M. Pedram. "White LED backlight control for motion blur reduction and power minimization in large LCD TV's," *Journal of the Society for Information Display,* Vol. 17, No. 1, Jan. 2009, pages 37-45.

## 2008

[J196]  E. Pakbaznia, F. Fallah, and M. Pedram. "Charge recycling in power-gated CMOS circuits," *IEEE Trans. on Computer Aided Design,* Vol. 27, No. 10, Oct. 2008, pages 1798-1811.

[J197]  S. Nazarian and M. Pedram. "Crosstalk-affected delay analysis in nanometer technologies," *Int'l Journal of Electronics,* Taylor & Francis Publishers, Vol. 95, No. 9, Sept. 2008, pages 903-937.

[J198]  B. Amelifard, F. Fallah, and M. Pedram. "Leakage minimization of SRAM cells in a dual-Vt and dual-Tox technology," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 16, No.7, Jul. 2008, pages 851-860.

[J199]  W. Lee, K. Patel, and M. Pedram. "GOP-level dynamic thermal management in MPEG-2 decoding," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 16, No.6, Jun. 2008, pages 662-672.

[J200]  A. Abdollahi and M. Pedram. "Symmetry detection and Boolean matching utilizing a signature-based canonical form of Boolean functions," *IEEE Trans. on Computer Aided Design,* Vol. 27, No.6, Jun. 2008, pages 1128-1137.

[J201]  P. Rong and M. Pedram. "Energy-aware task scheduling and dynamic voltage scaling in a real-time system," *Int'l Journal of Low Power Electronics,* American Scientific Publishers, Vol. 4, No. 1, Apr. 2008, pages 1-10.

[J202]  A. Abbasian, S. Hatami, A. Afzali-Kusha, and M. Pedram. "Wavelet-based dynamic power management for nonstationary service requests," *ACM Trans. on Design Automation of Electronic Systems,* Vol. 13, No. 1, Jan. 2008, pages 13:1-13.41.

## 2007

[J203]  H. Parandeh-Afshar, M. Saneei, A. Afzali-Kusha, and M. Pedram. "Fast INC-XOR codec for low power address buses," *IET Computers & Digital Techniques,* Vol. 1, No. 5, Sept. 2007, 625-626.

[J204]  CW. Kang, A. Iranli, and M. Pedram. "A synthesis approach for coarse-grained, antifuse-based FPGAs," *IEEE Trans. on Computer Aided Design,* Vol. 26, No. 9, Sept. 2007, pages 1564-1575.

[J205]  S. Abbaspour, H. Fatemi, and M. Pedram. "Parameterized block-based non-Gaussian variational gate timing analysis," *IEEE Trans. on Computer Aided Design,* Vol. 26, No. 8, Aug. 2007, pages 1495-1508.

[J206]  A. Abdollahi, F. Fallah, and M. Pedram. "A robust power gating structure and power mode transition strategy for MTCMOS design," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 15, No., 1, Jan. 2007, pages 80-89.

[J207]  D. Hammerstrom, J. Harlow, I. Bahar, W. H. Joyner, C. Lau, D. Marculescu, A. Orailoglu, and M. Pedram. "Architectures for Silicon nanoelectronics and beyond," *IEEE Computer Magazine,* Jan. 2007, pages 62-70.

## 2006

[J208]  S. Abbaspour, M. Pedram, and A.H. Ajami. "Fast interconnect and gate timing analysis for performance optimization," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 14, No. 12, Dec. 2006, pages 1383-1388.

[J209]  A. Iranli and M. Pedram. "Cycle-based decomposition of Markov chains with applications to low power synthesis and sequence compaction for finite state machines," *IEEE Trans. on Computer Aided Design*, Vol. 25, No. 12, Dec. 2006, pages 2712-2725.

[J210]  A. Iranli, W. Lee, and M. Pedram. "HVS-aware dynamic backlight scaling in TFT LCD's," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 14, No. 10, Oct. 2006, pages 1103-1116.

[J211]  M. Pedram and S. Nazarian. "Thermal modeling, analysis and management in VLSI circuits: Principles and methods," *Proc. of IEEE, Special Issue on Thermal Analysis of ULSI*, Vol. 94, No. 8, Aug. 2006, pages 1487-1501.

[J212]  P. Rong and M. Pedram. "Battery-aware power management based on Markovian decision processes," *IEEE Trans. on Computer Aided Design*, Vol. 25, No. 7, Jul. 2006, pages 1337-1349.

[J213]  P. Rong and M. Pedram. "An analytical model for predicting the remaining battery capacity of Lithium-ion batteries," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems,* Vol. 14, No. 5, May 2006, pages 441-451.

[J214]  P. Heydari and M. Pedram. "Model-order reduction using variational balanced truncation with spectral shaping," *IEEE Trans. on Circuits and Systems, Part I*, Vol. 53, No. 4, Apr. 2006, pages 879-891 (**Best Paper Award**).

**2005**

[J215]  CW. Kang and M. Pedram. "A leakage-aware low power technology mapping algorithm considering the hot-carrier effect," *Int'l Journal of Low Power Electronics,* American Scientific Publishers, Vol. 1, No. 2, Aug. 2005, pages 133-144.

[J216]  A. H. Ajami, K. Banerjee, and M. Pedram. "Modeling and analysis of non-uniform substrate temperature effects in high performance VLSI," *IEEE Trans. on Computer Aided Design*, Vol. 24, No. 6, Jun. 2005, pages 849-861.

[J217]  M. Pedram and A. Abdollahi. "Low power RT-level synthesis techniques: a tutorial," *IEE Proc. on Computers and Digital Techniques*, Vol. 152, No. 3, pages 333-343, May 2005.

[J218]  F. Fallah and M. Pedram. "Standby and active leakage current control and minimization in CMOS VLSI circuits," *IEICE Trans. on Electronics, Special Section on Low-Power LSI and Low-Power IP,* Vol. E88–C, No. 4 Apr. 2005, pages 509-519.

[J219]  K. Choi, WC. Cheng, and M. Pedram. "Frame-based dynamic voltage and frequency scaling for an MPEG player," *Journal of Low Power Electronics,* American Scientific Publishers, Vol. 1, No. 1, Apr. 2005, pp.27-43.

[J220]  K. Choi, K. Kim, and M. Pedram. "Energy-aware MPEG-4 FGS streaming," *Int'l Journal of Low Power Electronics,* American Scientific Publishers, Vol. 1, No. 1, Apr. 2005, pages 44-51.

[J221]  A.H. Ajami, K. Banerjee, and M. Pedram. "Scaling analysis of on-chip power grid voltage variations in nanometer scale ULSI," *Journal of Analog Integrated Circuits and Signal Processing*, Vol. 42, No. 3, Mar. 2005, pages 277-290.

[J222]  P. Heydari and M. Pedram. "Capacitive crosstalk noise in high speed VLSI circuits," *IEEE Trans. on Computer Aided Design*, Vol. 24, No. 3, Mar. 2005, pp.478-488.

[J223]  K. Choi, R. Soma, and M. Pedram. "Fine-grained dynamic voltage and frequency scaling for precise energy and performance trade-off based on the ratio of off-chip access to on-chip computation times," *IEEE Trans. on Computer Aided Design*, Vol. 24, No. 1, Jan. 2005, pp.18-28.

**2004**

[J224]    H. Shim, N. Chang, and M. Pedram. "A backlight power management framework for the battery-operated multi-media systems," *IEEE Design and Test of Computers*, Vol. 21, No. 5, Sept./Oct. 2004, pages 388-396.

[J225]    P. Heydari, M. Pedram, and S. Abbaspour. "Interconnect energy dissipation in high-speed ULSI circuits," *IEEE Trans. on Circuits and Systems I*, Vol. 51, No. 8, Aug. 2004, pages 1501-1514.

[J226]    Y. Aghaghiri, F. Fallah, and M. Pedram. "Transition reduction in memory buses using sector-based encoding techniques," *IEEE Trans. on Computer Aided Design*, Vol. 23, No. 8, Aug. 2004, pages 1164-1174.

[J227]    WC. Cheng and M. Pedram. "Chromatic encoding: a low power encoding technique for digital visual interface," *IEEE Trans. on Consumer Electronics*, Vol. 50, No. 1, Feb. 2004, pages 320-328.

[J228]    WC. Cheng and M. Pedram. "Power minimization in a backlit TFT-LCD display by concurrent brightness and contrast scaling," *IEEE Trans. on Consumer Electronics*, Vol. 50, No. 1, Feb. 2004, pages 25-32.

[J229]    A. Abdollahi, F. Fallah, and M. Pedram. "Leakage current reduction in CMOS VLSI circuits by input vector control," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 12, No. 2, Feb. 2004, pp.140-154.

## 2003

[J230]    P. Rezvani and M. Pedram. "A fanout optimization algorithm based on the effort delay model," *IEEE Trans. on Computer Aided Design*, 2003, Vol. 22, No. 12, Dec. 2003, pages 1671-1677.

[J231]    P. Heydari and M. Pedram. "Ground bounce in digital VLSI circuits," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 11, No. 2, Apr. 2003, pages 180-193.

## 2002

[J232]    M. Pedram and Q. Wu. "Battery-powered digital CMOS design," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 10, No. 5, Oct. 2002, pages 601-607.

[J233]    Y. Aghaghiri, F. Fallah, and M. Pedram. "A class of irredundant encoding techniques for reducing bus power," *Special Issue on Low Power Design in Journal of Circuits, Systems, and Computers*, World Scientific Publishers, Vol. 11, No. 5 (2002), pages 445-457.

[J234]    WC. Cheng and M. Pedram. "Power-aware bus encoding techniques for I/O and data busses in an embedded system," Special Issue on Power IC Design in *Journal of Circuits, Systems, and Computers,* World Scientific Publishers, Vol. 11, No. 4 (2002), pages 351-363.

[J235]    X. Wu, G. Hang, and M. Pedram. "Low power DCVSL circuits employing AC power supply," *Science in China*, Vol. 45, No. 3 (2002), pages 232-242.

[J236]    A. Salek, J. Lou, and M. Pedram. "Hierarchical buffered routing tree generation," *IEEE Trans. on Computer Aided Design*, Vol. 21, No. 5, May 2002, pages 554-567.

[J237]    WC. Cheng and M. Pedram. "Power-optimal encoding for a DRAM address bus," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 10, No. 2, Apr. 2002, pages 109-118.

[J238]    CT. Hsieh and M. Pedram. "Architectural power optimization by bus splitting," *IEEE Trans. on Computer Aided Design*, Vol. 21, No. 4, Apr. 2002, pages 408-414.

## 2001

[J239]    X. Wu, B. Chen, and M. Pedram. "Power estimation in CMOS circuits based on multiple-valued logic," *Int'l Journal of Multiple-valued Logic*, Gordon and Breach Publishing Group, Vol.7, No. 3-4, pages 195-211, 2001.

[J240]    Q. Qiu, Q. Wu, and M. Pedram. "Stochastic modeling of a power-managed system: construction and optimization," *IEEE Trans. on Computer Aided Design*, Vol. 20, No. 10, Oct. 2001, pages 1200-1217.

[J241]   Q. Wu, Q. Qiu, and M. Pedram. "Estimation of peak power dissipation in VLSI circuits using the limiting distributions of extreme order statistics," *IEEE Trans. on Computer Aided Design*, Vol. 20, No. 8, Aug. 2001, pages 942-956.

[J242]   X. Wu and M. Pedram. "Low power sequential circuit design using T flip-flops," *Int'l Journal of Electronics*, Taylor and Francis Publishing Group, Vol. 88, No.6, Jun. 2001, pages 635-643.

[J243]   J. Oh and M. Pedram. "Gated clock routing for low power microprocessor design," *IEEE Trans. on Computer Aided Design*, Vol. 20, No. 6, Jun. 2001, pages 715-722.

[J244]   H. Vaishnav and M. Pedram. "Alphabetic trees: theory and applications in layout-driven logic synthesis," *IEEE Trans. on Computer Aided Design*, Vol. 20, No. 1, Jan. 2001, pages 58-69.

## 2000 and Earlier

[J245]   CS. Ding, CT. Hsieh, and M. Pedram. "Improving efficiency of the Monte Carlo power estimation," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 8, No. 5, Oct. 2000, pages 584-593.

[J246]   X. Wu, M. Pedram, and L. Wang. "Multi-code state assignment for low power design," *IEE Proc. Circuits, Devices and Systems*, Vol. 147, No. 5, Oct. 2000, pages 271-275.

[J247]   JM. Chang and M. Pedram. "Codex-DP: co-design of communicating systems using dynamic programming," *IEEE Trans. on Computer Aided Design*, Vol. 19, No. 7, Jul. 2000, pages 732-744.

[J248]   R. Marculescu, D. Marculescu, and M. Pedram. "Stochastic sequential machine synthesis with application to constrained sequence generation," *ACM Trans. on Design Automation of Electronic Systems*, Vol. 5, No. 3, Jul. 2000, pages 658-681.

[J249]   D. Marculescu, R. Marculescu, and M. Pedram. "Theoretical bounds for switching activity analysis in finite-state machines," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 8, No. 3, Jun. 2000, pages 335-339.

[J250]   Q. Wu, M. Pedram, and X. Wu. "Clock-gating and its application to low power design of sequential circuits," *IEEE Trans. on Circuits and Systems*, Part 1, Vol. 47, No. 3, Mar. 2000, pages 415-420.

[J251]   P. Cocchini and M. Pedram. "Fanout optimization using bipolar LT-trees," *IEEE Trans. on Computer Aided Design*, Vol. 19, No. 3, Mar. 2000, pages 339-349.

[J252]   W. Chen, CT. Hsieh, and M. Pedram. "Simultaneous gate sizing and placement," *IEEE Trans. on Computer Aided Design*, Vol. 19, No. 2, Feb. 2000, pages 206-214.

[J253]   X. Wu and M. Pedram. "Bounded algebra and current-mode digital circuits," *Journal of Computer Science and Technology*, Vol. 14, No. 6, Nov. 1999, pages 551-557.

[J254]   M. Pedram and B. T. Preas. "Interconnection analysis for standard cell layouts," *IEEE Trans. on Computer Aided Design*, Vol. 18, No. 10, Oct. 1999, pages 1512-1518.

[J255]   X. Wu, Q. Qiu, and M. Pedram. "A synthesis methodology for ECL circuits based on mixed voltage-current representation," *Journal of Electronics*, Vol. 16, No. 4, Oct. 1999, pages 359-366.

[J256]   A. Salek, J. Lou, and M. Pedram. "An integrated logical and physical design flow for deep submicron circuits," *IEEE Trans. on Computer Aided Design*, Vol. 18, No. 9, Sept. 1999, pages 1305-1315.

[J257]   R. Marculescu, D. Marculescu, and M. Pedram. "Sequence compaction for power estimation: theory and practice," *IEEE Trans. on Computer Aided Design*, Vol. 18, No. 7, Jul. 1999, pages 973-993.

[J258]   H. Vaishnav and M. Pedram. "Delay optimal partitioning targeting low power VLSI circuits," *IEEE Trans. on Computer Aided Design*, Vol. 18, No. 6, Jun. 1999, pages 799-812.

[J259]  X. Wu, Q. Wu, and M. Pedram. "Synchronous derived clock and synthesis of low power sequential circuits," *Journal of Electronics*, Vol. 16, No. 2, Apr. 1999, pages 130-145.

[J260]  CY. Tsui, M. Pedram, and A. M. Despain. "Low-power state assignment targeting two- and multi-level logic implementations," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 12, Dec. 1998, pages 1281-1291.

[J261]  Q. Wu, Q. Qiu, M. Pedram, and CS. Ding. "Cycle-accurate macro-models for RT-level power analysis," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 6, No. 4, Dec. 1998, pages 520-528.

[J262]  CS. Ding, CY. Tsui, and M. Pedram. "Gate-level power estimation using tagged probabilistic simulation," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 11, Nov. 1998, pages 1099-1107.

[J263]  CT. Hsieh and M. Pedram. "Micro-processor power estimation using profile-driven program synthesis," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 11, Nov. 1998, pages 1080-1089.

[J264]  E. Macii, M. Pedram, and F. Somenzi. "High level power modeling, estimation and optimization," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 11, Nov. 1998, pages 1061-1079.

[J265]  CY. Tsui and M. Pedram. "Accurate and efficient power simulation strategy by compacting the input vector set," Elsevier's *Integration, the VLSI Journal*, Vol. 25, 1998, pages 37-52.

[J266]  CS. Ding, Q. Wu, CT. Hsieh, and M. Pedram. "Stratified random sampling for power estimation," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 6, Jun. 1998, pages 465-471.

[J267]  R. Marculescu, D. Marculescu, and M. Pedram. "Probabilistic modeling of dependencies during switching activity analysis," *IEEE Trans. on Computer Aided Design*, Vol. 17, No. 2, Feb. 1998, pages 73-83.

[J268]  S. Liu, M. Pedram, and A. M. Despain. "State assignment based on two-dimensional placement and hypercube mapping," Elsevier's *Integration, the VLSI Journal*, Vol. 24, 1997, pages 101-118.

[J269]  JM. Chang and M. Pedram. "Energy minimization using multiple supply voltages," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 5, No. 4, Dec. 1997, pages 436-443.

[J270]  R. Marculescu, D. Marculescu, and M. Pedram. "Vector compaction using dynamic Markov models," *IEICE Trans. Fundamentals of Electronics, Communications and Computer Sciences*, Vol. E80-A, No. 10, Oct. 1997, pages 1924-1933.

[J271]  M. Pedram and X. Wu. "A new description of CMOS circuits at switch-level with applications," *IEICE Trans. Fundamentals of Electronics, Communications, and Computer Sciences*, Vol. E80-A, No. 10, Oct. 1997, pages 1892-1901.

[J272]  J. Oh, I. Pyo, and M. Pedram. "Constructing minimal spanning/Steiner trees with bounded path length," Elsevier's *Integration, the VLSI Journal*, Vol. 22, 1997, pages 137-163.

[J273]  M. Pedram, N. Bhat, and E. S. Kuh. "Combining technology mapping and layout," *VLSI Design*, Hindawi Publishing Corporation, Vol. 5, No. 2, 1997, pages 111-124.

[J274]  P. Tafertshofer and M. Pedram. "Factored edge-valued binary-decision diagrams," *Formal Methods in System Design*, Kluwer Academic Publishers, Vol. 10, No. 2/3, 1997, pages 137-164.

[J275]  M. Pedram and H. Vaishnav. "Power optimization in VLSI layout: a survey," *The Journal of VLSI Signal Processing Systems for Signal, Image, and Video Technology*, Kluwer Academic Publishers, Vol. 15, No. 3, 1997, pages 221-232.

[J276]  S. Iman and M. Pedram. "An approach for multi-level logic optimization targeting low power," *IEEE Trans. on Computer Aided Design*, Vol. 15, No. 8, 1996, pages 889-901.

[J277]  YT. Lai, KR. Pan, and M. Pedram. "OBDD-based function decomposition: algorithms and implementation," *IEEE Trans. on Computer Aided Design*, Vol. 15, No. 8, 1996, pages 977-990.

[J278]    D. Marculescu, R. Marculescu, and M. Pedram. "Information theoretic measures for power analysis," *IEEE Trans. on Computer Aided Design*, Vol. 15, No. 6, 1996, pages 599-610.

[J279]    YT. Lai, M. Pedram, and S. B. K. Vrudhula. "Formal verification using edge-valued binary decision diagrams," *IEEE Trans. on Computers*, Vol. 45, No. 2 1996, pages 247-255.

[J280]    M. Pedram. "Power minimization in IC design: principles and applications," invited paper, *ACM Trans. on Design Automation of Electronic Systems*, Vol. 1, No. 1, 1996, pages 3-56.

[J281]    K. Chaudhary and M. Pedram. "Computing the area versus delay trade-off curves in technology mapping," *IEEE Trans. on Computer Aided Design*, Vol. 14, No. 12, 1995, pages 1480-1489.

[J282]    CY. Tsui, J. Monteiro, M. Pedram, S. Devadas, A. M. Despain, and B. Lin. "Power estimation in sequential logic circuits," *IEEE Trans. on Very Large Scale Integration (VLSI) Systems*, Vol. 3, No. 3, 1995, pages 404-416 (**Best Paper Award**).

[J283]    D. Singh, J. Rabaey, M. Pedram, F. Catthoor, S. Rajgopal, N. Sehgal, and T. Mozdzen. "Power-conscious CAD tools and methodologies: a perspective," invited paper, *Proc. of IEEE*, Vol. 83, No. 4, 1995, pages 570-594.

[J284]    M. Pedram. B. S. Nobandegani, and B. T. Preas. "Design and analysis of segmented routing channels for row-based FPGAs," *IEEE Trans. on Computer Aided Design*, Vol. 13, No. 12, 1994, pages 1470-1479.

[J285]    M. Pedram. "Low power CAD: trends and challenges," *White Paper on Low Power LSI Technology*, Nikkei Micro-devices, Nikkei Business Publications, Inc., Oct. 1994, pages 129-139 (Printed in Japanese).

[J286]    M. Pedram. "Power estimation and optimization at the logic level," *Int'l Journal of High Speed Electronics and Systems*, Vol. 5, No. 2, 1994, pages 179-202.

[J287]    YT. Lai, M. Pedram, and S. B. K. Vrudhula. "EVBDD-based algorithms for integer linear programming, spectral transformation, and function decomposition," *IEEE Trans. on Computer Aided Design*, Vol. 13, No. 8, 1994, pages 959-975.

