## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>  v.<br><br>NVIDIA CORPORATION<br><br>        Defendant. | Case No. 7:25-cv-000184-ADA |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF'S SURREPLY CLAIM CONSTRUCTION BRIEF**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Sur-reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Nvidia Corporation's Preliminary Disclosure of Extrinsic Evidence and Expert Witness, dated October 14, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on December 15, 2025 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie