**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | CASE NO. 7:25-CV-00184 [ADA] <br><br> **JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Standing Order Governing Proceedings (OGP)—Patent Cases and the Court's Scheduling Order (Dkt. 22), Plaintiff Redstone Logics LLC ("Redstone") and Defendant NVIDIA Corporation ("NVIDIA") submit this Joint Claim Construction Statement identifying for the Court the claim terms of US Patent No. 8,549,339 (the "'339 patent") for which the parties have reached agreement, as well as the claim terms for which the parties have a dispute, together with the parties' proposed constructions for the disputed claim terms.

## I. AGREED UPON TERMS

The parties have agreed on the following construction.

| Claim Term | Agreed Construction | Term Proposed By |
|---|---|---|
| "a [first/second] set of processor cores" (Claims 1, 21) | "a [first/second] group of two or more processor cores" | All parties |

## II. DISPUTED TERMS

The parties dispute the construction of the following claim terms and phrases:

| Claim Term | Redstone's Proposal | NVIDIA's Proposal | Term Proposed By |
|---|---|---|---|
| "the first clock signal is independent from the second clock signal" (Claims 1, 21) | Plain and ordinary meaning | "the first and second clock signals depend from different reference oscillator clocks" | NVIDIA |
| "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" (Claim 14) | Plain and ordinary meaning | Indefinite | NVIDIA |

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully submitted, |
| /s/ *Reza Mirzaie* | /s/ *Tyler R. Bowen w/permission by Shaun W. Hassett* |
| RUSS AUGUST & KABAT | Chad S. Campbell, Bar No. 012080 |
| Reza Mirzaie, CA Bar No. 246953 | Tyler R. Bowen, Bar No. 025376 |
| Email: rmirzaie@raklaw.com | Jaymin Patel, Bar No. 037693* |
| Marc A. Fenster, CA Bar No. 181067 | Elizabeth J. Baxter, Bar No. 037969* |
| Email: mfenster@raklaw.com | **PERKINS COIE LLP** |
| Neil A. Rubin, CA Bar No. 250761 | 2525 E. Camelback Road, Suite 500 |
| Email: nrubin@raklaw.com | Phoenix, Arizona 85016-4227 |
| Christian W. Conkle, CA Bar No. 306374 | Tel.: 602-351-8000 |
| Email: cconkle@raklaw.com | Fax: 602-648-7000 |
| Jonathan Ma, CA Bar No. 312773 | CSCampbell@perkinscoie.com |
| Email: jma@raklaw.com | TBowen@perkinscoie.com |
| Joshua Scheufler, TX Bar No. 24123406 | JPatel@perkinscoie.com |
| Email: jscheufler@raklaw.com | EBaxter@perkinscoie.com |
| 12424 Wilshire Boulevard, 12th Floor | |
| Los Angeles, California 90025 | Philip A. Morin, Bar No. 256864* |
| Telephone: (310) 826-7474 | **PERKINS COIE LLP** |
| Facsimile: (310) 826-6991 | 11452 El Camino Real, Suite 300 |
| | San Diego, California 92130-2080 |
| Qi (Peter) Tong, TX Bar No. 24119042 | Tel.: 858-720-5700 |
| Email: ptong@raklaw.com | Fax: 858-720-5799 |
| 8080 N. Central Expy., Suite 1503 | PMorin@perkinscoie.com |
| Dallas, TX 75206 | |
| Telephone: (310) 826-7474 | Shaun W. Hassett, SBN 24074372 |
| Facsimile: (310) 826-6991 | Michael E. Jones, SBN 10929400 |
| | **POTTER MINTON, P.C.** |
| *Attorneys for Plaintiff Redstone Logics LLC* | 102 North College, Suite 900 |
| | Tyler, Texas 75702 |
| | Tel.: 903-525-2272 |
| | Fax: 903-531-3972 |
| | ShaunHassett@potterminton.com |
| | MikeJones@potternminton.com |
| | |
| | *Attorneys for Defendant NVIDIA Corporation* |
| | |
| | *Admitted Pro Hac Vice |