# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>    *Defendant*. | Case No. 7:25-CV-00184-ADA |

## NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL

Pursuant to the Court's August 5, 2025 Scheduling Order [Dkt. No. 22], Defendant NVIDIA Corporation ("NVIDIA") hereby notifies the Court that it served its Technology Tutorial upon the Court via its Box link and Plaintiff's counsel via electronic mail on December 18, 2025.

Dated:  December 18, 2025

Respectfully submitted,

*/s/ Shaun W. Hassett*
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376*
Jaymin Patel, Bar No. 037693*
Elizabeth J. Baxter, Bar No. 037969*
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
CSCampbell@perkinscoie.com
TBowen@perkinscoie.com
JPatel@perkinscoie.com
EBaxter@perkinscoie.com

Philip A. Morin, Bar No. 256864*
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700

Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com

*Admission to W.D. Texas pending