# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | MO:25-CV-00184-ADA |
| | § | |
| NVIDIA CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING VIA ZOOM**, on **Friday, February 13, 2026 at 01:30 PM**.

IT IS SO ORDERED this 16th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE