UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC § | |
| § | CIVIL NO: |
| vs. § | MO:25-CV-00184-ADA |
| § | |
| NVIDIA CORPORATION § | |

## ORDER RESETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING VIA ZOOM**, on **Thursday, March 19, 2026 at 10:30 AM**.

IT IS SO ORDERED this 24th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE