AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| REDSTONE LOGICS LLC, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    7:25-cv-00184-ADA |
| NVIDIA CORPORATION | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                      .

Date:    05/27/2026

/s/ Benjamin T. Wang
*Attorney's signature*

Benjamin T. Wang (CA SBN 228712)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

bwang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print       Save As...       Reset