AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:25-cv-00184-ADA |
| NVIDIA CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                         .

Date:     05/27/2026

/s/ Brian D. Ledahl
*Attorney's signature*

Brian D. Ledahl (CA SBN 186579)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

bledahl@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

| Print | Save As... | Reset |
|---|---|---|