**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, | |
| Plaintiff, | CASE NO. 7:25-CV-00184 [ADA] |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

## ORDER GRANTING NVIDIA CORPORATION'S MOTION TO STAY

The Court has considered NVIDIA'S Motion to Stay and is of the opinion that the Motion

should be GRANTED.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.