**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, | CASE NO. 7:25-CV-00184 [ADA] |
| Plaintiff, | |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

**DECLARATION OF TYLER R. BOWEN IN SUPPORT OF
DEFENDANT NVIDIA CORPORATION'S OPPOSED
MOTION TO STAY**

I, Tyler R. Bowen, declare as follows:

1.  I am admitted to practice in the Western District of Texas and am an attorney at the law firm of Perkins Coie LLP, counsel of record for NVIDIA Corporation ("NVIDIA") in the above-captioned action. I submit this declaration in support of NVIDIA's Opposed Motion to Stay in the above-captioned matter.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a press release by NVIDIA titled "NVIDIA Jeston TX2 Enables AI at the Edge," dated March 7, 2017 (NVIDIA_Redstone026016-18).

3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Advanced Micro Devices, Inc.'s Request for *Ex Parte* Reexamination of U.S. Patent No. 8,549,339, dated December 9, 2025.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of Redstone's Final Infringement Contentions in the above-captioned matter, which were served on NVIDIA on March 9, 2026 (filed under seal).

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination relating to U.S. Patent No. 8,549,339, dated March 6, 2026.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of reexamination statistics provided by the U.S. Patent and Trademark Office at https://www.uspto.gov/sites/default/files/documents/ex_parte_historical_stats_.pdf.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of Redstone's First Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-14), dated April 27, 2026 (filed under seal).

-3-

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

EXECUTED this 10th day of June, 2026, in Phoenix, Arizona.


_/s/ Tyler R. Bowen_____
Tyler R. Bowen