# Exhibit 1

NVIDIA.

**Newsroom**  NVIDIA in Brief   Exec Bios   NVIDIA Blog   Podcast   Media Assets   In the News   Press Contacts   Online Press Kits

**Press Release**                                                        SHARE   X in 🖂 ✉

# NVIDIA Jetson TX2 Enables AI at the Edge

IoT Platform for Manufacturing, Industrial, Retail Made Possible by NVIDIA's AI-Powered Jetson

March 7, 2017

NVIDIA today unveiled the NVIDIA' Jetson™ TX2, a credit card-sized platform that delivers AI computing at the edge -- opening the door to powerfully intelligent factory robots, commercial drones and smart cameras for AI cities.

Jetson TX2 offers twice the performance of its predecessor, or it can run at more than twice the power efficiency, while drawing less than 7.5 watts of power. This allows Jetson TX2 to run larger, deeper neural networks on edge devices. The result: smarter devices with higher accuracy and faster response times for tasks like image classification, navigation and speech recognition.

"Jetson TX2 brings powerful AI capabilities at the edge, making possible a new class of intelligent machines," said Deepu Talla, vice president and general manager of the Tegra business at NVIDIA. "These devices will enable intelligent video analytics that keep our cities smarter and safer, new kinds of robots that optimize manufacturing, and new collaboration that makes long-distance work more efficient."

The Jetson TX2 joins the Jetson TX1 and TK1 products for embedded computing. Jetson is an open platform that is accessible to anyone for developing advanced AI solutions at the edge -- from enterprise companies and startups to researchers and high school students.

**Partner Support**

NVIDIA Jetson is a powerful platform that enables Cisco to add AI features such as facial and speech recognition to its Cisco Spark products that connect everyone, everywhere. Cisco is able to drive new experiences and remove the barriers between physical and virtual spaces, thanks to the Jetson TX2's advanced technology capabilities in AI computing and graphics.

"For years, NVIDIA has demonstrated its commitment to FIRST through multifaceted support by providing Jetson developer kits for robot builds, online training resources, and team and event funding," said Donald E. Bossi, president of FIRST, an international K-12 nonprofit focused on science and technology. "Through these efforts, NVIDIA is helping to inspire more young students to become innovators and inventors."

**System Specs and Software**

Key features of Jetson TX2 include:

- GPU: 256-core NVIDIA Pascal™ architecture-based GPU offering best-in-class performance
- CPU: Dual 64-bit NVIDIA Denver 2, Quad ARM' A57
- Video: 4K x 2K 60fps encode and decode
- Camera: 12 CSI lanes supporting up to 6 cameras; 2.5 gigabytes/second/lane
- Memory: 8GB LPDDR4; 58.3 gigabytes/second
- Storage: 32GB eMMC
- Connectivity: 802.11ac WLAN, Bluetooth
- Networking: 1GB Ethernet
- OS Support: Linux for Tegra'
- Size: 50mm x 87mm

The Jetson family is supported by the most comprehensive SDK for AI computing, JetPack 3.0, which makes it easy to integrate AI into a wide variety of applications, and support the following:

- TensorRT™ 1.0, a high-performance neural network inference engine for production deployment of deep learning applications
- cuDNN 5.1, a GPU-accelerated library of primitives for deep neural networks

## Media Contacts

Kristin Uchiyama
Enterprise and Edge Computing
press@nvidia.com

## Downloads

Download Press Release

Download Attachments

## More News

 **NVIDIA and Global Robotics Leaders Take Physical AI to the Real World**
March 16, 2026

 **NVIDIA and Global Industrial Software Giants Bring Design, Engineering and Manufacturing Into the AI Era**
March 16, 2026

 **Hyundai Motor, Kia and NVIDIA Expand Strategic Partnership for Next-Generation Autonomous Driving Technology**
March 16, 2026

 **NVIDIA Announces Open Physical AI Data Factory Blueprint to Accelerate Robotics, Vision AI Agents and Autonomous Vehicle Development**
March 16, 2026

 **NVIDIA Enters Production With Dynamo, the Broadly Adopted Inference Operating System for AI Factories**
March 16, 2026

---

**Source URL:** https://nvidianews.nvidia.com/news/nvidia-jetson-tx2-enables-ai-at-the-edge

**Collection Timestamp:** Wed Mar 18 2026 10:16:39 GMT-0700 (Pacific Daylight Time)

NVIDIA_Redstone026016

- Video: 4K x 2K 60fps encode and decode
- Camera: 12 CSI lanes supporting up to 6 cameras; 2.5 gigabytes/second/lane
- Memory: 8GB LPDDR4; 58.3 gigabytes/second
- Storage: 32GB eMMC
- Connectivity: 802.11ac WLAN, Bluetooth
- Networking: 1GB Ethernet
- OS Support: Linux for Tegra
- Size: 50mm x 87mm