[J288]    CY. Tsui, M. Pedram, and A. M. Despain. "Power efficient technology decomposition and mapping under an extended power consumption model," *IEEE Trans. on Computer Aided Design*, Vol. 13, No. 9, 1994, pages 1110-1122.

[J289]    M. Pedram and E. S. Kuh. "BEAR-FP: a robust framework for floorplanning," *Int'l Journal of High Speed Electronics and Systems*, Vol. 3, No. 1, 1992, pages 137-170.

[J290]    W-W. Dai, B. Eschermann, E. S. Kuh, and M. Pedram. "Hierarchical placement and floorplanning for BEAR," *IEEE Trans. on Computer Aided Design*, Vol. 8, No. 12, 1989, pages 1335-1349.

**Conference Papers**

<u>**2025**</u>

[C1]    S. Azizi, M. Nazemi, and M. Pedram. "Memory-Efficient Vision Transformers: An Activation-Aware Mixed-Rank Compression Strategy," *Proc. of the European Conference on Computer Vision*, pp. 55-66 (2025).

[C2]    S. Azizi, S. Kundu, M.E. Sadeghi, and M. Pedram. "MambaExtend: A training-free approach to improve long context extension of mamba," *Proc. of the Thirteenth International Conference on Learning Representations*, 2025.

[C3]    A. Fayyazi, M. Kamal, and M. Pedram. "Dynamic Co-Optimization Compiler: Leveraging Multi-Agent Reinforcement Learning for Enhanced DNN Accelerator Performance," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2025.

[C4]    A. Abdollahi, M. Kamal, and M. Pedram. "ICD$^2$S: A Hybrid Ising-Classical-Machines Data-Driven QUBO Solver Method," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2025.

## 2024

[C5]    S. Razmkhah, R. S. Aviles, M. Li, S. Gupta, P. A. Beerel, and M. Pedram. "Challenges and Unexplored Frontiers in Electronic Design Automation for Superconducting Digital Logic," *Proc. of Design, Automation & Test in Europe Conference & Exhibition* (DATE), Valencia, Spain, 2024.

[C6]    S. Azizi, M. Nazemi, A. Fayyazi, and M. Pedram. "Automated Optimization of Deep Neural Networks: Dynamic Bit-Width and Layer-Width Selection via Cluster-Based Parzen Estimation," *Proc. of Design, Automation & Test in Europe Conference & Exhibition* (DATE), Valencia, Spain, 2024.

[C7]    S. Azizi, S. Kundu, and M. Pedram. "LaMDA: Large Model Fine-Tuning via Spectrally Decomposed Low-Dimensional Adaptation," EMNLP (Findings) 2024: 9635-9646, Jan. 2024, https://doi.org/10.18653/v1/2024.findings-emnlp.563.

[C8]    A. Fayyazi, M. Nazemi, A. Fayyazi, and M. Pedram. "NeuroBlend: Towards Low-Power yet Accurate Neural Network-Based Inference Engine Blending Binary and Fixed-Point Convolutions," *Proc. of ACM Great Lakes Symposium on VLSI*, 2024: 730-735.

[C9]    M. Kamal and M. Pedram. "X-IMM: Mixed-Signal Iterative Montgomery Modular Multiplication," *Proc. of Int'l Symp. on Low Power Electronics and Design*, New Port Beach, CA, 2024.

[C10]   M. E. Sadeghi, A. Fayyazi, S. Azizi, and M. Pedram. "PEANO-ViT: Power-Efficient Approximations of Non-Linearities in Vision Transformers," *Proc. of Int'l Symp. on Low Power Electronics and Design*, New Port Beach, CA, 2024.

[C11]   B. Z. Ucpinar, S. Razmkhah, M. Kamal, and M. Pedram. "Scalable Superconductor Ising Machine for Combinatorial Optimization Problems," *Proc. of the IEEE Computer Society Annual Symposium on VLSI* (ISVLSI), Knoxville, Tennessee, 2024: 565-570.

## 2023

[C12]   J. Park, E. Choi, W-J. Lee, S. Lee, J-J. Lee, and M. Pedram. "Florian: Developing a Low-Power RISC-V Multicore Processor with a Shared Lightweight FPU, " *Proc. of Int'l Symp. on Low Power Electronics and Design*, Vienna, Austria, 2023.

[C13]   J. Hong, A. Fayyazi, A. Esmaili, M. Nazemi and M. Pedram. "Algorithms and Hardware for Efficient Processing of Logic-based Neural Networks," *Proc. of Design Automation Conf.*, 2023.

[C14]   G. S. Ravi, J. M. Baker, A. Fayyazi, S. F. Lin, A. Javadi-Abhari, M. Pedram, and F. T. Chong. "Better Than Worst-Case Decoding for Quantum Error Correction," *ASPLOS* (2) 2023: 88-102.

[C15]   D. Soni, N. Neda, N. Zhang, B. Reynwar, H. Gamil, B. Heyman, M. Nabeel, A. Al Badawi, Y. Polyakov, K. Canida, M. Pedram, M. Maniatakos, D. B. Cousins, F. Franchetti, M. French, A. G. Schmidt, B. Reagen. "RPU: The Ring Processing Unit," *ISPASS* 2023: 272-282

[C16]   S. Kundu, S. Sundaresan, M. Pedram, and P. A. Beerel. "FLOAT: Fast Learnable Once-for-All Adversarial Training for Tunable Trade-off between Accuracy and Robustness," *WACV* 2023: 2348-2357

[C17]   B. Z. Ucpinar, Y. Kopur, M. A. Karamuftuoglu, S. Razmkhah, and M. Pedram. "Design of a Superconducting Multiflux Non-Destructive Readout Memory Unit," *European Conference on Applied Superconductivity* (EUCAS), 2023.

[C18]   M. A. Karamuftuoglu, B. Z. Ucpinar, S. Razmkhah, M. Kamal, and M. Pedram. "Unsupervised SFQ-Based Spiking Neural Network," *European Conference on Applied Superconductivity* (EUCAS), arXiv:2310.03918 (2023).

[C19]   B. Z. Ucpinar, M. A. Karamuftuoglu, S. Razmkhah, and M. Pedram. "An On-Chip Trainable Neuron Circuit for SFQ-Based Spiking Neural Networks," *European Conference on Applied Superconductivity (EUCAS)*, arXiv:2310.07824 (2023).

## **2022**

[C20]   J.H. Heo, A. Fayyazi, A. Esmaili, and M. Pedram. "Sparse Periodic Systolic Dataflow for Lowering Latency and Power Dissipation of Convolutional Neural Network Accelerators," *Proc. of Int'l Symp. on Low Power Electronics and Design*, 2022.

[C21]   M.R. Jokar, R. Rines, G. Pasandi, H. Cong, A. Holmes, Y. Shi, M. Pedram, F.T. Chong, "DigiQ: A Scalable Digital Controller for Quantum Computers Using SFQ Logic," *Proc. Int'l Symp. on High-Performance Computer Architecture*, 2022: 400-414.

[C22]   H. Zha, N.K. Katam, M. Pedram, and M. Annavaram. "HiPerRF: A Dual-Bit Dense Storage SFQ Register File," *Proc. Int'l Symp. on High-Performance Computer Architecture*, 2022: 415-428.

[C23]   H. Afzali-Kusha and M. Pedram. "X-NVDLA: Runtime Accuracy Configurable NVDLA based on Employing Voltage Overscaling Approach," *Proc. of Int'l Symp. on Quality Electronic Design*, Apr. 2022.

[C24]   M. Vaeztourshizi and M. Pedram. "An Efficient Error Estimation Technique for Pruning Approximate Data-Flow Graphs in Design Space Exploration," *Proc. of Int'l Symp. on Quality Electronic Design*, Apr. 2022.

[C25]   S. Kundu, S. Wang, Q. Sun, P.A. Beerel, and M. Pedram. "BMPQ: Bit-Gradient Sensitivity-Driven Mixed-Precision Quantization of DNNs from Scratch," *Proc. of Design Automation and Test in Europe*, 2022: 588-591.

[C26]   S.H. Hashemi Shadmehri, A. BanaGozar, M. Kamal, S. Stuijk, A. Afzali-Kusha, M. Pedram, and H. Corporaal. "SySCIM: SystemC-AMS Simulation of Memristive Computation In-Memory," *Proc. of Design Automation and Test in Europe*, 2022: 1467-1472.

## **2021**

[C27]   S. Kundu, Q. Sun, Y. Fu, M. Pedram, and P. A. Beerel. "Analyzing the Confidentiality of Undistillable Teachers in Knowledge Distillation," *Proc. of the Conf. on Neural Information Processing Systems*, Dec. 2021.

[C28]   G. Pasandi and M. Pedram. "qSeq: Full Algorithmic and Tool Support for Synthesizing Sequential Circuits in Superconducting SFQ Technology," *Proc. of Design Automation Conf.,* 2021: 133-138.

[C29]   M. Nazemi, H. M. Kanakia, and M. Pedram. "Heuristics for Million-scale Two-level Logic Minimization," *Proc. of Int'l Conf. on Computer Aided Design*, 2021: 1-7.

[C30]   S. Kundu, M. Pedram, and P. A. Beerel. "HIRE-SNN: Harnessing the Inherent Robustness of Deep Spiking Neural Networks by Training with Crafted Input Noise," *Proc. of IEEE Int'l Conf. on Computer Vision*, 2021: 5209-5218.

[C31]   B. Zhang, Z. Cheng, and M. Pedram. "A High-Performance Low-Power Barrett Modular Multiplier for Cryptosystem," *Proc. of Int'l Symp. on Low Power Electronics and Design*, 2021: 1-6.

[C32]   M. Munir, A. Gopikanna, A. Fayyazi, M. Pedram, and S. Nazarian. "qMC: A Formal Model Checking Verification Framework for Superconducting Logic," *Proc. of ACM Great Lakes Symp. on VLSI*, 2021: 259-264.

[C33]   M. Nazemi, A. Fayyazi, A. Esmaili, A. Khare, S. Nazar Shahsavani, and M. Pedram. "NullaNet Tiny: Ultra-low-latency DNN Inference Through Fixed-function Combinational Logic," *Proc. of the IEEE Int'l Symp. On Field-Programmable Custom Computing Machines*, 2021: 266-267.

[C34]   H. M. Kanakia, M. Nazemi, A. Fayyazi, and M. Pedram. "ESPRESSO-GPU: Blazingly Fast Two-Level Logic Minimization," *Proc. of Design Automation and Test in Europe*, 2021: 1038-1043.

[C35]   S. Kundu, G. Datta, M. Pedram, and P. Beerel. "Spike-thrift: Towards Energy-efficient Deep Spiking Neural Networks by Limiting Spiking Activity via Attention-guided Compression," *Proc. of the IEEE Winter Conf. on Applications of Computer Vision*, 2021: 3952-3961.

[C36]   S. Kundu, M. Nazemi, P. A. Beerel, and M. Pedram. "DNR: A Single-Shot Tunable Robust Pruning Framework Through Dynamic Network Rewiring of DNNs," *Proc. of Asia and South Pacific Design Automation Conf.*, 2021: 344-350.

## 2020

[C37]   M. Pedram. "Superconductive Single Flux Quantum Logic Devices and Circuits: Status, Challenges, and Opportunities," *Proc. of the IEEE Int'l Electron Devices Meeting*, Dec. 2020.

[C38]   M. Pedram. "qPALACE: A Suite of EDA Tools for Synthesis and Physical Design Optimization of Single Flux Quantum Logic Circuits," *Proc. of the 33rd International Symposium on Superconductivity*, Dec. 2020.

[C39]   M. Nazemi, A. Esmaili, A. Fayyazi, and M. Pedram. "SynergicLearning: Neural Network-based Feature Extraction for Highly-Accurate Hyperdimensional Learning," *Proc. of Int'l Conf. on Computer-Aided Design*, Nov. 2020.

[C40]   T. Lin and M. Pedram. "Retiming for High-performance Superconductive Circuits with Register Energy Minimization," *Proc. of Int'l Conf. on Computer-Aided Design*, Nov. 2020.

[C41]   A. Fayyazi, A. Esmaili, and M. Pedram. "HIPE-MAGIC: A Technology-Aware Synthesis and Mapping Flow for HIghly Parallel Execution of Memristor-Aided LoGIC," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2020.

[C42]   G. Pasandi, M. Peterson, M. Herrera, S. Nazarian, and M. Pedram. "Deep-PowerX: A Deep Learning-Based Framework for Low-Power Approximate Logic Synthesis," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2020.

[C43]   S. Nazarshahsavani and M. Pedram. "TDP-ADMM: A Timing Driven Placement Approach for Superconductive Electronic Circuits Using Alternating Direction Method of Multipliers," *Proc. of Design Automation Conf.*, Jul. 2020.

[C44]   M. Sun, P. Zhao, M. Gungor, M. Pedram, M. Leeser, and X. Lin. "3D CNN Acceleration on FPGA using Hardware-Aware Pruning," *Proc. of Design Automation Conf.*, Jul. 2020.

[C45]   T. Lin, P. Huang, L. Wang, and M. Pedram. "A Stochastic Framework for Virtualization Layer Deployment in Vehicular Cloud Networks," *Proc. of Int'l Conf. on Communications Workshops*, Jun. 2020.

[C46]   A. Holmes, M.R. Jokar, G. Pasandi, Y. Ding, M. Pedram, and F. Chong. "NISQ+: Boosting computational power of quantum computers by approximating quantum error correction," *Proc. of Int'l Symp. on Computer Architecture*, Jun. 2020.

[C47]   H. Afzali-Kusha, M. Kamal, and M. Pedram. "Low-power Accuracy-configurable Carry Look-ahead Adder Based on Voltage Overscaling Technique," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2020, pp. 67-72.

[C48]   M. S. Abrishami, A. E. Eshratifar, D. Eigen, Y. Wang, S. Nazarian, and M. Pedram. "Efficient Training of Deep Convolutional Neural Networks by Augmentation in Embedding Space," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2020, pp. 347-351.

[C49]   M. Vaeztourshizi, M. Kamal, and M. Pedram. "EGAN: A Framework for Exploring the Accuracy vs. Energy Efficiency Trade-off in Hardware Implementation of Error Resilient Applications," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2020, pp. 438-443. (**Best Paper Award**)

[C50]   A. Esmaili and M. Pedram. "Energy-aware Scheduling of Jobs in Heterogeneous Cluster Systems Using Deep Reinforcement Learning," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2020, pp. 426-431.

[C51]   M.S. Abrishami, H. Ge, J. Calderon, M. Pedram, and S. Nazarian. "NN-PARS: A Parallelized Neural Network Based Circuit Simulation Framework," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2020.

[C52]   N. Katam, B. Zhang, and M. Pedram. "Ground Plane Partitioning for Current Recycling of Superconducting Circuits," *Proc. of Design Automation and Test in Europe*, Mar. 2020.

[C53]   S. Nazarshahsavani and M. Pedram. "A Timing-Uncertainty Aware Clock Tree Topology Generation Algorithm," *Proc. of Design Automation and Test in Europe*, Mar. 2020.

[C54]   T-R. Lin, D. Penney, M. Pedram, and L. Chen. "A Deep Reinforcement Learning Framework for Architectural Exploration: A Routerless NoC Case Study," *Proc. of IEEE International Symposium on High Performance Computer Architecture*, Feb. 2020.

## 2019

[C55]   A. E. Eshratifar, M. S. Abrishami, D. Eigen, and M. Pedram. "A Meta-Learning Approach for Custom Model Training," *Proc. of AAAI Conference on Artificial Intelligence*, 2019: 9937-9938.

[C56]   G. Pasandi and M. Pedram. "A Dynamic Programming-Based, Path Balancing Technology Mapping Algorithm Targeting Area Minimization," *Proc. of Int'l Conf. on Computer-Aided Design*, Nov. 2019.

[C57]   S. Nazarian, A. Fayyazi, and M. Pedram. "qCG: A Low-Power Multi-Domain SFQ Logic Design and Verification Framework," *Proc. of the IEEE Int'l Conference on Computer Design*, Nov. 2019.

[C58]   M-S. Abrishami, M. Pedram, and S. Nazarian. "CSM-NN: Current Source Model Based Logic Circuit Simulation - A Neural Network Approach," *Proc. of the IEEE Int'l Conference on Computer Design*, Nov. 2019.

[C59]   N. K. Katam, H. Zha, M. Pedram, and M. Annavaram. "Multi Fluxon Storage and its Implications for Microprocessor Design," *Proc. of the 14th European Conference on Applied Superconductivity*, Sept. 2019.

[C60]   A. E. Eshratifar, A. Esmaili, and M. Pedram. "BottleNet: A Deep Learning Architecture for Intelligent Mobile Cloud Computing Services," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2019.

[C61]   K. Han, S. Lee, J-J. Lee, W. Lee, and M. Pedram. "TIP: A Temperature Effect Inversion-Aware Ultra-Low Power System-on-Chip Platform," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2019.

[C62]   A. Fayyazi, S. Nazarian, and M. Pedram. "'Timing Verification for Rapid Single-Flux-Quantum (RSFQ) Logic: New Paradigm and Models," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C63]   T-R Lin and M. Pedram. "Reducing the Maximum Length of Connections in Single Flux Quantum Circuits During Routing," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C64]   H. Cong, N.K. Katam, and M. Pedram. "Design of an SFQ Full Adder as a Single-Stage Gate," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C65]   B. Zhang and M. Pedram. "'A Statistical Static Timing Analysis Tool for Superconducting Single-Flux-Quantum Circuits," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C66]   A. Fayyazi, S. Nazarian, and M. Pedram. "qEC: A Logical Equivalence Checking Framework Targeting SFQ Superconducting Circuits," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C67]   S. Nazarshahsavani, R.N. Tadros, P.A. Beerel, and M. Pedram. "A Clock Synthesis Algorithm for Hierarchical Chains of Homogeneous Clover-Leaves Clock Networks for Single Flux Quantum Logic Circuits," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C68]   S. Kundu, P. Beerel, and M. Pedram. "qBSA: Logic Design of a 32-bit Block-Skewed RSFQ Arithmetic Logic Unit," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C69]    N. K. Katam, H. Cong, and M. Pedram. "Reconfigurable Logic Cell for Superconducting Magnetic Field Programmable Gate Array," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C70]    S. Nazarshahsavani and M. Pedram. "A Timing-Aware Synchronous Clock Tree Topology Generation Algorithm for Single Flux Quantum Logic Circuits," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C71]    M. Annavaram, P. Beerel, S. Gupta, N. Katam, S. Nazarian, and M. Pedram. "Progress Towards an Open-Source Front-End CAD Flow for DC-Biased SFQ Logic Circuits," *Proc. of the 17th Int'l Superconductive Electronics Conference*, Jul. 2019.

[C72]    G. Pasandi and M. Pedram. "Balanced Factorization and Rewriting Algorithms for Synthesizing Single Flux Quantum Logic Circuits," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2019, pp. 183-188.

[C73]    S. Nazarshahsavani and M. Pedram. "A Hyper-Parameter Based Margin Calculation Algorithm for Single Flux Quantum Logic Cells," *Proc. of Symp. on VLSI*, 2019: 645-650.

[C74]    A. Fayyazi, S. Kundu, S. Nazarian, P.A. Beerel, and M. Pedram. "CSrram: Area-Efficient Low-Power Ex-Situ Training Framework for Memristive Neuromorphic Circuits Based on Clustered Sparsity," *Proc. of Symp. on VLSI*, 2019: 465-470.

[C75]    K. Singh, R. Gupta, V. Gupta, A. Fayyazi, M. Pedram, and S. Nazarian. "A Hybrid Framework for Functional Verification using Reinforcement Learning and Deep Learning," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2019, pp. 367-370.

[C76]    L. Wang and M. Pedram. "Towards Green Mobile Networks: Concurrent User Association and Dynamic Switching in Cells," *Proc. of IEEE GreenTech Conference*, Apr. 2019.

[C77]    A. E. Eshratifar, A. Esmaili, and M. Pedram. "Towards Collaborative Intelligence Friendly Architectures for Deep Learning," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2019, pp. 14-19.

[C78]    G. Pasandi, S. Nazarian, and M. Pedram. "Approximate Logic Synthesis: A Reinforcement Learning-Based Technology Mapping Approach," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2019, pp. 26-32.

[C79]    A. D. Wong, K. Su, H. Sun, A. Fayyazi, M. Pedram, and S. Nazarian. "VeriSFQ: A Semi-formal Verification Framework and Benchmark for Single Flux Quantum Technology," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2019, pp. 224-230.

[C80]    M. Yan, Y. Song, Y. Feng, G. Pasandi, M. Pedram, and S. Nazarian. "kNN-CAM: A kNN-based Configurable Approximate Floating Point Multiplier for Energy-Area Minimization," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2019, pp. 1-7.

[C81]    N.K. Katam, J. Kawa, and M. Pedram. "Challenges and the Status of Superconducting Single Flux Quantum Technology," *Proc. of Design Automation and Test in Europe*, Mar. 2019, pp. 1781-1787.

[C82]    A. Fayyazi, S. Shababi, P. Nuzzo, S. Nazarian, and M. Pedram. "Deep Learning-Based Circuit Recognition Using Sparse Mapping and Level-Dependent Decaying Sum Circuit Representations," *Proc. of Design Automation and Test in Europe*, Mar. 2019.