The Jetson family is supported by the most comprehensive SDK for AI computing, JetPack 3.0, which makes it easy to integrate AI into a wide variety of applications, and support the following:

- TensorRT™ 1.0, a high-performance neural network inference engine for production deployment of deep learning applications
- cuDNN 5.1, a GPU-accelerated library of primitives for deep neural networks
- VisionWorks™ 1.6, a software development package for computer vision and image processing
- The latest graphics drivers and APIs, including OpenGL 4.5, OpenGL ES 3.2, EGL 1.4 and Vulkan 1.0
- CUDA® 8, which turns the GPU into a general-purpose massively parallel processor, giving developers access to tremendous performance and power-efficiency

**Availability**

The NVIDIA Jetson TX2 Developer Kit, which includes the carrier board and Jetson TX2 module, can be preordered today for $599 in the United States and Europe and will begin shipping March 14. It will be available in other regions in the coming weeks. The Jetson TX2 module will be available in Q2 for $399 (in quantities of 1,000 or more) from NVIDIA and its distributors around the world. The price of the Jetson TX1 Developer Kit has been reduced to $499.

**Keep Current on NVIDIA**

Subscribe to the NVIDIA blog, follow us on Facebook, Google+, Twitter, LinkedIn and Instagram, and view NVIDIA videos on YouTube and images on Flickr.

and Autonomous Vehicle Development
March 16, 2026



NVIDIA Enters Production With Dynamo, the Broadly Adopted Inference Operating System for AI Factories
March 16, 2026

**About NVIDIA**

NVIDIA's (NASDAQ: NVDA) invention of the GPU in 1999 sparked the growth of the PC gaming market, redefined modern computer graphics and revolutionized parallel computing. More recently, GPU deep learning ignited modern AI -- the next era of computing -- with the GPU acting as the brain of computers, robots and self-driving cars that can perceive and understand the world. Today, NVIDIA is increasingly known as "the AI computing company." More information at http://nvidianews.nvidia.com/.

Certain statements in this press release including, but not limited to, statements as to: the impact, performance and benefits of Jetson TX2 and the Jetson platform; and the availability of Jetson TX2 are forward-looking statements that are subject to risks and uncertainties that could cause results to be materially different than expectations. Important factors that could cause actual results to differ materially include: global economic conditions; our reliance on third parties to manufacture, assemble, package and test our products; the impact of technological development and competition; development of new products and technologies or enhancements to our existing product and technologies; market acceptance of our products or our partners' products; design, manufacturing or software defects; changes in consumer preferences or demands; changes in industry standards and interfaces; unexpected loss of performance of our products or technologies when integrated into systems; as well as other factors detailed from time to time in the reports NVIDIA files with the Securities and Exchange Commission, or SEC, including its Form 10-K for the fiscal period ended January 29, 2017. Copies of reports filed with the SEC are posted on the company's website and are available from NVIDIA without charge. These forward-looking statements are not guarantees of future performance and speak only as of the date hereof, and, except as required by law, NVIDIA disclaims any obligation to update these forward-looking statements to reflect future events or circumstances.

© 2017 NVIDIA Corporation. All rights reserved. NVIDIA, the NVIDIA logo, Jetson, Pascal, Tegra, TensorRT, VisionWorks and CUDA are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated. Features, pricing, availability and specifications are subject to change without notice.

## Media Contacts

Global contacts for media inquiries.

All Contacts

## Stay Informed

Newsroom updates delivered to your inbox.

Subscribe

**Source URL:** https://nvidianews.nvidia.com/news/nvidia-jetson-tx2-enables-ai-at-the-edge

**Collection Timestamp:** Wed Mar 18 2026 10:16:39 GMT-0700 (Pacific Daylight Time)

NVIDIA_Redstone026017



**Source URL:** https://nvidianews.nvidia.com/news/nvidia-jetson-tx2-enables-ai-at-the-edge

**Collection Timestamp:** Wed Mar 18 2026 10:16:39 GMT-0700 (Pacific Daylight Time)

NVIDIA_Redstone026018