[C83]    M. Nazemi, G. Pasandi, and M. Pedram. "Energy-Efficient, Low-Latency Realization of Neural Networks through Boolean Logic Minimization," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2019, pp. 274-279. (**Best Paper Award**)

[C84]    A. Esmaili, M. Nazemi, and M. Pedram. "Modeling Processor Idle Times in MPSoC Platforms to Enable Integrated DPM, DVFS, and Task Scheduling Subject to a Hard Deadline," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2019, pp. 532-537.

**2018**

[C85]   M. Pedram and Y. Wang. "Design Automation Methodology and Tools for Superconductive Electronics," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2018.

[C86]   M. Pedram and H. Afzali-Kusha. "An Ultra-Low-Power High-Speed Cache Memory Comprising Hybrid TFET-FinFET SRAM Cells," *Proc. of Int'l Conf. on Solid State Devices and Materials*, Sep. 2018.

[C87]   M. Nazemi and M. Pedram. "Lop: An Open-Source Library for Customized Data Representation and Approximate Computing Targeting Energy and Resource Utilization Efficiencies in Deep Neural Networks," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2018.

[C88]   M. Vaeztourshizi, M. Kamal, and M. Pedram. "An Energy-Efficient, Yet Highly-Accurate, Approximate Non-Iterative Divider," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2018.

[C89]   P. Beerel and M. Pedram. "Opportunities for Machine Learning in Electronic Design Automation," *Proc. of the IEEE Int'l Symposium on Circuits and Systems*, May 2018.

[C90]   P. Bogdan and M. Pedram. "Toward Enabling Automated Cognition and Decision-Making in Complex Cyber-Physical Systems," *Proc. of the IEEE Int'l Symp. on Circuits and Systems*, May 2018.

[C91]   G. Pasandi, A. Shafaei, and M. Pedram. "SFQmap: A Technology Mapping Tool for Single Flux Quantum Logic Circuits," *Proc. of the IEEE Int'l Symp. on Circuits and Systems*, May 2018.

[C92]   A. E. Eshratifar and M. Pedram. "Energy and Performance Efficient Computation Offloading for Deep Neural Networks in a Mobile Cloud Computing Environment," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2018, pp. 111-116.

[C93]   H. Afzali-Kusha, O. Akbari, M. Kamal, and M. Pedram. "Energy Consumption and Lifetime Improvement of Coarse-Grained Reconfigurable Architectures Targeting Low-Power Error-Tolerant Applications," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2018, pp. 431-434.

[C94]   L. Wang, S. Chen and M. Pedram. "Power Management of Cache-enabled Cooperative Base Stations Towards Zero Grid Energy," *Proc. of IEEE Int'l Conference on Communications*, May. 2018.

[C95]   H. Afzali-Kusha, A. Shafaei, and M. Pedram. "A 125mV 2ns-Access-Time 16Kb SRAM Design based on a 6T Hybrid TFET-FinFET Cell," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2018, pp. 280-285.

[C96]   M. Nazemi, A. E. Eshratifar, and, and M. Pedram. "A Hardware-Friendly Algorithm for Scalable Training and Deployment of Dimensionality Reduction Models on FPGA," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2018, pp. 395-400.

[C97]   R. Cai, A. Ren, N. Liu, L. Wang, M. Pedram, and Y. Wang. "VIBNN: Hardware Acceleration of Bayesian Neural Networks," *Proc. of the 23rd ACM International Conference on Architectural Support for Programming Languages and Operating Systems*, Mar. 2018, pp. 476-488.

[C98]   O. Akbari, M. Kamal, A. Afzali-Kusha, M. Pedram, and M. Shafique. "PX-CGRA: Polymorphic Approximate Coarse-Grained Reconfigurable Architecture," *Proc. of Design Automation and Test in Europe*, Mar. 2018, pp. 413-418.

[C99]   S. Nazar Shahsavani, B. Zhang, and M. Pedram. "Accurate Margin Calculation for Single Flux Quantum Logic Cells," *Proc. of Design Automation and Test in Europe*, Mar. 2018, pp. 509-514.

[C100]  S. Lin, N. Liu, M. Nazemi, H. Li, C. Ding, Y. Wang, and M. Pedram. "FFT-Based Deep Learning Deployment in Embedded Systems," *Proc. of Design Automation and Test in Europe*, Mar. 2018, pp. 1045-1050.

[C101]  S. Nazar Shahsavani, A. Shafaei, and M. Pedram. "A Placement Algorithm for Superconducting Logic Circuits Based on Cell Grouping and Super-Cell Placement," *Proc. of Design Automation and Test in Europe*, Mar. 2018, pp. 1465-1468.

**2017**

[C102]   R. Cai, A. Ren, L. Wang, M. Pedram, and Y. Wang. "Hardware Acceleration of Bayesian Neural Networks using Linear Feedback RAM based Gaussian Random Number Generators," *Proc. of Int'l Conf. on Computer Design*, Nov. 2017.

[C103]   L. Wang, S. Chen, and M. Pedram. "Context-Driven Power Management in Cache-Enabled Base Stations using a Bayesian Neural Network," *Proc. of Int'l Green and Sustainable Computing Conf.*, Oct. 2017.

[C104]   L. Wang, A. Shafaei, and M. Pedram. "Gate-All-Around FET Based 6T SRAM Design Using a Device-Circuit Co-Optimization Framework," *Proc. of the 60th IEEE International Midwest Symposium on Circuits and Systems*, Aug. 2017, pp. 1113-1116.

[C105]   M. Nazemi, S. Nazarian, and M. Pedram. "High-performance FPGA implementation of equivariant adaptive separation via independence algorithm for Independent Component Analysis," *Proc. of the 28th Annual IEEE International Conference on Application-specific Systems, Architectures and Processors*, Jul. 2017.

[C106]   N. Katam, A. Shafaei, and M. Pedram. "Design of Complex Rapid Single-Flux-Quantum Cells with Application to Logic Synthesis," *Proc. of the 16th International Superconductive Electronics Conference*, Jun. 2017.

[C107]   L. Wang, S. Chen, and M. Pedram. "Optimal Joint Management of Charging and Battery Swapping Services for Electric Vehicles," *Proc. of IEEE Green Technologies Conf.*, Mar. 2017, pp. 328-333.

[C108]   A. BanaGozar, M.A. Maleki, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Robust neuromorphic computing in the presence of process variation," *Proc. of Design Automation and Test in Europe*, Mar. 2017, pp. 440-445.

[C109]   S. Vahdat, M. Kamal, A. Afzali-Kusha, M. Pedram, and Z. Navabi. "TruncApp: A truncation-based approximate divider for energy efficient DSP applications," *Proc. of Design Automation and Test in Europe*, Mar. 2017, pp. 1635-1638.

[C110]   S. Nazar Shahsavani, A. Shafaei Bejestan, S. Nazarian, and M. Pedram. "A thermally-aware energy minimization methodology for global interconnects," *Proc. of Design Automation and Test in Europe*, Mar. 2017, pp. 1213-1218.

[C111]   M. Abdel-Majeed, H. Jeon, A. Shafaei, M. Pedram, and M. Annavaram. "Pilot Register File: Energy Efficient Register File for GPUs," *Proc. of IEEE Symposium on High Performance Computer Architecture,* Feb. 2017, pp. 589-600.

[C112]   N. Katam, A. Shafaei, and M. Pedram. "Design of multiple fanout clock distribution network for rapid single flux quantum technology," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2017, pp. 384-389.


**2016**

[C113]   L. Wang, Y. Wang, and M. Pedram. "Online QoS-Aware Charging Scheduling in Battery Swapping Stations under Dynamic Energy Pricing," *Proc. of IEEE Online Conf. on Green Communications*, Nov. 2016, pp. 7-12.

[C114]   X. Lin, Y. Xue, P. Bogdan, Y. Wang, S. Garg, and M. Pedram. "Power-Aware Virtual Machine Mapping in the Data-Center-on-a-Chip Paradigm," *Proc. of Int'l Conf. on Computer Design*, Oct. 2016, pp. 241-248.

[C115]   M. Hemmat, M. Kamal, A. Afzali-Kusha, and M. Pedram. "Hybrid TFET-MOSFET Circuits: An Approach to Design Reliable Ultra-Low Power Circuits in the presence of Process Variation," *Proc. of IFIP/IEEE Int'l Conf. on Very Large Scale Integration,* Sept. 2016.

[C116]  L. Wang, T. Cui, S. Nazarian, Y. Wang, and M. Pedram. "Standard Cell Library Based Layout Characterization and Power Analysis for 10nm Gate-All-Around (GAA) Transistors," *Proc. of IEEE Int'l System-on-Chip Conference, Sept. 2016, pp.253-258.*

[C117]  X. Lin, M. Pedram, J. Tang, and Y. Wang. "A Profit Optimization Framework of Energy Storage Devices in Data Centers: Hierarchical Structure and Hybrid Types," *Proc. of IEEE 9th International Conference on Cloud Computing,* Jun. 2016, pp. 640-647.

[C118]  S. Chen and M. Pedram. "Efficient Peak Shaving in a Data Center by Joint Optimization of Task Assignment and Energy Storage Management," *Proc. of IEEE 9th International Conference on Cloud Computing*, Jun. 2016, pp.77-83.

[C119]  A. Shafaei Bejestan, H. Afzali-Kusha, and M. Pedram. "Minimizing the Energy-Delay Product of SRAM Arrays using a Device-Circuit-Architecture Co-Optimization Framework," *Proc. of Design Automation Conf.,* Jun. 2016, pp. 1-6.

[C120]  H. Afzali-Kusha, A. Shafaei Bejestan, and M. Pedram. "Optimizing the Operating Voltage of Tunnel FET-Based SRAM Arrays Equipped with Read/Write Assist Circuitry," *Proc. of ACM Great Lakes Symp. on VLSI,* May 2016, pp. 415-420.

[C121]  X. Lin, Y. Wang, and M. Pedram. "A reinforcement learning-based power management framework for green computing data centers," *Proc. of IEEE Int'l Conference on Cloud Engineering*, Apr. 2016, pp. 135-138.

[C122]  A. Shafaei Bejestan, Y. Wang, L. Chen, S. Chen, and M. Pedram. "Maximizing the Performance of NoC-based MPSoCs under Total Power and Power Density Constraints," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2016, pp. 49-57.

[C123]  J. Li, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "Negotiation-based resource provisioning and task scheduling algorithm for cloud systems," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2016, pp. 338-344.

[C124]  T. Cui, J. Li, A. Shafaei Bejestan, S. Nazarian, and M. Pedram. "An Efficient Timing Analysis Model for 6T FinFET SRAM using Current-Based Method," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2016, pp. 263-269.

[C125]  R. Zendegani, M. Kamal, A. Fayyaz, A. Afzali-Kusha, S. Safari, and M. Pedram. "SEERAD: A High Speed yet Energy-Efficient Rounding-based Approximate Divider," *Proc. of Design Automation and Test in Europe,* Mar. 2016, pp. 1481-1484.

[C126]  A. Shafaei and M. Pedram. "Energy-Efficient Cache Memories using a Dual-Vt 4T SRAM Cell with Read-Assist Techniques," *Proc. of Design Automation and Test in Europe,* Mar. 2016, pp. 457-462.

[C127]  T. Cui, S. Chen, Y. Wang, Q. Zhu, S. Nazarian, and M. Pedram. "Optimal Co-Scheduling of HVAC Control and Battery Management for Energy-Efficient Buildings Considering State-of-Health Degradation," *Proc. of Asia and South Pacific Design Automation Conf.,* Jan. 2016, pp. 775-780.


## 2015

[C128]  X. Lin, P. Bogdan, N. Chang, and M. Pedram. "Machine Learning-Based Energy Management in a Hybrid Electric Vehicle to Minimize Total Operating Cost," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2015.

[C129]  L. Wang, A. Shafaei, S. Chen, Y. Wang, S. Nazarian, and M. Pedram. "10nm Gate-Length Junctionless Gate-All-Around (JL-GAA) FETs Based 8T SRAM Design Under Process Variation Using a Cross-Layer Simulation," *IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conference*, Oct. 2015.

[C130]   X. Lin, A. Shafaei, S. Chen, T. Cui, and M. Pedram. "Impact of Technology and Voltage Scaling on LEON3 Processor Performance and Energy," *IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conference*, Oct. 2015.

[C131]   S. Chen, X. Lin, A. Shafaei, Y. Wang, and M. Pedram. "Analysis of Deeply Scaled Multi-Gate Devices with Design Centering across Multiple Voltage Regimes," *IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conference*, Oct. 2015.

[C132]   W. Lee, D. Shin, Y. Wang, S. Nazarain, and M. Pedram. "Design and Optimization of a Reconfigurable Power Delivery Network for Large-Area, DVS-Enabled OLED Displays," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2015.

[C133]   M-J. Dousti, M. Ghasemi-Gol, M. Nazemi, and M. Pedram. "ThermTap: An Online Power and Thermal Analyzer for Portable Devices," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2015.

[C134]   D. Shin, Y. Wang, N. Chang, and M. Pedram. "Reconfigurable three-dimensional photovoltaic panel architecture for solar-powered time extension," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2015.

[C135]   X. Lin, Y. Wang, N. Chang, P. Bogdan, and M. Pedram. "Optimizing fuel economy of hybrid electric vehicles using a Markov decision process model," *Proc. of Intelligent Vehicle Symposium*, Jun. 2015.

[C136]   S. Wang, Y. Wang, X. Lin, and M. Pedram. "Hierarchical deployment and control of energy storage in datacenters," *Proc. of IEEE Cloud Computing Conference*, Jun. 2015.

[C137]   S. Chen, Y. Wang, and M. Pedram. "A Joint Optimization Framework for Request Scheduling and Energy Storage Management in a Data Center," *Proc. of IEEE Cloud Computing Conference*, Jun. 2015.

[C138]   Y. Wang, X. Lin, N. Chang, and M. Pedram. "Joint Automatic Control of the Powertrain and Auxiliary Systems to Enhance the Electromobility in Hybrid Electric Vehicles," *Proc. of Design Automation Conf.*, Jun. 2015.

[C139]   T. Cui, S. Chen, Y. Wang, Q. Zhu, S. Nazarian and M. Pedram. "Optimal Control of PEVs for Energy Cost Minimization and Frequency Regulation in the Smart Grid Accounting for Battery State-of-Health Degradation," *Proc. of Design Automation Conf.*, Jun. 2015.

[C140]   Y. Wang, A. Shafaei, M. Rahimi, and M. Pedram. "A Life-Cycle Energy and Inventory Analysis of FinFET Integrated Circuits," *Proc. of Int'l Symp. on Sustainable Systems & Technologies*, May 2015.

[C141]   T. Cui, B. Chen, Y. Wang, S. Nazarian, and M. Pedram. "Layout Characterization and Power Density Analysis for Shorted-Gate and Independent-Gate 7nm FinFET Standard Cells," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2015.

[C142]   A. Shafaie, Y. Wang, S. Ramadurgam, Y. Xue, P. Bogdan, and M. Pedram. "Analyzing the Dark Silicon Phenomenon in a Many-Core Chip Multi-Processor under Deeply-Scaled Process Technologies," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2015.

[C143]   M. Kamal, A. Iranfar, A. Afzali-kusha, and M. Pedram. "A thermal stress-aware algorithm for power and temperature management of MPSoCs," *Proc. of Design* Automation *and Test in Europe*, Mar. 2015.

[C144]   J. Li, Q. Xie, Y. Wang, S. Nazarian, and M. Pedram. "Leakage power reduction for deeply-scaled FinFET circuits operating in multiple voltage regimes using fine-grained gate-length biasing technique," *Proc. of Design Automation and Test in Europe*, Mar. 2015.

[C145]   X. Lin, Y. Wang, M. Pedram, J. Kim, and N. Chang. "Event-driven and sensorless photovoltaic system reconfiguration for electric vehicles," *Proc. of Design Automation and Test in Europe*, Mar. 2015.

[C146]   D. Zhu, L. Chen, T. Pinkston, and M. Pedram. "TAPP: Temperature-aware application mapping for NoC-based many-core processors," *Proc. of Design Automation and Test in Europe*, Mar. 2015.

[C147]   Q. Xie, Y. Kim, D. Baek, Y. Wang, M. Pedram, and N. Chang. "Efficiency-driven design time optimization of a hybrid energy storage system with networked charge transfer interconnect," *Proc. of Design Automation and Test in Europe*, Mar. 2015.

[C148]   M-J. Dousti and M. Pedram. "Power-efficient control of thermoelectric coolers considering distributed hot spots," *Proc. of Design Automation and Test in* Europe, Mar. 2015.

[C149]   M-J. Dousti, A. Petraglia, and M. Pedram. "Accurate Electrothermal Modeling of Thermoelectric Generators," *Proc. of Design Automation and Test in Europe*, Mar. 2015.

[C150]   R. Yarmand, B. Ebrahimi, H. Afzali-Kusha, A. Afzali-Kusha, and M. Pedram. "High Performance and High Yield 5 nm Underlapped FinFET SRAM Design Using P type Access Transistors," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2015.

[C151]   S. Abrishami, A. Shafaei, Y. Wang, and M. Pedram. "Optimal Choice of FinFET Devices for Energy Minimization in Deeply Scaled Technologies," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2015.

[C152]   A. Shafaei, Y. Wang, A. Petraglia, and M. Pedram. "Design Optimization of Sense Amplifiers using Deeply-scaled FinFET Devices," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2015.

[C153]   L. Chen, D. Zhu, M. Pedram, and T. M. Pinkston. "Power punch: towards non-blocking power-gating of NoC routers," *Proc. of IEEE Int'l Symp. on High Performance Computer Architecture*, Feb. 2015.

[C154]   C. Guan, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "Reinforcement Learning-Based Control of Residential Energy Storage Systems for Electric Bill Minimization," *Proc. of IEEE Consumer Communications & Networking Conf.*, Jan. 2015.

[C155]   J. Li, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "Negotiation-Based Task Scheduling and Storage Control Algorithm to Minimize User's Electric Bills under Dynamic Prices," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2015.

[C156]   A. Shafaei, Y. Wang, and M. Pedram. "A Cross-Layer Framework for Designing and Optimizing Deeply-Scaled FinFET-Based SRAM Cells under Process Variations," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2015.

## 2014

[C157]   J. Li, Y. Wang, T. Cui, S. Nazarian, and M. Pedram. "Negotiation-Based Task Scheduling to Minimize User's Electricity Bills under Dynamic Energy Prices," *Proc. of IEEE Online Conf. on Green Communications*, Nov. 2014.

[C158]   S. Chen, Y. Wang, and M. Pedram. "Optimal Offloading Control for a Mobile Device Based on a Realistic Battery Model and Semi-Markov Decision Process," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2014.

[C159]   X. Lin, Y. Wang, P. Bogdan, N. Chang, and M. Pedram. "Reinforcement Learning Based Power Management for Hybrid Electric Vehicles," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2014.

[C160]   M. Ghasemi-Gol, Y. Wang, and M. Pedram. "An optimization framework for the data centers to simultaneously minimize energy cost under day-ahead dynamic energy prices and provide regulation services," *Proc. of Int'l Green Computing Conf.*, Nov. 2014.

[C161]   T. Cui, Q. Xie, Y. Wang, S. Nazarian, and M. Pedram. "7nm FinFET standard cell layout characterization and power density prediction in near- and super-threshold voltage regimes," *Proc. of Int'l Green Computing Conf.*, Nov. 2014.

[C162]   A. Shafaei, Y. Wang, and M. Pedram. "Low write-energy STT-MRAMs using FinFET-based access transistors," *Proc. of Int'l Conf. on Computer Design*, Oct. 2014.

[C163]   Q. Xie, Y. Wang, S. Chen, and M. Pedram. "Variation-Aware Joint Optimization of the Supply Voltage and Sleep Transistor Size for the 7nm FinFET Technology," *Proc. of Int'l Conf. on Computer Design*, Oct. 2014.

[C164]   X. Lin, Y. Wang, N. Chang, and M. Pedram. "Power supply and consumption co-optimization of portable embedded systems with hybrid power supply," *Proc. of Int'l Conf. on Computer Design*, Oct. 2014.

[C165]   S. Yue, Y. Wang, Q. Xie, M. Pedram, and N. Chang. "Model-free learning-based online management of hybrid electrical energy storage systems in electric vehicles," *Proc. of 40th Annual Conf. of the IEEE Industrial Electronics Society*, Oct. 2014.

[C166]   S. Chen, Y. Wang, and M. Pedram. "Resource allocation optimization in a data center with energy storage devices," *Proc. of 40th Annual Conf. of the IEEE Industrial Electronics Society*, Oct. 2014.

[C167]   D. Zhu, S. Yue, Y. Wang, N. Chang, and M. Pedram. "Cost-effective design of a hybrid electrical energy storage system for electric vehicles," *Proc. of Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Oct. 2014.

[C168]   M. Ghorbani, Y. Wang, P. Bogdan, and M. Pedram. "Prediction and control of bursty cloud workloads: a fractal framework," *Proc. of Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Oct. 2014.

[C169]   S. Chen, Y. Wang, X. Lin, Q. Xie, and M. Pedram. "Performance prediction for multiple-threshold 7nm-FinFET-based circuits operating in multiple voltage regimes using a cross-layer simulation framework," *Proc. of IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conf.*, Oct. 2014.

[C170]   A. Shafaei, S. Chen, Y. Wang, and M. Pedram. "A cross-layer design framework and comparative analysis of SRAM cells and cache memories using different 7nm FinFET devices," *Proc. of IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conf.*, Oct. 2014.

[C171]   Q. Xie, M-J. Dousti, and M. Pedram. "Therminator: A Thermal Simulator for Smartphones Producing Accurate Chip and Skin Temperature Maps," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2014.

[C172]   S. Yue, L. Chen, D. Zhu, T. M. Pinkston, and M. Pedram. "Smart butterfly: reducing static power dissipation of network-on-chip with core-state-awareness," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2014.

[C173]   J. Kim, Y. Wang, N. Chang, and M. Pedram. "Fast photovoltaic array reconfiguration for partial solar powered vehicles," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2014. (**Best Paper Award**)

[C174]   W. Lee, Y. Wang, T. Cui, S. Nazarian, and M. Pedram. "Dynamic thermal management for FinFET-based circuits exploiting the temperature effect inversion phenomenon," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2014.

[C175]   S. Yue, D. Zhu, Y. Wang, and M. Pedram. "Distributed Load Demand Scheduling in Smart Grid to Minimize Electricity Generation Cost," *Proc. of IEEE PES Society General Meeting*, Jul. 2014.

[C176]  Y. Wang, S. Yue, and M. Pedram. "State-of-health (SoH) aware optimal control of plug-in electric vehicles," *Proc. of IEEE PES Society General Meeting*, Jul. 2014.

[C177]  T. Cui, Y. Wang, S. Nazarian, and M. Pedram. "An Electricity Trade Model for Multiple Power Distribution Networks in Smart Energy Systems," *Proc. of IEEE PES Society General Meeting*, Jul. 2014.

[C178]  X. Lin, Y. Wang, N. Chang, and M. Pedram. "Optimal switch configuration design for reconfigurable photovoltaic modules," *Proc. of IEEE PES Society General Meeting*, Jul. 2014.

[C179]  Q. Xie, X. Lin, Y. Wang, M-J. Dousti, A. Shafaei, M. Ghasemi-Gol, and M. Pedram. "5nm FinFET standard cell library optimization and circuit synthesis in near- and super-threshold voltage regimes," *Proc. of IEEE Computer Society Annual Symp. on VLSI*, Jul. 2014.

[C180]  A. Shafaei, Y. Wang, X. Lin, and M. Pedram. "FinCACTI: Architectural analysis and modeling of caches with deeply-scaled FinFET devices," *Proc. of IEEE Computer Society Annual Symp. on VLSI*, Jul. 2014 (**Best Paper Award**)

[C181]  X. Lin, Y. Wang, Q. Xie, and M. Pedram. "Energy and Performance-Aware Task Scheduling in a Mobile Cloud Computing Environment," *Proc. of IEEE Cloud*, Jun. 2014.

[C182]  S. Chen, M. Ghorbani, Y. Wang, P. Bogdan, and M. Pedram. "Trace-based analysis and prediction of cloud computing user behavior using the fractal modeling technique," *Proc. of IEEE Conf. on Big Data*, Jun. 2014.

[C183]  M-J. Dousti and M. Pedram. "Power-Aware Deployment and Control of Forced-Convection Coolers and Thermoelectric Coolers," *Proc. of Design Automation Conf.*, Jun. 2014.

[C184]  Y. Wang, Y. Zhang, M. Rahimi, and M. Pedram. "Life-Cycle Inventory and Energy Analysis of FinFET Integrated Circuits," *Proc. of Int'l Symp. on Sustainable Systems & Technologies*, May 2014.

[C185]  Y. Fu, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "Energy Optimal Sizing of FinFET Standard Cells Operating in Multiple Voltage Regimes Using Adaptive Independent Gate Control," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2014.

[C186]  Y. Wang, X. Lin, and M. Pedram. "Optimal Power Switch Design Methodology for Ultra Dynamic Voltage Scaling with a Limited Number of Power Rails," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2014.

[C187]  M-J. Dousti, A. Shafaei, and M. Pedram. "Squash: A Scalable Quantum Mapper Considering the Ancilla Sharing," *Proc. of ACM Great Lakes Symp. on VLSI*, May 2014.

[C188]  D. Zhu, S. Yue, L. Chen, T. Pinkston, and M. Pedram. "Balancing On-Chip Network Latency in Multi-Application Mapping for Chip-Multiprocessors," *Proc. of Int'l Parallel & Distributed Processing Symp.*, May 2014.

[C189]  T. Cui, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "A Probability Theory Based Price Determination Framework for Utility Companies in an Oligopolistic Energy Market," *Proc. of IEEE Green Technologies Conf.*, Apr. 2014.

[C190]  Y. Wang, X. Lin, and M. Pedram. "A Game Theoretic Framework of SLA-Based Resource Allocation for Competitive Cloud Service Providers," *Proc. of IEEE Green Technologies Conf.*, Apr. 2014.

[C191]  X. Lin, Y. Wang, and M. Pedram. "Designing the Optimal Pricing Policy for Aggregators in Smart Grid," *Proc. of IEEE Green Technologies Conf.*, Apr. 2014.

[C192]  T. Cui, S. Chen, Y. Wang, S. Nazarian, and M. Pedram. "An Efficient Semi-Analytical Current Source Model for FinFET Devices in Near/Sub-Threshold Regime Considering Multiple Input Switching and Stack Effect," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2014.

[C193]   X. Lin, Y. Wang, and M. Pedram. "Stack Sizing Analysis and Optimization for FinFET Logic Cells and Circuits Operating in the Sub/Near-Threshold Regime," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2014.

[C194]   X. Lin, Y. Wang, S. Nazarian, and M. Pedram. "An Improved Logical Effort Model and Its Application to Optimal Sizing of Circuits Operating in Multiple Supply Voltage Regimes," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2014.

[C195]   S. Chen, Y. Wang, and M. Pedram. "Concurrent placement, capacity provisioning, and request flow control for a distributed cloud infrastructure," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C196]   Y. Gao, S. Gupta, Y. Wang, and M. Pedram. "An energy-aware fault tolerant scheduling framework for soft error resilient cloud computing systems," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C197]   K. Kim, D. Shin, Q. Xie, Y. Wang, M. Pedram, and N. Chang. "FEPMA: Fine-grained event-driven power meter for Android smartphones based on device driver layer event monitoring," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C198]   W. Lee, Y. Wang, and M. Pedram. "VRCon: Dynamic reconfiguration of voltage regulators in a multicore platform," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C199]   D. Zhu, L. Chen, S. Yue, and M. Pedram. "Application mapping for express channel-based networks-on-chip," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C200]   D. Zhu, Y. Wang, N. Chang, and M. Pedram. "Optimal design and management of a smart residential PV and energy storage system," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C201]   M. Kamal, A. Ghasemazar, A. Afzali-Kusha, and M. Pedram. "Improving efficiency of extensible processors by using approximate custom instructions," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C202]   Y. Wang, X. Lin, Q. Xie, N. Chang, and M. Pedram. "Minimizing state-of-health degradation in hybrid electrical energy storage systems with arbitrary source and load profiles," *Proc. of Design Automation and Test in Europe*, Mar. 2014.

[C203]   Y. Wang, X. Lin, and M. Pedram. "Coordination of the smart grid and distributed data centers: a nested game-based optimization framework," *Proc. of IEEE PES Innovative Smart Grid Technologies Conf.*, Feb. 2014.

[C204]   T. Cui, Y. Wang, S. Nazarian, and M. Pedram. "An electricity trade model for microgrid communities in smart grid," *Proc. of IEEE PES Innovative Smart Grid Technologies Conf.*, Feb. 2014.

[C205]   M. Triki, Y. Wang, A. C. Ammari, and M. Pedram. "Reinforcement Learning Algorithms for Dynamic Power Management," *Proc. of World Symp. on Computer Applications & Research*, Jan. 2014.

[C206]   A. Shafaei, M. Saeedi, and M. Pedram. "Qubit placement to minimize the communication overhead in circuits mapped to 2D quantum architectures," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2014.

[C207]   T. Cui, Y. Wang, X. Lin, S. Nazarian, and M. Pedram. "Semi-analytical current source modeling for FinFET devices in multiple voltage regimes with independent gate control and process variations," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2014.

**2013**

[C208]  S. Chen, Y. Wang, and M. Pedram. "A semi-Markovian decision process based control method for offloading tasks from mobile devices to the cloud," *IEEE Global Communications Conf.*, Dec. 2013.

[C209]  M. Triki, Y. Wang, A.C. Ammari, and M. Pedram. "Reinforcement learning-based dynamic power management of a battery powered system supporting multiple active modes," *Proc. of European Modeling Symp.*, Nov. 2013.

[C210]  X. Lin, Y. Wang, and M. Pedram. "An optimal control policy in a mobile cloud computing system based on stochastic data," *Proc. of IEEE Cloud Networking*, Nov. 2013.

[C211]  Q. Xie, JM. Kim, Y. Wang, N. Chang, and M. Pedram. "Dynamic thermal management in mobile devices considering the thermal coupling between battery and application processor," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2013.

[C212]  X. Lin, Y. Wang, and M. Pedram. "Joint Sizing and Adaptive Independent Gate Control for FinFET Circuits Operating in Multiple Voltage Regimes Using the Logical Effort Method," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2013.

[C213]  Q. Xie, T. Cui, Y. Wang, S. Nazarian, and M. Pedram. "Semi-Analytical Current Source Modeling of FinFET Devices Operating in Near/Sub-Threshold Regime with Independent Gate Control and Considering Process Variation," *Proc. of Int'l Conf. on Computer Design*, Oct. 2013.

[C214]  Y. Li, Y. Wang, S. Nazarain, and M. Pedram. "A Nested Game-Based Optimization Framework for Electricity Retailers in the Smart Grid with Residential Users and PEVs," *Proc. of IEEE Online Conf. on Green Communications*, Oct. 2013.

[C215]  Y. Gao, Y. Wang, S-K. Gupta, and M. Pedram. "An Energy and Deadline Aware Resource Provisioning, Scheduling and Optimization Framework for Cloud Systems," *Proc. of Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Sept. 2013.

[C216]  D. Zhu, S. Yue, Y. Wang, N. Chang, and M. Pedram. "Designing a Residential Hybrid Electrical Energy Storage System Based on the Energy Buffering Strategy," *Proc. of Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Sept. 2013.

[C217]  H. Goudarzi and M. Pedram. "Force-directed Geographical Load Balancing and Scheduling for Batch Jobs in Distributed Datacenters," *Proc. of IEEE Cluster*, Sept. 2013.

[C218]  X. Lin, Y. Wang, S. Yue, N. Chang, and M. Pedram. "A Framework of Concurrent Task Scheduling and Dynamic Voltage and Frequency Scaling in Real-Time Embedded Systems with Energy Harvesting," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Sept. 2013.

[C219]  S. Yue, D. Zhu, Y. Wang, N. Chang, and M. Pedram. "SIMES: A Simulator for Hybrid Electrical Energy Storage Systems," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Sept. 2013.

[C220]  SY. Park, Y. Wang, N. Chang, and M. Pedram. "Maximum Power Transfer Tracking in a Solar USB Charger for Smartphones," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Sept. 2013.

[C221]  M.J. Dousti and M. Pedram. "Platform-Dependent, Leakage-Aware Control of the Driving Current of Embedded Thermoelectric Coolers," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Sept. 2013.

[C222]  M. Saeedi, A. Shafaei, and M. Pedram. "Constant-Factor Optimization of Quantum Adders on 2D Quantum Architectures," *Proc. of 5th Conf. on Reversible Computation*, Jul. 2013.

[C223]  Y. Wang, X. Lin, and M. Pedram. "A Bayesian Game Formulation of Power Dissipation and Response Time Minimization in a Mobile Cloud Computing System," *Proc. of IEEE 2nd Int'l Conf. on Mobile Services*, Jun. 2013.

[C224]  H. Goudarzi and M. Pedram. "Geographical Load Balancing for Online Service Applications in Distributed Datacenters," *Proc. of IEEE Cloud*, Jun. 2013.

[C225]  I. Hwang and M. Pedram. "Hierarchical Virtual Machine Consolidation in a Cloud Computing System," *Proc. of IEEE Cloud*, Jun. 2013.

[C226]  A. Shafaei, Mehdi Saeedi, and M. Pedram. "Optimization of Quantum Circuits for Interaction Distance in Linear Nearest Neighbor Architectures," *Proc. of 50th Design Automation Conf.*, Jun. 2013.

[C227]  M.J. Dousti and M. Pedram. "LEQA: Latency Estimation for a Quantum Algorithm Mapped to a Quantum Circuit Fabric," *Proc. of 50th Design Automation Conf.*, Jun. 2013.

[C228]  Q. Xie, Y. Wang, and M. Pedram. "Variability-Aware Design of Energy-Delay Optimal Linear Pipelines Operating in the Near-Threshold Regime and Above," *Proc. of Great Lakes Symp. on VLSI*, May 2013.

[C229]  Y. Wang, S. Chen, and M. Pedram. "Service level agreement-based joint application environment assignment and resource allocation in cloud computing systems," *Proc. of IEEE Green Technologies Conf.*, Apr. 2013.

[C230]  Y. Wang, X. Lin, and M. Pedram. "Accurate component model based optimal control for energy storage systems in households with photovoltaic modules," *Proc. of IEEE Green Technologies Conf.*, Apr. 2013.

[C231]  V. Akhlaghi, M. Kamal, A. Afzali-Kusha, and M. Pedram. "An Efficient Network on-Chip Architecture Based on Isolating Local and non-Local Communications," *Proc. of Design Automation and Test in Europe*, Mar. 2013.

[C232]  A. Shafaei, M. Saeedi, and M. Pedram. "Reversible Logic Synthesis of k-Input, m-Output Lookup Tables," *Proc. of Design Automation and Test in Europe*, Mar. 2013.

[C233]  Q. Xie, S. Yue, D. Shin, N. Chang, and M. Pedram. "Adaptive Thermal Management for Portable System Batteries by Forced Convection Cooling," *Proc. of Design Automation and Test in Europe*, Mar. 2013.

[C234]  Y. Wang, X. Lin, S. Park, N. Chang, and M. Pedram. "Optimal Control of a Grid-Connected Hybrid Electrical Energy Storage System for Homes," *Proc. of Design Automation and Test in Europe*, Mar. 2013.

[C235]  Y. Wang, X. Lin, J. Kim, N. Chang, and M. Pedram. "Capital Cost-Aware Design and Partial Shading-Aware Architecture Optimization of a Reconfigurable Photovoltaic System," *Proc. of Design Automation and Test in Europe*, Mar. 2013.

[C236]  Y. Wang, S. Chen, Hadi Goudarzi, and M. Pedram. "Resource allocation and consolidation in a multi-core server cluster using a Markov decision process model," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2013.

[C237]  Y. Wang, M. Triki, X. Lin, A. Ammari, and M. Pedram. "Hierarchical dynamic power management using model-free reinforcement learning," *Proc. of Int'l Symp. on Quality Electronic Design*, Mar. 2013.

[C238]  Y. Wang, X. Lin, and M. Pedram. "A nested two stage game-based optimization framework in mobile cloud computing system," *Proc. of IEEE Int'l Symp. on Service-Oriented System Engineering*, Mar. 2013.

[C239]  T. Cui, Y. Wang, S. Yue, S. Nazarian, and M. Pedram. "A Game-Theoretic Price Determination Algorithm for Utility Companies Serving a Community in Smart Grid," *Proc. of IEEE PES Innovative Smart Grid Technologies Conf.*, Feb. 2013.

[C240]  Y. Wang, X. Lin, and M. Pedram. "A sequential game perspective and optimization of the smart grid with distributed data centers," *Proc. of IEEE PES Innovative Smart Grid Technologies Conf.*, Feb. 2013.

[C241]   D. Zhu, Y. Wang, S. Yue, Q. Xie, M. Pedram, and N. Chang. "Maximizing Return on Investment of a Grid-Connected Hybrid Electrical Energy Storage System," *Proc. of Asia and South Pacific Design Automation Conf*, Jan. 2013.

[C242]   D. Shin, N. Chang, W. Lee, Y. Wang, Q. Xie, and M. Pedram. "Online Estimation of the Remaining Energy Capacity in Mobile Systems Considering System-Wide Power Consumption and Battery Characteristics," *Proc. of Asia and South Pacific Design Automation Conf*, Jan. 2013.

[C243]   Q. Xie, D. Zhu, Y. Wang, M. Pedram, Y. Kim, and N. Chang. "An Efficient Scheduling Algorithm for Multiple Charge Migration Tasks in Hybrid Electrical Energy Storage Systems," *Proc. of Asia and South Pacific Design Automation Conf*, Jan. 2013.

## 2012

[C244]   D. Shin, K. Kim, N. Chang, and M. Pedram. "Battery cell configuration for organic light emitting diode display in modern smartphones and tablet-PCs," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2012.

[C245]   X. Lin, Y. Wang, N. Chang, and M. Pedram. "Online Fault Detection and Tolerance for Photovoltaic Energy Harvesting Systems," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2012.

[C246]   M. Ghasemazar, H. Goudarzi, and M. Pedram. "Robust Optimization of a Chip Multiprocessor's Performance under Power and Thermal Constraints," *Proc. of Int'l Conf. on Computer Design*, Oct. 2012.

[C247]   M. Kamal, Q. Xie, M. Pedram, A. Afzali-Kusha, and S. Safari. "An Efficient Reliability Simulation Flow for Evaluating the Hot Carrier Injection Effect in CMOS VLSI Circuits," *Proc. of Int'l Conf. on Computer Design*, Oct. 2012 (**Best Paper Award**)

[C248]   S. Yue, D. Zhu, Y. Wang, and M. Pedram. "Reinforcement Learning Based Dynamic Power Management with a Hybrid Power Supply," *Proc. of Int'l Conf. on Computer Design*, Oct. 2012.

[C249]   T. Cui, Y. Wang, H. Goudarzi, S. Nazarian, and M. Pedram. "Profit Maximization for Utility Companies in an Oligopolistic Energy Market with Dynamic Prices," *Proc. of IEEE Online Conf. on Green Communications*, Sept. 2012.

[C250]   M. Triki, Y. Wang, A. C. Ammari, and M. Pedram. "Dynamic Power Management of a Computer with self power-managed components," *Proc. of PATMOS*, Sept. 2012.

[C251]   S. Park, Y. Wang, Y. Kim, N. Chang, and M. Pedram "Battery Management for Grid-connected Photovoltaic Power Generation Systems," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2012.

[C252]   Y. Wang, X. Lin, N. Chang, and M. Pedram. "Dynamic Reconfiguration of Photovoltaic Energy Harvesting System in Hybrid Electric Vehicles," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2012.

[C253]   I. Hwang, T. Kam, and M. Pedram. "A Study of the Effectiveness of CPU Consolidation in a Virtualized Multi-Core Server System," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2012.

[C254]   W. Lee, Y. Wang, D. Shin, N. Chang, and M. Pedram. "Power Conversion Efficiency Characterization and Optimization for Smartphones," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Jul. 2012.

[C255]   I. Hwang and M. Pedram. "Portfolio Theory-Based Resource Assignment in a Cloud Computing System," *Proc. of IEEE Cloud*, Jun. 2012.

[C256]   H. Goudarzi and M. Pedram. "Energy Efficient VM Placement in the Cloud Computing System," *Proc. of IEEE Cloud*, Jun. 2012.

[C257]   X. Lin, Y. Wang, S. Yue, D. Shin, N. Chang, and M. Pedram. "Near-Optimal, Dynamic Module Reconfiguration in a Photovoltaic System to Combat Partial Shading Effects," *Proc. of 49th Design Automation Conf.*, Jun. 2012.

[C258]   Y. Kim, S. Park, N. Chang, Q. Xie, Y. Wang, and M. Pedram. "Networked Architecture for Hybrid Electrical Energy Storage Systems," *Proc. of 49th Design Automation Conf.*, Jun. 2012.

[C259]   Y. Wang, S. Yue, L. Kerofsky, S. Deshpande, and M. Pedram. "A Hierarchical Control Algorithm for Managing Electrical Energy Storage Systems in Homes Equipped with PV Power Generation," *IEEE Green Technologies Conf.*, Apr. 2012.

[C260]   H. Goudarzi, M. Ghasemazar, and M. Pedram. "SLA-based optimization of power and migration cost in cloud computing," *Proc. of Int'l Symp. on Cluster, Cloud and Grid Computing*, May 2012.

[C261]   Y. Wang, X. Lin, Y. Kim, N. Chang, and M. Pedram. "Enhancing Efficiency and Robustness of a Photovoltaic Power System Under Partial Shading," *Proc. of 13th Int'l Symp. on Quality of Electronic Design*, Mar. 2012.

[C262]   M. Kamal, A. Afzali-Kusha, S. Safari, and M. Pedram. "An Architecture-Level Approach for Mitigating the Impact of Process Variations on Extensible Processors," *Proc. of Design Automation and Test in Europe*, Mar. 2012.

[C263]   M-J. Dousti and M. Pedram. "Minimizing the latency of quantum circuits during mapping to the ion-trap circuit fabric," *Proc. of Design Automation and Test in Europe*, Mar. 2012.

[C264]   Q. Xie, X. Lin, Y. Wang, M. Pedram, D. Shin, and N. Chang. "State of health aware charge management in hybrid electrical energy storage systems," *Proc. of Design Automation and Test in Europe*, Mar. 2012.

[C265]   Y. Wang, Q. Xie, M. Pedram, Y. Kim, N. Chang, and M. PonciNo. "Multiple-source and multiple-destination charge migration in hybrid electrical energy storage systems," *Proc. of Design Automation and Test in Europe*, Mar. 2012.

[C266]   Q. Xie, Y. Wang, M. Pedram, Y. Kim, D. Shin, and N. Chang. "Charge replacement in hybrid electrical energy storage systems," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2012, pages 627-632.

[C267]   T. Cui, H. Goudarzi, S. Hatami, S. Nazarian, and M. Pedram. "Concurrent optimization of consumer's electrical energy bill and producer's power generation cost under a dynamic pricing model," *Proc. of 3rd IEEE PES Innovative Smart Grid Technologies Conf.*, Jan. 2012.

**2011**

[C268]   Y. Kim, S. Park, Y. Wang, Q. Xie, N. Chang, M. Poncino, and M. Pedram. "Balanced reconfiguration of storage banks in a hybrid electrical energy storage system," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2011, pages 624-631.

[C269]   H. Goudarzi, S. Hatami, and M. Pedram. "Demand-side load scheduling incentivized by dynamic energy prices," *Proc. of IEEE Int'l Conf. on Smart Grid Communications*, Oct. 2011, pages 351-356.

[C270]   Q. Xie, Y. Wang, Y. Kim, N. Chang, and M. Pedram. "Charge allocation for hybrid electrical energy storage systems," *Proc. of 9th Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Oct. 2011, pages 277-284.

[C271]   W. Lee, Y. Kim, Y. Wang, N. Chang, M. Pedram, and S. Han. "Versatile high-fidelity photovoltaic module emulation system," *Proc. of Int'l Symp. on Low Power Electronics and Design,* Aug. 2011.

[C272]   Y. Wang, Y. Kim, Q. Xie, N. Chang, and M. Pedram. "Charge migration efficiency optimization in hybrid electrical energy storage systems," *Proc. of Int'l Symp. on Low Power Electronics and Design*, Aug. 2011, pages 103-108.

[C273]   H. Goudarzi and M. Pedram. "Multi-dimensional SLA-based resource allocation for multi-tier cloud computing systems," *Proc. of IEEE Conf. on Cloud Computing*, Jul. 2011, pages 324-331.

[C274]  H. Goudarzi and M. Pedram. "Maximizing profit in the cloud computing system via resource allocation," *Proc. of 31st Int'l Conf. on Distributed Computing Systems Workshops*, Minneapolis, MN, Jun. 2011, pages 1-6.

[C275]  H. Abrishami, J. Lou, J. Qin, J. Froessl, and M. Pedram. "Post sign-off leakage power optimization," *Proc. of 48th Design Automation Conf.,* Jun. 2011, pages 453-458.

[C276]  D. Shin, Y. Kim, N. Chang, and M. Pedram. "Dynamic voltage scaling of OLED displays," *Proc. of 48th Design Automation Conf.,* Jun. 2011, pages 53-58.

[C277]  Y. Wang, Q. Xie, A. Ammari, and M. Pedram. "Deriving a near-optimal power management policy using model-free reinforcement learning and Bayesian classification," *Proc. of 48th Design Automation Conf.,* Jun. 2011, pages 41-46.

[C278]  F. Kashfi, S. Hatami, and M. Pedram. "Multi-objective optimization techniques for VLSI circuits," *Proc. of 12th Int'l Symp. on Quality of Electronic Design*, Mar. 2011, pages 156-163.

[C279]  D. Shin, Y. Wang, N. Chang, and M. Pedram. "Battery-supercapacitor hybrid system for high-rate pulsed load applications," *Proc. of Design Automation and Test in Europe*, Mar. 2011.

[C280]  M. Kamal, A. Afzali-Kusha, and M. Pedram. "Timing variation-aware custom instruction extension technique," *Proc. of Design Automation and Test in Europe*, Mar. 2011.

[C281]  M. GhasemAzar and M. Pedram. "Variability-aware dynamic power management for chip multiprocessor architectures," *Proc. of Design Automation and Test in Europe*, Mar. 2011.

**2010**

[C282]  S. Hatami and M. Pedram. "Minimizing the electricity bill of cooperative users under a quasi-dynamic pricing model," *Proc. of 1st IEEE Int'l Conf. on Smart Grid Communications*, Oct. 2010, pages 421-426.

[C283]  M. Pedram and I. Hwang. "Power and performance modeling in a virtualized server system," *Proc. of 39th Int'l Conf. on Parallel Processing Workshops*, Sept. 2010, pages 520-526.

[C284]  Y. Kim, N. Chang, Y. Wang, and M. Pedram. "Maximum power transfer tracking for a photovoltaic-supercapacitor energy system," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2010, pages 307-312.

[C285]  M. Pedram, N. Chang, Y. Kim, and Y. Wang. "Hybrid electrical energy storage systems," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2010, pages 363-368.

[C286]  J. Park, D. Shin, N. Chang, and M. Pedram. "Accurate modeling and calculation of delay and energy overheads of dynamic voltage scaling in modern high-performance microprocessors," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2010, pages 419-424.

[C287]  M. GhasemAzar, E. Pakbaznia, and M. Pedram. "Minimizing energy consumption of a chip multiprocessor system through simultaneous core consolidation and dynamic voltage/frequency scaling," *Proc. of IEEE Int'l Symp. on Circuits and Systems*, May 2010, pp.49-52.

[C288]  H. Abrishami, S. Hatami, and M. Pedram. "Analysis and optimization of sequential circuit elements to combat single-event timing upsets," *Proc. of IEEE Int'l Symp. on Circuits and Systems*, May 2010, pages 985-988.

[C289]  M. GhasemAzar, E. Pakbaznia, and M. Pedram. "Minimizing the power consumption of a chip multiprocessor under an average throughput constraint," *Proc. of 11th Int'l Symp. on Quality of Electronic Design*, Mar. 2010, pages 362-371.

[C290]  H. Abrishami, S. Hatami, and M. Pedram. "Multi-corner, energy-delay optimized, NBTI-aware flip-flop design," *Proc. of 11th Int'l Symp. on Quality of Electronic Design*, Mar. 2010, pages 652-659.

[C291]    E. Pakbaznia, M. GhasemAzar, and M. Pedram. "Temperature-aware dynamic resource provisioning in a power-optimized datacenter," *Proc. of Design Automation and Test in Europe*, Mar. 2010, pages 124-129.

[C292]    H. Jung and M. Pedram. "Optimizing the power delivery network in dynamically voltage scaled systems with uncertain power mode transition times," *Proc. of Design Automation and Test in Europe*, Mar. 2010, pages 351-356.

[C293]    S. Hatami and M. Pedram. "Efficient representation, stratification, and compression of variational CSM library waveforms using robust principle component analysis," *Proc. of Design Automation and Test in Europe*, Mar. 2010, pages 1285-1290.

## 2009

[C294]    N. Mohyuddin, K. Patel, and M. Pedram. "Deterministic clock gating to eliminate wasteful activity in out-of-order superscalar processors due to wrong-path instructions," *Proc. of Int'l Conf. on Computer Design*, Oct. 2009, pages 166-172.

[C295]    E. Pakbaznia and M. Pedram. "Minimizing data center cooling and server power costs," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2009, pages 145-150.

[C296]    S. Hatami, P. Feldmann, S. Abbaspour, M. Pedram. "Efficient compression and handling of current source model library waveforms," *Proc. of Design Automation and Test in Europe*, Apr. 2009, pages 1178-1183.

[C297]    E. Pakbaznia and M. Pedram. "Design and application of multi-modal power-gating structures," *Proc. of 10th Int'l Symp. on Quality of Electronic Design*, Mar. 2009, pages 120-126.

[C298]    M. Soltan and M. Pedram. "Durability of wireless networks of battery-powered devices," *Proc. of Consumer Communications & Networking Conf.*, Jan. 2009, pages 1-6.

[C299]    A-M. Rahmani, M. Daneshtalab, A. Afzali-Kousha, and M. Pedram. "Forecasting-based dynamic virtual channels allocation for power optimization of network-on-chips," *Proc. of 22nd Int'l Conf. on VLSI Design,* Jan. 2009, pages 151-156.

## 2008

[C300]    M. Ghasemazar and M. Pedram. "Minimizing the energy cost of throughput in a linear pipeline by opportunistic time borrowing," *Proc. of Int'l Conf. on Computer Aided Design,* Nov. 2008, pages 155-160.

[C301]    N. Mohyuddin, E. Pakbaznia, and M. Pedram. "Probabilistic error propagation in a logic circuit using the Boolean difference calculus," *Proc. of Int'l Conf. on Computer Design, Oct. 2008, pages 7-13*.

[C302]    H. Abrishami, S. Hatami, and M. Pedram. "Characterization and design of sequential elements to combat soft errors," *Proc. of Int'l Conf. on Computer Design, Oct. 2008, pages 194-199*.

[C303]    M. Ghasemazar, B. Amelifard, and M. Pedram. "A mathematical solution to power optimal pipeline design by utilizing soft edge flip-flops," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2008, pages 33-38 (**Honorable Mention Award**).

[C304]    H. Jung, P. Rong, and M. Pedram. "Stochastic modeling of a thermally-managed multi-core system," *Proc. of 45th Design Automation Conf.*, Jun. 2008, pages 728-733.

[C305]    M. Soltan, IK. Hwang, and M. Pedram. "Heterogeneous modulation for trading-off energy balancing with bandwidth efficiency in hierarchical sensor networks," *Proc. of Int'l Symp. on a World of Wireless, Mobile and Multimedia Networks*, Newport Beach, CA, USA, Jun. 2008, pages 1-5.

[C306]   M. Soltan, IK. Hwang, and M. Pedram. "Modulation-aware energy balancing in hierarchical wireless sensor networks," *Proc. of 3rd Int'l Symp. on Wireless Pervasive Computing*, Santorini, Greece, May 2008, pages 355-359.

[C307]   H. Abrishami, S. Hatami, B. Amelifard, and M. Pedram. "NBTI-aware flip-flop characterization and design," *Proc. of Great Lakes Symp. on VLSI*, May 2008, pages 29-34.

[C308]   S. Hatami, H. Abrishami, and M. Pedram. "Statistical timing analysis of flip-flops considering codependent setup and hold times," *Proc. of Great Lakes Symp. on VLSI*, May 2008, pages 101-106.

[C309]   K. Patel, W. Lee, and M. Pedram. "In-order pulsed charge recycling in off-chip data buses," *Proc. of Great Lakes Symp. on VLSI*, May 2008, pages 371-374.

[C310]   H. Jung and M. Pedram. "Improving the efficiency of power management techniques by using Bayesian classification," *Proc. of 9th Int'l Symp. on Quality of Electronic Design*, Mar. 2008, pages 178-183.

[C311]   H. Jung and M. Pedram. "Resilient dynamic power management under uncertainty," *Proc. of Design Automation and Test in Europe*, Mar. 2008, pages 224-229.

[C312]   E. Pakbaznia and M. Pedram. "Coarse-grain MTCMOS sleep transistor sizing using delay budgeting," *Proc. of Design Automation and Test in Europe*, Mar. 2008, pages 385-390.

[C313]   B. Amelifard, S. Hatami, H. Fatemi, and M. Pedram. "A current source model for CMOS logic cells considering multiple input switching and stack effect," *Proc. of Design Automation and Test in Europe*, Mar. 2008, pages 568-573.

[C314]   H. Jung and M. Pedram. "A stochastic local hot spot alerting technique," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2008, pages 468-473.

[C315]   H. Jung and M. Pedram. "Continuous frequency adjustment technique based on dynamic workload prediction," *Proc. of 21st Int'l Conf. on VLSI Design,* Jan. 2008, pages 249-254.

[C316]   S. Koohi, M. Mirza-Aghatabar, S. Hessabi, and M. Pedram. "High-level modeling approach for analyzing the effects of traffic models on power and throughput in mesh-based NoCs," *Proc. of 21st Int'l Conf. on VLSI Design,* Jan. 2008, pages 415-420.

## **2007**

[C317]   E. Pakbaznia, F. Fallah, and M. Pedram. "Sizing and placement of charge recycling transistors in MTCMOS circuits," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2007, pages 791-796.

[C318]   M. Mirza-Aghatabar, S. Koohi, S. Hessabi, and M. Pedram. "An empirical investigation of Mesh and Torus NoC topologies under different routing algorithms and traffic models," *Proc. of Proc. of 10th Euromicro Conf. on Digital System Design Architectures, Methods and Tools,* Aug. 2007, pages 19-26.

[C319]   H. Fatemi, B. Amelifard and M. Pedram. "Power optimal MTCMOS repeater insertion for global buses," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2007, pages 98-103.

[C320]   K. Patel, W. Lee, and M. Pedram. "Minimizing power dissipation during write operation to register files," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2007, pages 183–188.

[C321]   B. Amelifard and M. Pedram. "Design of an efficient power delivery network in an SoC to enable dynamic power management," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2007, pages 328–333.

[C322]   B. Amelifard and M. Pedram. "Optimal selection of voltage regulator modules in a power delivery network," *Proc. of 44th Design Automation Conf.*, Jun. 2007, pages 168-173.

[C323]   H. Jung and M. Pedram. "Dynamic power management under uncertain information," *Proc. of Design Automation and Test in Europe*, Apr. 2007, pages 1060–1065.

[C324]  H. Jung and M. Pedram. "A unified framework for system-level design: modeling and performance optimization of scalable networking systems," *Proc. of 8th Int'l Symp. on Quality of Electronic Design*, Mar. 2007, pages 198-203.

[C325]  K. Patel, W. Lee, and M. Pedram. "Active bank switching for temperature control of the register file in a microprocessor," *Proc. of 17th Great Lakes Symp. on VLSI*, Mar. 2007, pages 231 – 234.

[C326]  CS. Hwang, P. Rong, and M. Pedram. "Sleep transistor distribution in row-based MTCMOS designs," *Proc. of 17th Great Lakes Symp. on VLSI*, Mar. 2007, pages 235–240.

[C327]  H. Jung, A. Hwang, and M. Pedram. "Flow-through-queue based power management for gigabit Ethernet controller," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2007, pages 571–576.

[C328]  S. Nazarian, H. Fatemi, and M. Pedram. "A current-based method for short circuit power calculation under noisy input waveforms," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2007, pages 774–779.

[C329]  M. Soltan, M. Maleki, and M. Pedram. "Lifetime-aware hierarchical wireless sensor network architecture with mobile overlays," *Proc. of IEEE Radio and Wireless Symp.*, Jan. 2007, pages 325-328.

## 2006

[C330]  M. Najibi, M. Salehi, A. Afzali Kusha, M. Pedram, S. M. Fakhraie, and H. Pedram. "Dynamic Voltage and Frequency Management Based on Variable Update Intervals for Frequency Setting," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2006, pages 755 – 760.

[C331]  W. Lee, K. Patel and M. Pedram. "A fast micro-architecture simulator based on basic block characterization," *Proc. of Third Int'l Conf. on Hardware/Software Codesign and System Synthesis*, Oct. 2006, pages 199 – 204.

[C332]  H-W. Jung and M. Pedram. "Stochastic dynamic thermal management: A Markovian decision-based approach," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 2006, pages 452-457.

[C333]  W. Lee, K. Patel, and M. Pedram. "Dynamic thermal management for MPEG-2 decoding," *Proc. of Symp. on Low Power Electronics and Design*, Oct. 2006, pp.316-321.

[C334]  B. Amelifard, F. Fallah, and M. Pedram. "Low-power fanout optimization using MTCMOS and Multi-Vt techniques," *Proc. of Symp. on Low Power Electronics and Design*, Oct. 2006, pages 334-337.

[C335]  E. Pakbaznia, F. Fallah, and M. Pedram. "Charge recycling in MTCMOS circuits: concept and analysis," *Proc. of 43rd Design Automation Conf.*, Jul. 2006, pages 97-102.

[C336]  H. Fatemi, S. Nazarian, and M. Pedram. "Statistical logic cell delay analysis using a current-based model," *Proc. of 43rd Design Automation Conf.*, Jul. 2006, pages 253-256.

[C337]  W. Lee, A. Iranli, M. Pedram. "Backlight dimming in power-aware mobile displays," *Proc. of 43rd Design Automation Conf.*, Jul. 2006, pages 604–607.

[C338]  CW. Kang and M. Pedram. "Low-power clustering with minimum logic replication for coarse-grained, antifuse-based FPGAs," *Proc. of Great Lakes Symp. on VLSI*, Apr. 2006, pages 79-84.

[C339]  H. Fatemi, S. Abbaspour, M. Pedram, A.H. Ajami, and E. Tuncer. "SACI: Statistical static timing analysis of coupled interconnects," *Proc. of Great Lakes Symp. on VLSI*, Apr. 2006, pages 241–246.

[C340]  S. Nazarian, A. Iranli, and M. Pedram. "Crosstalk analysis in nanometer technologies," *Proc. of Great Lakes Symp. on VLSI*, Apr. 2006, pages 253–258.

[C341]  S. Nazarian and M. Pedram. "Gain-based cell delay modeling," *Proc. of Int'l Symp. on VLSI Design, Automation and Test*, Taiwan, Apr. 2006.

[C342]   B. Amelifard, F. Fallah, and M. Pedram. "Low-leakage SRAM design with dual Vt transistors," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2006, pages 729-734.

[C343]   CS. Hwang, CW. Kang, and M. Pedram. "Gate sizing and replication to minimize the effects of virtual ground parasitic resistances in MTCMOS designs," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2006, pages 741-746.

[C344]   S. Nazarian, M. Pedram, S.K. Gupta, and M.A. Breuer. "STAX: Statistical crosstalk target set compaction," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 172-177.

[C345]   A. Abdollahi and M. Pedram. "Analysis and synthesis of quantum circuits by using quantum decision diagrams," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 317-322.

[C346]   S. Abbaspour, H. Fatemi, and M. Pedram. "Non-Gaussian statistical interconnect timing analysis," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 533-538.

[C347]   S. Nazarian and M. Pedram. "Cell delay analysis based on rate-of-current change," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 539–544.

[C348]   B. Amelifard, F. Fallah, and M. Pedram. "Reducing the sub-threshold and gate-tunneling leakage of SRAM cells using dual-Vt and dual-Tox Assignment," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 995 - 1000.

[C349]   P. Rong and M. Pedram. "Determining the optimal timeout values for a power-managed system based on the theory of Markovian processes: Offline and online algorithms," *Proc. of Design Automation and Test in Europe*, Mar. 2006, pages 1128 – 1133.

[C350]   S. Nazarian, M. Pedram, T. Lin, and E. Tuncer. "CGTA: Current gain-based timing analysis for logic cells," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2006, pages 67-72.

[C351]   CS. Hwang and M. Pedram. "Timing-driven placement based on monotone cell ordering constraints," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2006, pages 201–206.

[C352]   P. Rong and M. Pedram. "Power-aware scheduling and dynamic voltage setting for tasks running on a hard real-time system," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2006, pages 473-478.

[C353]   S. Abbaspour, H. Fatemi, and M. Pedram. "Parameterized block-based non-Gaussian statistical gate timing analysis," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2006, pages 947-952.

**2005**

[C354]   S. Abbaspour, H. Fatemi, and M. Pedram. "VGTA: Variation-aware gate timing analysis," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 2005, pages 351-356.

[C355]   B. Amelifard, F. Fallah, and M. Pedram. "Low-power fanout optimization using multiple threshold voltage inverters," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2005, pages 95-98.

[C356]   A. Iranli, M. Maleki, and M. Pedram. "Energy-efficient strategies for deployment of a two-level wireless sensor network," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2005, pages 233-238.

[C357]   P. Rong and M. Pedram. "Hierarchical dynamic power management with application scheduling," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2005, pages 269-274.

[C358]   A. Abdollahi, F. Fallah, and M. Pedram. "An effective power mode transition technique in MTCMOS circuits," *Proc. of 42nd Design Automation Conf.*, Jun. 2005, pages 37-42.

[C359]   A. Abdollahi and M. Pedram. "A new canonical form for fast Boolean matching in logic synthesis and verification," *Proc. of 42nd Design Automation Conf.*, Jun. 2005, pages 379 - 384. (**Best Paper Award**)

[C360]   A. Iranli and M. Pedram. "DTM: Dynamic tone mapping for backlight scaling," *Proc. of 42nd Design Automation Conf.,* Jun. 2005, pages 612 - 617.

[C361]   S. Nazarian, M. Pedram, and E. Tuncer. "An empirical study of crosstalk in VDSM technologies," *Proc. of Great Lakes Symp. on VLSI,* Apr. 2005, pages 317-322.

[C362]   S. Abbaspour, H. Fatemi, and M. Pedram. "VITA: Variation-aware interconnect timing analysis for symmetric and skewed sources of variation considering variational ramp input," *Proc. of Great Lakes Symp. on VLSI*, Apr. 2005, pages 426-430.

[C363]   M. Maleki and M. Pedram. "QoM and lifetime-constrained random deployment of sensor networks for minimum energy consumption," *The Fourth Int'l Conf. on Information Processing in Sensor Networks*, April 2005.

[C364]   A. Iranli, H. Fatemi, and M. Pedram. "Lifetime-aware intrusion detection under safeguarding constraints," *The Fourth Int'l Conf. on Information Processing in Sensor Networks*, April 2005.

[C365]   A. Abdollahi, F. Fallah, and M. Pedram. "Analysis and optimization of static power considering transition dependency of leakage current in VLSI circuits," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2005, pages 77-82.

[C366]   B. Amelifard, F. Fallah, and M. Pedram. "Closing the gap between carry select adder and ripple carry adder: a new class of low-power high-performance adders," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2005, pages 148-152.

[C367]   S. Nazarian, M. Pedram, E. Tuncer, and T. Lin. "Sensitivity-based gate delay propagation in static timing analysis," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2005, pages 536-541.

[C368]   A. Iranli, H. Fatemi, and M. Pedram. "HEBS: Histogram equalization for backlight scaling," *Proc. of Design Automation and Test in Europe*, Mar. 2005, pages 346-351.

[C369]   S. Nazarian, M. Pedram, E. Tuncer, and T. Lin, and A.H. Ajami. "Modeling and propagation of noisy waveforms in static timing analysis," *Proc. of Design Automation and Test in Europe*, Mar. 2005, pages 776-777.

[C370]   CS. Hwang and M. Pedram. "PMP: Performance-Driven Multilevel Partitioning by Aggregating the Preferred Signal Directions of I/O Conduits," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2005, pages 428-431.

[C371]   CW. Kang and M. Pedram. "PackGen: A Clustering Technique for Mapping Coarse-grained, Antifuse-based FPGA's," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2005, pages 785-790.

## 2004

[C372]   K. Choi, R. Soma and M. Pedram. "Dynamic voltage and frequency scaling under a precise energy model considering variable and fixed components of the system power dissipation," *Proc. of Int'l Conf. on Computer Aided Design,* Nov. 2004, pages 29-34.

[C373]   K. Choi, R. Soma and M. Pedram. "Dynamic Voltage and Frequency Scaling based on Workload Decomposition," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2004, pages 174-179.

[C374]   K. Choi, R. Soma, and M. Pedram. "Off-chip latency-driven dynamic voltage and frequency scaling for an MPEG decoding," *Proc. of 41st Design Automation Conf.*, Jun. 2004, pages 544 - 549.

[C375]   S. Abbaspour, A.H. Ajami, M. Pedram, and E. Tuncer. "TFA: A threshold-based filtering algorithm for propagation delay and output slew calculation of high-speed VLSI interconnects," *Proc. of ACM Great Lakes Symp. on VLSI*, Apr. 2004, pages 19-24.

[C376]   M. Maleki and M. Pedram. "Lifetime-aware multicast routing in wireless ad hoc networks," *Proc. of IEEE Wireless Communication and Networking Conf.,* Mar. 2004, pages 1317- 1323.

[C377]   R. Marculescu, M. Pedram, and J. Henkel. "Distributed multimedia system design: A holistic perspective," *Proc. of Design Automation and Test in Europe,* Feb. 2004, Vol. 2, pages 21342.

[C378]   K. Choi, R. Soma and M. Pedram. "Fine-grained dynamic voltage and frequency scaling for precise energy and performance trade-off based on the ratio of off-chip access to on-chip computation times," *Proc. of Design Automation and Test in Europe,* Feb. 2004, Vol. 1, pages 10004.

[C379]   WC. Cheng, Y. Hou and M. Pedram. "Power minimization in a backlit TFT-LCD display by concurrent brightness and contrast scaling," *Proc. of Design Automation and Test in Europe,* Feb. 2004, Vol. 1, pages 10252.

[C380]   A. Iranli, K. Choi and M. Pedram. "A game theoretic approach to low energy wireless video streaming," *Proc. of Design Automation and Test in Europe,* Feb. 2004, Vol. 1, pages 10696.

[C381]   S. Abbaspour and M. Pedram. "Gate delay calculation considering the crosstalk capacitances," *Proc. of Asia and South Pacific Design Automation Conf.,* Jan. 2004, pages 853-858.

[C382]   H. Shim, N. Chang, and M. Pedram. "A compressed frame buffer to reduce display power consumption in mobile systems," *Proc. of Asia and South Pacific Design Automation Conf.,* Jan. 2004, pages 819-824.

[C383]   CS. Hwang and M. Pedram. "Interconnect design methods for memory," *Proc. of Asia and South Pacific Design Automation Conf.,* Jan. 2004, pages 438-443.

[C384]   CW. Kang, A. Iranli, and M. Pedram. "Technology mapping and packing for coarse-grained, anti-fuse based FPGA's," *Proc. of Asia and South Pacific Design Automation Conf.,* Jan. 2004, pages 209-211.

## **2003**

[C385]   A. Iranli, H. Fatemi, and M. Pedram. "A game theoretic approach to dynamic energy minimization in wireless transceivers," *Proc. of Int'l Conf. on Computer Aided Design,* Nov. 2003, pages 504-509.

[C386]   A. Abdollahi, F. Fallah, and M. Pedram. "Precomputation-based guarding for dynamic and leakage power reduction," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors,* Oct. 2003, pages 90-97.

[C387]   F. Tari, P. Rong, and M. Pedram. "An energy-aware simulation model and a transaction protocol for dynamic workload distribution in mobile ad hoc networks," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors,* Oct. 2003, pages 444-449.

[C388]   K. Choi, K. Kim, and M. Pedram. "Energy-aware MPEG-4 FGS streaming," *Proc. of 40th Design Automation Conf.,* Jun. 2003, pages 912-915.

[C389]   P. Rong and M. Pedram. "Extending the lifetime of a network of battery-powered mobile devices by remote processing: a Markovian decision-based approach," *Proc. of 40th Design Automation Conf.,* Jun. 2003, pages 906-911.

[C390]   CW. Kang, S. Abbaspour, and M. Pedram. "Buffer sizing for minimum energy-delay product by using an approximating polynomial," *Proc. of Great Lakes Symp. on VLSI,* Apr. 2003, pages 112-115.

[C391]   M. Maleki, K. Dantu, and M. Pedram. "Lifetime Prediction Routing in Mobile Ad Hoc Networks," *Proc. of IEEE Wireless Communication and Networking Conf.,* Mar. 2003, pages 1185-1190.

[C392]   A. H. Ajami, K. Banerjee, A. Mehrotra, and M. Pedram. "Analysis of IR-drop scaling with implications for deep submicron P/G network designs," *Proc. of Int'l Symp. on Quality of Electronic Design,* Mar. 2003, pages 35-40.

[C393]   A. Abdollahi, F. Fallah, and M. Pedram. "Leakage current reduction in sequential circuits by modifying the scan chains," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2003, pages 49-54.

[C394]   S. Abbaspour, M. Pedram and P. Heydari. "Optimizing the energy-delay-ringing product in on-chip CMOS line drivers," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2003, pages 261-266.

[C395]   P. Rong and M. Pedram. "Remaining battery capacity prediction for Lithium-ion batteries," *Proc. of Design Automation and Test in Europe*, Mar. 2003, pages 1148-1149.

[C396]   WC. Chung and M. Pedram. "Chromatic encoding: a low power encoding technique for the digital visual interface," *Proc. of Design Automation and Test in Europe*, Mar. 2003, pages 694-699.

[C397]   Y. Aghaghiri, F. Fallah, and M. Pedram. "BEAM: bus encoding based on instruction-set-aware memories," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2003, pages 3-8.

[C398]   S. Abbaspour and M. Pedram. "Calculating the effective capacitance for the RC interconnect in VDSM technologies," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2003, pages 43-48.

[C399]   CW. Kang and M. Pedram. "Technology mapping for low leakage power and high speed with hot-carrier effect consideration," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2003, pages 203-208.

[C400]   A. Iranli, P. Rezvani, and M. Pedram. "Low power synthesis of finite state machines with mixed D and T flip-flops," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2003, pages 803-808.

## 2002

[C401]   K. Choi, K. Dantu, WC. Cheng, and M. Pedram. "Frame-based dynamic voltage and frequency scaling for a MPEG decoder," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2002, pages 732-737.

[C402]   P. Rong and M. Pedram. "Battery-aware power management based on Markovian decision processes," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2002, pages 707-713.

[C403]   A. Abdollahi, F. Fallah, and M. Pedram. "Runtime mechanisms for leakage current reduction in CMOS VLSI circuits," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2002, pages 213-218.

[C404]   Y. Aghaghiri, F. Fallah, and M. Pedram. "Reducing transitions on memory buses using sector-based encoding technique," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2002, pages 190-195.

[C405]   M. Maleki, K. Dantu, and M. Pedram. "Power-aware source routing protocol for mobile ad hoc networks," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2002, pages 72-75.

[C406]   P. Heydari, S. Abbaspour and M. Pedram. "A comprehensive study of energy dissipation in lossy transmission lines driven by CMOS inverters," *Proc. of IEEE Custom Integrated Circuits Conf.,* May 2002.

[C407]   Y. Aghaghiri, F. Fallah, and M. Pedram. "ALBORZ: address level bus power optimization," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2002, pages 470-475.

[C408]   P. Rezvani and M. Pedram. "Concurrent and selective logic extraction with timing consideration," *Proc. of Design Automation and Test in Europe*, Mar. 2002, pages 1086.

[C409]   Y. Aghaghiri, F. Fallah, and M. Pedram. "EZ encoding: a class of irredundant low power codes for data address and multiplexed address buses," *Proc. of Design Automation and Test in Europe*, Mar. 2002, pages 1102.

[C410]  W. Chen and M. Pedram. "Buffered routing tree construction under buffer placement blockages," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2002, pages 381-386.

[C411]  P. Heydari and M. Pedram. "Interconnect energy dissipation in high-speed ULSI circuits," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2002, pages 132-137.

[C412]  WC. Cheng and M. Pedram. "Software-only bus encoding techniques for an embedded system," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2002, pages 126-131.

**2001**

[C413]  A.H. Ajami, K. Banarjee and M. Pedram. "Analysis of substrate thermal gradient effects on optimal buffer insertion," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2001, pages 44-48.

[C414]  P. Heydari and M. Pedram. "Model reduction of variable-geometry interconnects using variational spectrally-weighted balanced truncation," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2001, pages 586-591.

[C415]  P. Heydari and M. Pedram. "Jitter-induced power/ground noise in CMOS PLLs: a design perspective," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Sept. 2001, pages 209-213.

[C416]  P. Heydari and M. Pedram. "Analysis and reduction of capacitive coupling noise in high-speed VLSI circuits," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Sept. 2001, pages 104-109.

[C417]  Y. Aghaghiri, F. Fallah, and M. Pedram. "Irredundant address bus encoding for low power," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 2001, pages 182-187.

[C418]  A.H. Ajami, K. Banarjee, and M. Pedram. "Non-uniform chip-temperature dependent signal integrity," *Proc. of IEEE Symp. on VLSI Technology and Circuits,* Jun. 2001, pages 145-146.

[C419]  A.H. Ajami, K. Banarjee, M. Pedram, and L. van Ginneken. "Analysis of non-uniform temperature-dependent interconnect performance in high performance ICs," *Proc. of 38th Design Automation Conf.*, Jun. 2001, pages 567-572.

[C420]  Q. Qiu, Q. Wu and M. Pedram. "Dynamic power management in a mobile multimedia system with guaranteed quality-of-service," *Proc. of 38th Design Automation Conf.*, Jun. 2001, pages 834-839.

[C421]  A.H. Ajami, K. Banarjee, and M. Pedram. "Effects of non-uniform substrate temperature on the clock signal integrity in high performance designs," *Proc. of IEEE Custom Integrated Circuits Conf.*, May 2001, pages 233-236.

[C422]  K. Banarjee, M. Pedram, and A.H. Ajami. "Analysis and optimization of thermal issues in high performance VLSI," *Proc. of Int'l Symp. On Physical Design*, April 2001, pages 230-237.

[C423]  C-T Hsieh, L-S. Chen, and M. Pedram. "Microprocessor power analysis by labeled simulation," *Proc. of Design Automation and Test in Europe*, Mar. 2001, pages 182-189.

[C424]  WC. Cheng and M. Pedram. "Memory bus encoding for low power: a tutorial," *Proc. of Int'l Symp. on Quality of Electronic Design*, Mar. 2001.

[C425]  A.H. Ajami and M. Pedram. "Post-layout timing-driven cell placement using an accurate net length model with movable Steiner points," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2001, pages 595-600.

[C426]  WC. Cheng and M. Pedram. "Low power techniques for address encoding and memory allocation," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2001, pages 245-250.

[C427]  M. Pedram. "Power management and optimization in embedded systems," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2001, pages 239-244.

[C428]  P. Heydari and M. Pedram. "Balanced truncation with spectral shaping for RLC interconnects," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2001, pages 203-208.

## 2000 and Earlier

[C429]  W. Chen and M. Pedram. "Simultaneous gate sizing and fanout optimization," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 2000, pages 374-378.

[C430]  P. Heydari and M. Pedram. "Analysis and optimization of ground bounce in digital CMOS circuits," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Sept. 2000, pages 121-126 (**Best Paper Award**)

[C431]  WC. Cheng and M. Pedram. "Power-optimal encoding for DRAM address bus," *Proc. of Symp. on Low Power Electronics and Design*, Jul. 2000, pages 250-252.

[C432]  X. Wu and M. Pedram. "Low power sequential circuit design by using priority encoding and clock gating," *Proc. of Symp. on Low Power Electronics and Design*, Jul. 2000, pages 143-148.

[C433]  Q. Qiu, Q. Wu, and M. Pedram. "OS-directed power management for mobile electronic systems," *Proc. of 39th Power Source Conf.*, Jun. 2000, pages 506-509.

[C434]  S. Ou and M. Pedram. "Timing-driven placement based on partitioning with dynamic cut-net control," *Proc. of 37th Design Automation Conf.*, Jun. 2000, pages 472-476.

[C435]  Q. Wu, Q. Qiu, and M. Pedram. "Dynamic power management of complex systems using generalized stochastic Petri nets," *Proc. of 37th Design Automation Conf.*, Jun. 2000, pages 352-356.

[C436]  X. Wu and M. Pedram. "Propagation algorithm of behavior probability in power estimation based on multiple-valued logic," *Proc. of Int'l Symp. on Multiple-Valued Logic*, May 2000, pages 453-459.

[C437]  P. Heydari and M. Pedram. "Analysis of jitter due to power-supply noise in phase-locked loops," *Proc. of IEEE Custom Integrated Circuits Conf.*, May 2000.

[C438]  CT. Hsieh and M. Pedram. "Architectural power optimization by bus splitting," *Proc. of Design Automation and Test in Europe*, Mar. 2000, pages 612.

[C439]  Q. Wu, Q. Qiu, and M. Pedram. "An interleaved dual-battery power supply for battery-operated electronics," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2000, pages 387-390.

[C440]  X. Wu, J. Wei, M. Pedram, and Q. Wu. "Low power design of sequential circuits using a quasi-synchronous derived clock," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2000, pages 345-350.

[C441]  M. Pedram and X. Wu. "Analysis of clocked-power CMOS with application to the design of energy recovery circuits," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 2000, pages 339-344.

[C442]  J. Lou, W. Chen, and M. Pedram. "Concurrent logic restructuring and placement for timing closure," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1999, pages 31-35.

[C443]  P. Rezvani, A.H. Ajami, M. Pedram, and H. Savoj. "LEOPARD: a logical effort-based fanout optimizer for area and delay," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1999, pages 516-519.

[C444]  Q. Qiu, Q. Wu, and M. Pedram. "Stochastic modeling of a power-managed system: construction and optimization," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1999, pages 194-199.

[C445]  R. Marculescu, D. Marculescu, and M. Pedram. "Non-stationary effects in trace-driven power analysis," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1999, pages 133-138.

[C446]  M. Pedram and Q. Wu. "Design considerations for battery-powered electronics," *Proc. of 36th Design Automation Conf.*, Jun. 1999, pages 861-866.

[C447]  Q. Qiu and M. Pedram. "Dynamic power management based on continuous-time Markov decision processes," *Proc. of 36th Design Automation Conf.*, Jun. 1999, pages 555-561.

[C448]  A. Salek, J. Lou, and M. Pedram. "MERLIN: semi-order-dependent hierarchical buffered routing tree generation using local neighborhood search," *Proc. of 36th Design Automation Conf.*, Jun. 1999, pages 472-478.

[C449]  W. Chen, CT. Hsieh, and M. Pedram. "Gate sizing with controlled displacement," *Proc. of Int'l Symp. on Physical Design*, Apr. 1999, pages 127-132.

[C450]  JM. Chang and M. Pedram. "Codex-DP: co-design of communicating systems using dynamic programming," *Proc. of Design Automation and Test in Europe*, Mar. 1999, pages 568-573.

[C451]  M. Pedram and Q. Wu. "Battery-powered digital CMOS design," *Proc. of Design Automation and Test in Europe*, Mar. 1999, pages 72-76.

[C452]  P. Rabiei and M. Pedram. "Model order reduction of large circuits using balanced truncation," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1999, pages 237-240.

[C453]  M. Pedram, CY. Tsui, and Q. Wu. "An integrated battery-hardware model for portable electronics," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1999, pages 109-112.

[C454]  S. Ou and M. Pedram. "Timing-driven bipartitioning with replication using iterative quadratic programming," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1999, pages 105-108.

[C455]  A. Salek, J. Lou, and M. Pedram. "A simultaneous routing tree construction and fanout optimization algorithm," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1998, pages 625-630.

[C456]  P. Cocchini, M. Pedram, G. Piccinini, and M. Zamboni. "Fanout optimization under a submicron transistor-level delay model," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1998, pages 551-556.

[C457]  CS. Ding, CT. Hsieh, and M. Pedram. "Improving sampling efficiency for system-level power estimation," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1998, pages 115-117.

[C458]  D. Marculescu, R. Marculescu, and M. Pedram. "Theoretical bounds for switching activity analysis in finite-state machines," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1998, pages 36-41.

[C459]  Q. Qiu, Q. Wu, and M. Pedram. "Maximum power estimation using the limiting distributions of extreme order statistics," *Proc. of 35th Design Automation Conf.*, Jun. 1998, pages 684-689.

[C460]  A. Salek, J. Lou, and M. Pedram. "A DSM design flow: putting floorplanning, technology mapping, and gate placement together," *Proc. of 35th Design Automation Conf.*, Jun. 1998, pages 287-290.

[C461]  J. Oh and M. Pedram. "Multi-pad power/ground network design for uniform distribution of ground bounce," *Proc. of 35th Design Automation Conf.*, Jun. 1998, pages 128-133.

[C462]  P. Heydari and M. Pedram. "Calculation of ramp response of lossy transmission lines using two-port network functions," *Proc. of Int'l Symp. on Physical Design*, Apr. 1998, pages 152-157.

[C463]  D. Marculescu, R. Marculescu, and M. Pedram. "Trace-driven steady-state probability estimation in FSMs with application to power estimation," *Proc. of Design Automation and Test in Europe*, Feb. 1998, pages 774-779.

[C464]  J. Oh and M. Pedram. "Gated clock routing minimizing the switched capacitance," *Proc. of Design Automation and Test in Europe*, Feb. 1998, pages 692-697.

[C465]  M. Pedram. "Logical-physical co-design for deep submicron circuits: challenges and solutions," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1998, pages 137-142.

[C466]  J. Lou, A. Salek, and M. Pedram. "An integrated flow for technology remapping and placement of sub-half-micron circuits," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1998, pages 295-300.

[C467]  J. Oh and M. Pedram. "Power reduction in microprocessor chips by gated clock routing," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1998, pages 313-318.

[C468]  Q. Wu, M. Pedram, and X. Wu. "A new design of double edge triggered flip-flops," *Proc. of Asia and South Pacific Design Automation Conf.*, Feb. 1998, pages 417-421.

[C469]  J. Lou, A. Salek, and M. Pedram. "An exact solution to simultaneous technology mapping and linear placement problem," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1997, pages 671-675.

[C470]  H. Vaishnav, C-K. Lee, and M. Pedram. "Post-layout circuit speed-up by event elimination," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1997, pages 211-216.

[C471]  R. Mehrotra, M. Pedram, and X. Wu. "Comparison between nMOS pass-transistor logic style vs. CMOS complementary cells," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1997, pages 130-135.

[C472]  R. Marculescu, D. Marculescu, and M. Pedram. "Block entropy and high-order temporal effects in composite sequence compaction for finite state machines," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1997, pages 190-195.

[C473]  Q. Qiu, Q. Wu, M. Pedram and CS. Ding. "Cycle-accurate macro-models for RT-level power analysis," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1997, pages 125-130.

[C474]  D. Marculescu, R. Marculescu, and M. Pedram. "Sequence compaction for probabilistic analysis of finite state machines," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 12-15.

[C475]  CS. Ding, Q. Wu, CT. Hsieh, and M. Pedram. "Statistical estimation of the cumulative distribution function for power dissipation in VLSI circuits," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 371-376.

[C476]  CY. Tsui, K-K. Chan, Q. Wu, CS. Ding, and M. Pedram. "A power estimation framework for designing low power portable video applications," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 421-424.

[C477]  E. Macii, M. Pedram, and F. Somenzi. "High level power modeling, estimation and optimization," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 504-510.

[C478]  R. Marculescu, D. Marculescu, and M. Pedram. "Hierarchical sequence compaction for power estimation," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 570-575.

[C479]  CT. Hsieh, M. Pedram, H. Mehta, and F. Rastgar. "Profile-driven program synthesis for evaluation of system power dissipation," *Proc. of 34th Design Automation Conf.*, Jun. 1997, pages 576-581.

[C480]  X. Wu and M. Pedram. "Design of ternary CCD circuits referencing to current mode CMOS circuits," *Proc. of Int'l Symp. on Multiple-Valued Logic*, May 1997, pages 209-214.

[C481]  Q. Wu, M. Pedram, and X. Wu. "Clock-gating and its application to low power design of sequential circuits," *Proc. of IEEE Custom Integrated Circuits Conf.*, May 1997, pages 479-482.

[C482]  Q. Wu, M. Pedram, and X. Wu. "A note on the relationship between signal probability and switching activity," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 1997, pages 117-120.

[C483]  R. Marculescu, D. Marculescu, and M. Pedram. "Adaptive models for input data compaction for power simulators," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 1997, pages 391-396.

[C484]   Q. Wu, CS. Ding, CT. Hsieh, and M. Pedram. "Statistical design of macro-models for RT-level power evaluation," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 1997, pages 523-528.

[C485]   M. Pedram and X. Wu. "A new description of CMOS circuits at switch-level," *Proc. of Asia and South Pacific Design Automation Conf.*, Jan. 1997, pages 551-556.

[C486]   CT. Hsieh, CS. Ding, Q. Wu, and M. Pedram. "Statistical sampling and regression estimation in power macromodeling," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1996, pages 583-588.

[C487]   CS. Ding, CT. Hsieh, Q. Wu, and M. Pedram. "Stratified random sampling for power estimation," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1996, pages 577-582.

[C488]   JM. Chang and M. Pedram. "Module assignment for low power," *Proc. of European Design Automation Conf.*, Sept. 1996, pages 376-381.

[C489]   JM. Chang and M. Pedram. "Energy minimization using multiple supply voltages," *Proc. of Symp. on Low Power Electronics and Design*, Aug. 1996, pages 157-162.

[C490]   R. Marculescu, D. Marculescu, and M. Pedram. "Stochastic sequential machine synthesis targeting constrained sequence generation," *Proc. of 33rd Design Automation Conf.*, Jun. 1996, pages 696-701.

[C491]   J. Oh, I. Pyo, and M. Pedram. "Constructing lower and upper bounded delay routing trees using linear programming," *Proc. of 33rd Design Automation Conf.*, Jun. 1996, pages 401-404.

[C492]   CY. Tsui, D. Marculescu, R. Marculescu, and M. Pedram. "Reducing the runtime of simulation-based power estimation by input vector compaction," *Proc. of 33rd Design Automation Conf.*, Jun. 1996, pages 165-168.

[C493]   S. Iman and M. Pedram. "POSE: Power optimization and synthesis environment," *Proc. of 33rd Design Automation Conf.*, Jun. 1996, pages 21-26 (**Best Paper Award**)

[C494]   I. Pyo, J. Oh, and M. Pedram. "Constructing routing trees with bounded difference Elmore delay," *Proc. of IEEE Int'l Symp. Circuits and Systems*, May 1996.

[C495]   KR. Pan and M. Pedram. "FPGA synthesis for minimum area, delay and power consumption," *Proc. of European Design and Test Conf.*, Mar. 1996, p. 603.

[C496]   I. Pyo, J. Oh, and M. Pedram. "Constructing minimal spanning/Steiner trees with bounded path length," *Proc. of European Design and Test Conf.*, Mar. 1996, pages 244-249.

[C497]   S. Iman and M. Pedram. "Two-level logic minimization for low power," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1995, pages 433-438.

[C498]   H. Vaishnav and M. Pedram. "Delay optimal partitioning targeting low power VLSI circuits," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1995, pages 638-643.

[C499]   CS. Ding and M. Pedram. "Tagged probabilistic simulation provides accurate and efficient power estimates at the gate level," *Proc. of Symp. on Low Power Electronics*, Sept. 1995, pages 42-43.

[C500]   H. Vaishnav and M. Pedram. "Logic extraction based on normalized netlengths," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1995, pages 658-663.

[C501]   R. Marculescu, D. Marculescu, and M. Pedram. "Efficient power estimation for highly correlated input streams," *Proc. of 32nd Design Automation Conf.*, Jun. 1995, pages 628-634.

[C502]   JM. Chang and M. Pedram. "Register allocation and binding for low power," *Proc. of 32nd Design Automation Conf.,* Jun. 1995, pages 29-35.

[C503]   S. Iman and M. Pedram. "Logic extraction and factorization for low power," *Proc. of 32nd Design Automation Conf.,* Jun. 1995, pages 248-253.

[C504]   H. Vaishnav and M. Pedram. "Minimizing the routing cost during logic extraction," *Proc. of 32nd Design Automation Conf.,* Jun. 1995, pages 70-75.

[C505]   SM. Liu, M. Pedram, and A. M. Despain. "A fast state assignment procedure for synchronous FSMs," *Proc. of 32nd Design Automation Conf.,* Jun. 1995, pages 327-332.

[C506]   M. Pedram. "CAD for Low power: status and promising directions," *Proc. of Int'l Symp. on VLSI Technology, Systems and Applications*, Jun. 1995, pages 331-336.

[C507]   SM. Liu, M. Pedram, and A. M. Despain. "Plato P: PLA timing optimization by partitioning," *Proc. of IEEE Int'l Symp. Circuits and Systems*, May 1995.

[C508]   D. Marculescu, R. Marculescu, and M. Pedram. "Information theoretic measures for energy consumption at register transfer level," *Proc. of Int'l Symp. on Low Power Design*, Apr. 1995, pages 81-86.

[C509]   CY. Tsui, M. Pedram, C-H. Chen and A. M. Despain. "Low power state assignment targeting two- and multi-level logic implementations," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1994, pages 82-87.

[C510]   S. Iman and M. Pedram. "Multi-level network optimization for low power," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1994, pages 372-377.

[C511]   R. Marculescu, D. Marculescu, and M. Pedram. "Switching activity analysis considering spatiotemporal correlations," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1994, pages 294-299.

[C512]   D. Mukherjee, M. Pedram, and M. Breuer. "Control strategies for chip-based DFT/BIST hardware," *Proc. of Int'l Test Conf.,* Oct. 1994, pages 893-902.

[C513]   KR. Pan, YT. Lai, and M. Pedram. "FPGA synthesis using OBDD-based function decomposition," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1994, pages 30-35.

[C514]   S. Iman, M. Pedram, and K. Chauduary. "Technology mapping using fuzzy logic," *Proc. of 31st Design Automation Conf.,* Jun. 1994, pages 333-338.

[C515]   CY. Tsui, M. Pedram, and A. M. Despain. "Exact and approximate methods for calculating signal and transition probabilities in FSMs," *Proc. of 31st Design Automation Conf.,* Jun. 1994, pages 18-23.

[C516]   YT. Lai, M. Pedram, and S. B. K. Vrudhula. "FGILP: an integer linear program solver based on function graphs," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1993, pages 685-689.

[C517]   D. Mukherjee, M. Pedram, and M. Breuer. "Merging multiple FSM controllers for DFT/BIST hardware," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1993, pages 720-725.

[C518]   M. Pedram, B. S. Nobandegani, and B. T. Preas. "Architecture and routability analysis for row-based FPGAs," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1993, pages 230-235.

[C519]   CY. Tsui, M. Pedram, and A. M. Despain. "Efficient estimation of dynamic power dissipation under a real delay model," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1993, pages 224-228.

[C520]   CY. Tsui, M. Pedram, and A. M. Despain. "Power estimation considering charging and discharging of internal nodes of CMOS gates," *Proc. of Synthesis and Simulation Meeting and Int'l Interchange*, Oct. 1993, pages 345-354.

[C521]   H. Vaishnav and M. Pedram. "PCUBE: performance driven placement algorithm for low power," *Proc. of European Design Automation Conf.,* Sept. 1993, pages 72-77.

[C522]   CY. Tsui, M. Pedram, and A. M. Despain. "Technology decomposition and mapping targeting low power dissipation," *Proc. of 30th Design Automation Conf.,* Jun. 1993, pages 68-73.

[C523]   YT. Lai, M. Pedram, and S. B. K. Vrudhula. "BDD based decomposition of logic functions with application to FPGA synthesis," *Proc. of 30th Design Automation Conf.*, Jun. 1993, pages 230-235.

[C524]   H. Vaishnav and M. Pedram. "Routability driven fanout optimization," *Proc. of 30th Design Automation Conf.*, Jun. 1993, pages 642-647.

[C525]   M. Pedram and H. Vaishnav. "Technology decomposition using optimal alphabetic trees," *Proc. of European Conf. on Design Automation*, Feb. 1993, pages 573-577.

[C526]   SM. Liu, KR. Pan, M. Pedram, and A. M. Despain. "Alleviating routing congestion by combining logic resynthesis and linear placement," *Proc. of European Conf. on Design Automation*, Feb. 1993, pages 578-582.

[C527]   YT. Lai, S. Sastry (a.k.a. S. B. K. Vrudhula), and M. Pedram. "Boolean matching using BDDs with applications in logic synthesis and verification," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1992, pages 452-458.

[C528]   D. Mukherjee, M. Pedram, and M. Breuer. "Minimal area merger of FSM controllers," *Proc. of European Design Automation Conf.*, Sept. 1992, pages 278-283.

[C529]   K. Chaudhary and M. Pedram. "A near-optimal algorithm for technology mapping minimizing area under delay constraints," *Proc. of 29th Design Automation Conf.*, Jun. 1992, pages 492-498.

[C530]   M. Pedram and N. Bhat. "Layout driven logic restructuring and decomposition," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1991, pages 134-137.

[C531]   S. Mayrhofer, M. Pedram, and U. Lauther. "A flow-based approach to the placement of Boolean networks," *Proc. of IFIP Int'l Conf. on VLSI*, 1991.

[C532]   M. Pedram, K. Chaudhary, and E. S. Kuh. "I/O pad assignment based on circuit structure," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Sept. 1991, pages 314-318.

[C533]   M. Pedram and N. Bhat. "Layout driven technology mapping," *Proc. of 28th Design Automation Conf.*, Jun. 1991, pages 99-105.

[C534]   M. Pedram, M. Marek-Sadowska, and E. S. Kuh. "Floorplanning with pin assignment," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1990, pages 98-101 (**Distinguished Paper Citation**).

[C535]   E. S. Kuh, A. Srinivasan, M. A. B. Jackson, M. Pedram, Y. Ogawa, and M. Marek-Sadowska. "Timing-driven layout," *Proc. of Synthesis and Simulation Meeting and Int'l Interchange*, Oct. 1990, pages 263-270.

[C536]   M. Pedram and B. T. Preas. "Floorplanning with accurate shape constraints for the cells," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Sept. 1990, pages 332-338.

[C537]   M. Pedram, Y. Ogawa, and E. S. Kuh. "Timing-driven placement for general cell layouts," *Proc. of 1990 IEEE Int'l Symp. Circuits and Systems*, May 1990, pages 872-876.

[C538]   M. Pedram and B. T. Preas. "Interconnection length estimation for optimized standard cell layouts," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1989, pages 390-393.

[C539]   M. Pedram and B. T. Preas. "Accurate prediction of physical design characteristics of random logic," *Proc. of Int'l Conf. on Computer Design: VLSI in Computers and Processors*, Oct. 1989, pages 100-108 (**Best Paper Award**)

[C540]   B. T. Preas, M. Pedram and D. Curry. "Automatic layout of Silicon-on-Silicon hybrid packages," *Proc. of 26th Design Automation Conf.*, Jun. 1989, pages 394-399.

[C541]   B. Eschermann, W-W. Dai, E. S. Kuh, and M. Pedram. "Hierarchical placement for macrocells: a 'meet-in-the-middle' approach," *Proc. of Int'l Conf. on Computer Aided Design*, Nov. 1988, pages 460-463.

**arXiv.org e-Print**

## 2025

[A1]    Arya Fayyazi, Mehdi Kamal, Massoud Pedram: FACTER: Fairness-Aware Conformal Thresholding and Prompt Engineering for Enabling Fair LLM-Based Recommender Systems. CoRR abs/2502.02966 (2025)

[A2]    Armin Abdollahi, Mehdi Kamal, Massoud Pedram: IC-D2S: A Hybrid Ising-Classical-Machines Data-Driven QUBO Solver Method. CoRR abs/2502.13947 (2025)

[A3]    Armin Abdollahi, Mehdi Kamal, Massoud Pedram: RocketPPA: Ultra-Fast LLM-Based PPA Estimator at Code-Level Abstraction. CoRR abs/2503.21971 (2025)

[A4]    Arya Fayyazi, Mehdi Kamal, Massoud Pedram: FAIR-SIGHT: Fairness Assurance in Image Recognition via Simultaneous Conformal Thresholding and Dynamic Output Repair. CoRR abs/2504.07395 (2025)

[A5]    Arya Fayyazi, Mehdi Kamal, Massoud Pedram: MARCO: Hardware-Aware Neural Architecture Search for Edge Devices with Multi-Agent Reinforcement Learning and Conformal Prediction Filtering. CoRR abs/2506.13755 (2025)

[A6]    Jongin Choi, Jina Park, Woojoo Lee, Jae-Jin Lee, Massoud Pedram: ASAP-FE: Energy-Efficient Feature Extraction Enabling Multi-Channel Keyword Spotting on Edge Processors. CoRR abs/2506.14657 (2025)

[A7]    Mustafa Altay Karamuftuoglu, Changxu Song, Beyza Zeynep Ucpinar, Sasan Razmkhah, Massoud Pedram: Optimized Bistable Vortex Memory Arrays for Superconducting In-Memory Matrix-Vector Multiplication. CoRR abs/2507.04648 (2025)

[A8]    Seyedarmin Azizi, Erfan Baghaei Potraghloo, Massoud Pedram: Activation Steering for Chain-of-Thought Compression. CoRR abs/2507.04742 (2025)

[A9]    MA Karamuftuoglu, BZ Ucpinar, S Razmkhah, M Pedram. "Scalable Asynchronous Single Flux Quantum Up-Down Counter using Josephson Trapping Lines and α-Cells," arXiv preprint arXiv:2505.04069.

[A10]   Y Kopur, BZ Ucpinar, MA Karamuftuoglu, S Razmkhah, M Pedram. "AR-SFQ: Asynchronous Reset Library Using α-Cell Design," arXiv preprint arXiv:2501.09449.


## 2024

[A11]   S Razmkhah, JY Huang, M Kamal, M Pedram. "SAIM: Scalable Analog Ising Machine for Solving Quadratic Binary Optimization Problems," arXiv preprint arXiv:2410.16079.

[A12]   A Abdollahi, M Kamal, M Pedram. "MENAGE: Mixed-Signal Event-Driven Neuromorphic Accelerator for Edge Applications," arXiv preprint arXiv:2410.08403.

[A13]   S Azizi, M Nazemi, M Pedram. "Memory-Efficient Vision Transformers: An Activation-Aware Mixed-Rank Compression Strategy," arXiv preprint arXiv:2402.06004.

[A14]   MA Karamuftuoglu, B Zeynep Ucpinar, A Fayyazi, S Razmkhah, M Kamal, M Pedram. "Scalable Superconductor Neuron with Ternary Synaptic Connections for Ultra-Fast SNN Hardware," arXiv e-prints, arXiv: 2402.16384.

[A15]   MA Karamuftuoglu, B Zeynep Ucpinar, S Razmkhah, M Pedram. "Superconductor bistable vortex memory for data storage and in-memory computing," arXiv preprint arXiv:2406.08871.

[A16]   S Azizi, S Kundu, M Pedram. "LaMDA: Large Model Fine-Tuning via Spectrally Decomposed Low-Dimensional Adaptation," arXiv preprint arXiv:2406.12832.

[A17]   ME Sadeghi, A Fayyazi, S Azizi, M Pedram. "PEANO-ViT: Power-Efficient Approximations of Non-Linearities in Vision Transformers," arXiv e-prints, arXiv: 2406.14854.

[A18]   A Fayyazi, M Kamal, M Pedram. "ARCO: Adaptive Multi-Agent Reinforcement Learning-Based Hardware/Software Co-Optimization Compiler for Improved Performance in DNN Accelerator Design," CoRR abs/2407.08192 (2024)

[A19]   ME Sadeghi, A Fayyazi, S Somashekar, M Pedram. "CHOSEN: Compilation to Hardware Optimization Stack for Efficient Vision Transformer Inference," CoRR abs/2407.12736 (2024)

[A20]   D Wu, S Wang, M Kamal, M Pedram. "Enhancing Layout Hotspot Detection Efficiency with YOLOv8 and PCA-Guided Augmentation," CoRR abs/2407.14498 (2024)

[A21]   S Azizi, ME Sadeghi, M Kamal, M Pedram: Efficient Noise Mitigation for Enhancing Inference Accuracy in DNNs on Mixed-Signal Accelerators. CoRR abs/2409.18553 (2024)

[A22]   A Abdollahi, M Kamal, M Pedram. "MENAGE: Mixed-Signal Event-Driven Neuromorphic Accelerator for Edge Application,". CoRR abs/2410.08403 (2024)

[A23]   S Razmkhah, Jui-Yu Huang, M Kamal, M Pedram. "SAIM: Scalable Analog Ising Machine for Solving Quadratic Binary Optimization Problems," CoRR abs/2410.16079 (2024)

**2023**

[A24]   Jung Hwan Heo, Arash Fayyazi, Mahdi Nazemi, Massoud Pedram. "A Fast Training-Free Compression Framework for Vision Transformers," CoRR abs/2303.02331 (2023)

[A25]   Deepraj Soni, Negar Neda, Naifeng Zhang, Benedict Reynwar, Homer Gamil, Benjamin Heyman, Mohammed Thari Nabeel, Ahmad Al Badawi, Yuriy Polyakov, Kellie Canida, Massoud Pedram, Michail Maniatakos, David Bruce Cousins, Franz Franchetti, Matthew French, Andrew G. Schmidt, Brandon Reagen. "RPU: The Ring Processing Unit," CoRR abs/2303.17118 (2023)

[A26]   David Bruce Cousins, Yuriy Polyakov, Ahmad Al Badawi, Matthew French, Andrew G. Schmidt, Ajey P. Jacob, Benedict Reynwar, Kellie Canida, Akhilesh R. Jaiswal, Clynn Mathew, Homer Gamil, Negar Neda, Deepraj Soni, Michail Maniatakos, Brandon Reagen, Naifeng Zhang, Franz Franchetti, Patrick Brinich, Jeremy Johnson, Patrick Broderick, Mike Franusich, Bo Zhang, Zeming Cheng, Massoud Pedram. "TREBUCHET: Fully Homomorphic Encryption Accelerator for Deep Computation," CoRR abs/2304.05237 (2023)

[A27]   Jingkai Hong, Arash Fayyazi, Amirhossein Esmaili, Mahdi Nazemi, Massoud Pedram. "Algorithms and Hardware for Efficient Processing of Logic-based Neural Networks," CoRR abs/2304.06299 (2023)

[A28]   Jung Hwan Heo, Seyedarmin Azizi, Arash Fayyazi, Mahdi Nazemi, Massoud Pedram. "SNT: Sharpness-Minimizing Network Transformation for Fast Compression-friendly Pretraining," CoRR abs/2305.04526 (2023)

[A29]   Arash Fayyazi, Mahdi Nazemi, Armin Abdollahi, Massoud Pedram. "BlendNet: Design and Optimization of a Neural Network-Based Inference Engine Blending Binary and Fixed-Point Convolutions," CoRR abs/2307.03784 (2023)

[A30]   Aupam Hamran, Marzieh Vaeztourshizi, Amirhossein Esmaili, Massoud Pedram. "Brain Tumor Detection using Convolutional Neural Networks with Skip Connections," CoRR abs/2307.07503 (2023)

[A31]   Masoud Zabihi, Yanyue Xie, Zhengang Li, Peiyan Dong, Geng Yuan, Olivia Chen, Massoud Pedram, Yanzhi Wang. "A Life-Cycle Energy and Inventory Analysis of Adiabatic Quantum-Flux-Parametron Circuits," CoRR abs/2307.12216 (2023)

[A32]   Seyedarmin Azizi, Mahdi Nazemi, Arash Fayyazi, Massoud Pedram. "Sensitivity-Aware Mixed-Precision Quantization and Width Optimization of Deep Neural Networks Through Cluster-Based Tree-Structured Parzen Estimation," CoRR abs/2308.06422 (2023)

[A33]   Sasan Razmkhah, Mehdi Kamal, Nobuyuki Yoshikawa, Massoud Pedram. "A Josephson Parametric Oscillator-Based Ising Machine," CoRR abs/2309.03407 (2023)

[A34]   Beyza Zeynep Ucpinar, Yasemin Kopur, Mustafa Altay Karamuftuoglu, Sasan Razmkhah, Massoud Pedram. "Design of a Superconducting Multiflux Non-Destructive Readout Memory Unit," CoRR abs/2309.14613 (2023)

[A35]   Mustafa Altay Karamuftuoglu, Beyza Zeynep Ucpinar, Sasan Razmkhah, Mehdi Kamal, Massoud Pedram. "Unsupervised SFQ-Based Spiking Neural Network," CoRR abs/2310.03918 (2023)

[A36]   Beyza Zeynep Ucpinar, Mustafa Altay Karamuftuoglu, Sasan Razmkhah, Massoud Pedram. "An On-Chip Trainable Neuron Circuit for SFQ-Based Spiking Neural Networks," CoRR abs/2310.07824 (2023)

[A37]   Haolin Cong, Sasan Razmkhah, Mustafa Altay Karamuftuoglu, Massoud Pedram. "Superconductor Logic Implementation with All-JJ Inductor-Free Cell Library," CoRR abs/2310.13857 (2023)

[A38]   Seyedarmin Azizi, Mahdi Nazemi, Mehdi Kamal, Massoud Pedram. "Low-Precision Mixed-Computation Models for Inference on Edge," CoRR abs/2312.02210 (2023)

[A39]   Deepraj Soni, Negar Neda, Naifeng Zhang, Benedict Reynwar, Homer Gamil, Benjamin Heyman, Mohammed Thari Nabeel, Ahmad Al Badawi, Yuriy Polyakov, Kellie Canida, Massoud Pedram, Michail Maniatakos, David Bruce Cousins, Franz Franchetti, Matthew French, Andrew G. Schmidt, Brandon Reagen. "RPU: The Ring Processing Unit," IACR Cryptol. ePrint Arch. 2023: 465 (2023)

[A40]   David Bruce Cousins, Yuriy Polyakov, Ahmad Al Badawi, Matthew French, Andrew G. Schmidt, Ajey P. Jacob, Benedict Reynwar, Kellie Canida, Akhilesh R. Jaiswal, Clynn Mathew, Homer Gamil, Negar Neda, Deepraj Soni, Michail Maniatakos, Brandon Reagen, Naifeng Zhang, Franz Franchetti, Patrick Brinich, Jeremy Johnson, Patrick Broderick, Mike Franusich, Bo Zhang, Zeming Cheng, Massoud Pedram. "TREBUCHET: Fully Homomorphic Encryption Accelerator for Deep Computation," IACR Cryptol. CoRR abs/2304.05237 (2023)

## 2022

[A41]   Souvik Kundu, Sairam Sundaresan, Massoud Pedram, Peter A. Beerel. "A Fast and Efficient Conditional Learning for Tunable Trade-Off between Accuracy and Robustness," CoRR abs/2204.00426 (2022)

[A42]   Jung Hwan Heo, Arash Fayyazi, Amirhossein Esmaili, Massoud Pedram. "Sparse Periodic Systolic Dataflow for Lowering Latency and Power Dissipation of Convolutional Neural Network Accelerators," CoRR abs/2207.00068 (2022)

[A43]   Soheil Nazar Shahsavani, Arash Fayyazi, Mahdi Nazemi, Massoud Pedram. "Efficient Compilation and Mapping of Fixed Function Combinational Logic onto Digital Signal Processors Targeting Neural Network Inference and Utilizing High-level Synthesis," CoRR abs/2208.00302 (2022)

[A44]   Gokul Subramanian Ravi, Jonathan M. Baker, Arash Fayyazi, Sophia Fuhui Lin, Ali Javadi-Abhari, Massoud Pedram, Frederic T. Chong. "Have your QEC and Bandwidth too!: A lightweight cryogenic decoder for common / trivial errors, and efficient bandwidth + execution management otherwise," CoRR abs/2208.08547 (2022)

[A45]   Saba Amanollahi, Mehdi Kamal, Ali Afzali-Kusha, Massoud Pedram. "AMR-MUL: An Approximate Maximally Redundant Signed Digit Multiplier," CoRR abs/2208.13850 (2022)

## 2021

[A46]   Seyed Abolfazl Ghasemzadeh, Erfan Bank Tavakoli, Mehdi Kamal, Ali Afzali-Kusha, Massoud Pedram. "BRDS: An FPGA-based LSTM Accelerator with Row-Balanced Dual-Ratio Sparsification," CoRR abs/2101.02667 (2021)

[A47]   Mohsen Ahmadzadeh, Mehdi Kamal, Ali Afzali-Kusha, Massoud Pedram. "A2P-MANN: Adaptive Attention Inference Hops Pruned Memory-Augmented Neural Networks," CoRR abs/2101.09693 (2021)

[A48]    Mahdi Nazemi, Arash Fayyazi, Amirhossein Esmaili, Atharva Khare, Soheil Nazar Shahsavani, Massoud Pedram. "NullaNet Tiny: Ultra-low-latency DNN Inference Through Fixed-function Combinational Logic," CoRR abs/2104.05421 (2021)

[A49]    Souvik Kundu, Gourav Datta, Massoud Pedram, Peter A. Beerel. "Towards Low-Latency Energy-Efficient Deep SNNs via Attention-Guided Compression," CoRR abs/2107.12445 (2021)

[A50]    Souvik Kundu, Massoud Pedram, Peter A. Beerel. "HIRE-SNN: Harnessing the Inherent Robustness of Energy-Efficient Deep Spiking Neural Networks by Training with Crafted Input Noise," CoRR abs/2110.11417 (2021)

[A51]    Souvik Kundu, Shikai Wang, Qirui Sun, Peter A. Beerel, Massoud Pedram. "BMPQ: Bit-Gradient Sensitivity Driven Mixed-Precision Quantization of DNNs from Scratch," CoRR abs/2112.13843 (2021)

**2020**

[A52]    Amir Erfan Eshratifar, Massoud Pedram. "Run-time Deep Model Multiplexing," CoRR abs/2001.05870 (2020)

[A53]    Souvik Kundu, Mahdi Nazemi, Massoud Pedram, Keith M. Chugg, Peter A. Beerel. "Pre-defined Sparsity for Low-Complexity Convolutional Neural Networks," CoRR abs/2001.10710 (2020)

[A54]    Souvik Kundu, Gourav Datta, Peter A. Beerel, Massoud Pedram. "qBSA: Logic Design of a 32-bit Block-Skewed RSFQ Arithmetic Logic Unit," CoRR abs/2001.10715 (2020)

[A55]    Mohammad Saeed Abrishami, Amir Erfan Eshratifar, David Eigen, Yanzhi Wang, Shahin Nazarian, Massoud Pedram. "Efficient Training of Deep Convolutional Neural Networks by Augmentation in Embedding Space," CoRR abs/2002.04776 (2020)

[A56]    Mohammad Saeed Abrishami, Massoud Pedram, Shahin Nazarian. "CSM-NN: Current Source Model Based Logic Circuit Simulation - A Neural Network Approach," CoRR abs/2002.05291 (2020)

[A57]    Mohammad Saeed Abrishami, Hao Ge, Justin F. Calderon, Massoud Pedram, Shahin Nazarian. "NN-PARS: A Parallelized Neural Network Based Circuit Simulation Framework," CoRR abs/2002.05292 (2020)

[A58]    Arash Fayyazi, Shahin Nazarian, Massoud Pedram. "Logic Verification of Ultra-Deep Pipelined Beyond-CMOS Technologies," CoRR abs/2005.13735 (2020)

[A59]    Arash Fayyazi, Amirhossein Esmaili, Massoud Pedram. "HIPE-MAGIC: A Technology-Aware Synthesis and Mapping Flow for HIghly Parallel Execution of Memristor-Aided LoGIC," CoRR abs/2006.03269 (2020)

[A60]    Ghasem Pasandi, Mackenzie Peterson, Moisés Herrera, Shahin Nazarian, Massoud Pedram. "Deep-PowerX: A Deep Learning-Based Framework for Low-Power Approximate Logic Synthesis," CoRR abs/2007.01465 (2020)

[A61]    Mahdi Nazemi, Amirhossein Esmaili, Arash Fayyazi, Massoud Pedram. "SynergicLearning: Neural Network-Based Feature Extraction for Highly-Accurate Hyperdimensional Learning," CoRR abs/2007.15222 (2020)

[A62]    Souvik Kundu, Mahdi Nazemi, Peter A. Beerel, Massoud Pedram. "A Tunable Robust Pruning Framework Through Dynamic Network Rewiring of DNNs," CoRR abs/2011.03083 (2020)

**2019**

[A63]    Ghasem Pasandi, Alireza Shafaei, Massoud Pedram. "SFQmap: A Technology Mapping Tool for Single Flux Quantum Logic Circuits," CoRR abs/1901.00894 (2019)

[A64]  Shayan Tabatabaei Nikkhah, Mehdi Kamal, Ali Afzali-Kusha, Massoud Pedram," Space Expansion of Feature Selection for Designing more Accurate Error Predictors," CoRR abs/1901.00952 (2019)

[A65]  Amir Erfan Eshratifar, Amirhossein Esmaili, Massoud Pedram. "Towards Collaborative Intelligence Friendly Architectures for Deep Learning," CoRR abs/1902.00147 (2019)

[A66]  Ghasem Pasandi, Shahin Nazarian, Massoud Pedram. "Approximate Logic Synthesis: A Reinforcement Learning-Based Technology Mapping Approach," CoRR abs/1902.00478 (2019)

[A67]  Ghasem Pasandi, Raghav Mehta, Massoud Pedram, Shahin Nazarian. "Hybrid Cell Assignment and Sizing for Power, Area, Delay Product Optimization of SRAM Arrays," CoRR abs/1902.00484 (2019)

[A68]  Amir Erfan Eshratifar, Amirhossein Esmaili, Massoud Pedram. "BottleNet: A Deep Learning Architecture for Intelligent Mobile Cloud Computing Services," CoRR abs/1902.01000 (2019)

[A69]  Alvin D. Wong, Kevin Su, Hang Sun, Arash Fayyazi, Massoud Pedram, Shahin Nazarian. "VeriSFQ - A Semi-formal Verification Framework and Benchmark for Single Flux Quantum Technology," CoRR abs/1903.07025 (2019)

[A70]  Amirhossein Esmaili, Mahdi Nazemi, Massoud Pedram. "Energy-Aware Scheduling of Task Graphs with Imprecise Computations and End-to-End Deadlines," CoRR abs/1905.04391 (2019)

[A71]  Ting-Ru Lin, Drew Penney, Massoud Pedram, Lizhong Chen. "Optimizing Routerless Network-on-Chip Designs: An Innovative Learning-Based Framework," CoRR abs/1905.04423 (2019)

[A72]  Amir Erfan Eshratifar, David Eigen, Michael Gormish, Massoud Pedram. "Coarse2Fine: A Two-stage Training Method for Fine-grained Visual Classification," CoRR abs/1909.02680 (2019)

[A73]  Amirhossein Esmaili, Massoud Pedram. "Energy-aware Scheduling of Jobs in Heterogeneous Cluster Systems Using Deep Reinforcement Learning," CoRR abs/1912.05160 (2019)

**2018**

[A74]  Mahdi Nazemi, Amir Erfan Eshratifar, Massoud Pedram. "A Hardware-Friendly Algorithm for Scalable Training and Deployment of Dimensionality Reduction Models on FPGA," CoRR abs/1801.04014 (2018)

[A75]  Amir Erfan Eshratifar, Mohammad Saeed Abrishami, Massoud Pedram. "JointDNN: An Efficient Training and Inference Engine for Intelligent Mobile Cloud Computing Services," CoRR abs/1801.08618 (2018)

[A76]  Ruizhe Cai, Ao Ren, Ning Liu, Caiwen Ding, Luhao Wang, Xuehai Qian, Massoud Pedram, Yanzhi Wang. "VIBNN: Hardware Acceleration of Bayesian Neural Networks. CoRR abs/1802.00822 (2018)

[A77]  Mahdi Nazemi, Massoud Pedram. "Deploying Customized Data Representation and Approximate Computing in Machine Learning Applications," CoRR abs/1806.00875 (2018)

[A78]  Mahdi Nazemi, Ghasem Pasandi, Massoud Pedram. "NullaNet: Training Deep Neural Networks for Reduced-Memory-Access Inference," CoRR abs/1807.08716 (2018)

[A79]  Arash Fayyazi, Souvik Kundu, Shahin Nazarian, Peter A. Beerel, Massoud Pedram. "SpRRAM: A Predefined Sparsity Based Memristive Neuromorphic Circuit for Low Power Application," CoRR abs/1809.03476 (2018)

[A80]  Amir Erfan Eshratifar, Mohammad Saeed Abrishami, David Eigen, Massoud Pedram. "A Meta-Learning Approach for Custom Model Training," CoRR abs/1809.08346 (2018)

[A81]  Ghasem Pasandi, Massoud Pedram. "A Graph Partitioning Algorithm with Application in Synthesizing Single Flux Quantum Logic Circuits," CoRR abs/1810.00134 (2018)

[A82]  Amir Erfan Eshratifar, David Eigen, Massoud Pedram. "Gradient Agreement as an Optimization Objective for Meta-Learning," CoRR abs/1810.08178 (2018)

[A83]   Amirhossein Esmaili, Mahdi Nazemi, Massoud Pedram. "Modeling Processor Idle Times in MPSoC Platforms to Enable Integrated DPM, DVFS, and Task Scheduling Subject to a Hard Deadline," CoRR abs/1812.07723 (2018)

[A84]   Ghasem Pasandi, Massoud Pedram. "PBMap: A Path Balancing Technology Mapping Algorithm for Single Flux Quantum Logic Circuits," CoRR abs/1812.10006 (2018)

**2017**

[A85]   Mahdi Nazemi, Shahin Nazarian, Massoud Pedram. "High-Performance FPGA Implementation of Equivariant Adaptive Separation via Independence Algorithm for Independent Component Analysis," CoRR abs/1707.01939 (2017)

[A86]   Sheng Lin, Ning Liu, Mahdi Nazemi, Hongjia Li, Caiwen Ding, Yanzhi Wang, Massoud Pedram. "FFT-Based Deep Learning Deployment in Embedded Systems," CoRR abs/1712.04910 (2017)

**Other Scholarly Publications**

[O1]    Coenrad J. Fourie, Kyle Jackman, Johannes A. Delport, Pascal Febvre, Sasan Razmkhah, Christopher L. Ayala, Olivia Chen, Nobuyuki Yoshikawa, Mark Law, Erin Patrick, Yanzhi Wang, Peter Beerel, Sandeep Gupta, Murali Annavaram, Shahin Nazarian, and Massoud Pedram. "In from the cold: Five years of progress in superconductor integrated circuit design tools under ColdFlux," Presented at Applied Superconductivity Conference, Oct. 2022.

[O2]    Mustafa Munir, Arash Fayyazi, Shahin Nazarian, Massoud Pedram. "qVSim: Verification and Simulation Frameworks Targeting Post-layout SFQ Circuits," Presented at Applied Superconductivity Conference, Oct. 2022.

[O3]    Arash Fayyazi, Mustafa Munir, Shahin Nazarian, Massoud Pedram. "Logic Verification of Sequential Circuits in Superconducting Single Flux Quantum Technologies," Presented at Applied Superconductivity Conference, Oct. 2022.

[O4]    Mustafa Altay Karamuftuoglu, Haolin Cong and Massoud Pedram,"qCS: A Mixed-Signal Design Optimization Tool Targeting SFQ Logic Cells," Presented at Applied Superconductivity Conference, Oct. 2022.

[O5]    Mustafa Altay Karamuftuoglu and Massoud Pedram,"α-Soma: Single Flux Quantum Threshold Cell with Excitatory and Inhibitory Inputs," Presented at Applied Superconductivity Conference, Oct. 2022.

[O6]    Mingye Li, Bo Zhang, Massoud Pedram. "Striking a Good Balance Between Area and Throughput of RSFQ Circuits Containing Feedback Loops," Presented at Applied Superconductivity Conference, Oct. 2022.

[O7]    Haolin Cong, Mingye Li, Mustafa Altay Karamuftuoglu and Massoud Pedram. "Striking a Good Balance Between Area and Throughput of RSFQ Circuits Containing Feedback Loops," Presented at Applied Superconductivity Conference, Oct. 2022.

[O8]    N. Katam and M. Pedram. "Timing Characterization and Enabling Static Timing Analysis in Rapid Single Flux Quantum Circuits," Presented at *13th Biennial European Conference on Applied Superconductivity* (EUCAS), Geneva, Switzerland, Sept. 2017.

[O9]    N. Katam, A. Shafaei, and M. Pedram. "Design of Complex Rapid Single Flux Quantum Cells with Application to Logic Synthesis," Presented at *16th International Superconductive Electronics Conference* (ISEC), Sorrento, Italy, Jun. 2017.

[O10]   S. Nazar Shahsavani, A. Shafaei, C. J. Fourie, and M. Pedram. "An Integrated Cell Placement and Interconnect Synthesis Tool for Large-scale SFQ Logic Circuits," Presented at *Applied Superconductivity Conference* (ASC), Denver, United States, Sept. 2016.

[O11]   T. Cui, Y. Wang, S. Nazarian, and M. Pedram. "Statistical static timing analysis based on current source modeling of ASIC gates," *ICCAD Workshop on Variability Modeling and Characterization*, Nov. 2013.

[O12]   A. Abdollahi and M. Pedram. "Efficient Synthesis of Quantum Logic Circuits by Rotation-based Quantum Operators and Unitary Functional Bi-decomposition," *Proc. of Int'l Workshop on Logic and Synthesis*, Jun. 2005.

[O13]   S. Nazarain and M. Pedram. "Sensitivity-based gate delay propagation in static timing analysis," *ACM/IEEE Int'l Workshop on Timing Issues in the Specification and Synthesis of Digital Systems*, Feb. 2005.

[O14]   A. Iranli, K. Choi and M. Pedram. "Energy-aware wireless video streaming," *Proc. of 1st Workshop on Embedded Systems for Real-Time Multimedia*, Oct. 2003, pages 48-53.

[O15]   CW. Kang and M. Pedram. "Technology mapping for low leakage power with hot-carrier effect consideration," *Proc. of Int'l Workshop on Logic Synthesis*, May 2002, pages 295-300.

[O16]   A. Abdollahi, F. Fallah, M. Pedram. "Runtime mechanisms for leakage current reduction in CMOS VLSI circuits," *Proc. of Int'l Workshop on Logic Synthesis*, May 2002, pages 419-424.

[O17]   P. Rezvani and M. Pedram. "Concurrent extraction of partial kernels with timing consideration," *Proc. of Int'l Workshop on Logic Synthesis*, May 2001, pages 213-218.

[O18]   Y. Aghaghiri, F. Fallah, M. Pedram. "ALBORZ: Address Level Bus Power Optimization," *Proc. of Int'l Workshop on Logic Synthesis*, May 2001, pages 332-337.

[O19]   P. Rezvani, A.H. Ajami, M. Pedram, and H. Savoj. "LEOPARD: A logical effort-based fanout optimizer for area and delay," *Proc. of Int'l Workshop on Logic Synthesis*, May 1999.

[O20]   P. Cocchini, M. Pedram. G. Piccinini, and M. Zamboni. "Fanout optimization under a submicron transistor-level delay model," *Proc. of Int'l Workshop on Logic Synthesis*, May 1998.

[O21]   J. Lou, A. Salek, and M. Pedram. "An exact solution to simultaneous technology mapping and linear placement problem for trees," *Proc. of Int'l Workshop on Logic Synthesis*, May 1997, session 4, paper 4.

[O22]   S. Iman and M. Pedram. "POSE: A power optimization and synthesis environment," *Proc. of TechCon*, Sept. 1996.

[O23]   CS. Ding and M. Pedram. "A comparative study of switching activity estimators," *Proc. of Int'l Workshop on Power and Timing Modeling, Optimization, and Simulation*, Oct. 1995, pages 377-396.

[O24]   H. Vaishnav and M. Pedram. "Logic extraction using fanin ranges," *Proc. of Int'l Workshop on Power and Timing Modeling, Optimization, and Simulation*, Oct. 1995, pages 331-349.

[O25]   S. B. K. Vrudhula, YT. Lai, and M. Pedram. "Efficient computation of the probability and Reed-Muller spectra of Boolean functions using EVBDDs," *Proc. of IFIP WG 10.5 Workshop on Application of Reed-Muller Expansions in Circuit Design*, Chiba, Japan, Aug. 1995, pages 4.1-4.8.

[O26]   H. Vaishnav and M. Pedram. "A new method for performance oriented logic extraction," *Proc. of Int'l Workshop on Logic Synthesis*, May 1995, pages 1.53-1.59.

[O27]   K. R. Pan and M. Pedram. "LUT-based FPGA synthesis for low power," *Proc. of Int'l Workshop on Power and Timing Modeling, Optimization, and Simulation*, Oct. 1994, pages 124-131.

[O28]   D. Mukherjee, M. Pedram, and M. A. Breuer. "CONSYST - an integrated test controller synthesis system," Presented at the *Int'l Test Synthesis Workshop*, May 1994.

[O29]   J. Monteiro, S. Devadas, B. Lin, CY. Tsui, M. Pedram, and A. M. Despain. "Exact and approximate methods of switching activity estimation in sequential logic circuits," *Proc. of 1994 Int'l Workshop on Low Power Design*, Apr. 1994, pages 117-122.

[O30]   C. Ding and M. Pedram. "Efficient symbolic simulation under the extended bounded delay model," *Proc. of Tau'93: Int'l Workshop on Timing Issues in the Specification and Synthesis of Digital Systems*, Sept. 1993.

[O31]   S. Iman, M. Pedram. C. Fabian, and J. Cong. "Finding uni-directional cuts based on physical partitioning and logic restructuring," *Proc. of 4th ACM/IEEE Physical Design Workshop*, Apr. 1993, pages 187-198.

[O32]   M. Pedram, B. S. Nobandegani, and B. T. Preas. "On the segmentation design and routability analysis for row-based FPGAs," *Proc. of 4th ACM/IEEE Physical Design Workshop*, Apr. 1993, pages 213-214.

[O33]   YT. Lai, KR. Pan, M. Pedram, and S.Vrudhula. "FGMap: a technology mapping algorithm for Look-Up Table Type FPGAs based on function graphs," *Proc. of Int'l Workshop on Logic Synthesis*, pages 9b.1-9b.4, May 1993.

[O34]   M. Pedram. N. Bhat, K. Chaudhary, S. Mayrhofer, and E. S. Kuh. "Layout considerations in combinational logic synthesis," *Proc. of Int'l Workshop on Logic Synthesis*, May 1991, pages 11.1-11.16.

[O35]   M. Pedram. W-W. Dai, M. Marek-Sadowska, and Y. Ogawa. "Ongoing research and development of BEAR layout," *Proc. of Int'l Workshop on Layout Synthesis*, May 1990, pages 1-17.