# Exhibit 2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| *In re* patent of Wolfe, et al. | § § | Attorney Docket No.: |
| | § | 500712.000038 |
| U.S. Patent 8,549,339 | § § | |
| | § | Customer No.: 47604 |
| Issue Date: October 1, 2013 | § § | |
| | § | |
| Filing Date: February 26, 2010 | § § | |
| | § | |
| For: PROCESSOR CORE | § | |
| COMMUNICATION IN MULTI- | § | |
| CORE PROCESSOR | § | |

## REQUEST FOR *EX* PARTE REEXAMINATION OF
## U.S. PATENT 8,549,339

Mail stop "Ex Parte Reexam"
Attn: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Commissioner:

Pursuant to the provisions of 35 U.S.C. §§ 301-307, Advanced Micro Devices, Inc. ("Requester") hereby requests an *ex parte* reexamination of claims 1-5, 8-11, 14, and 21 (the "Challenged Claims") of U.S. Patent 8,549,339 (the "'339 Patent, Ex. 1001"), which issued on October 1, 2013 to Wolfe et al. from U.S. Patent Application 12/713,220 (the "'220 Application") filed on February 26, 2010.[1] The

---

[1] At this time, Requester assumes this priority date is correct.

i

'339 Patent is currently assigned Redstone Logics LLC ("Redstone" or "Patent Owner"). The assignment is recorded in the U.S. Patent and Trademark Office ("USPTO") at reel/frame 062120/0206, 064575/0934, 048373/0217, and 024009/0530.

Requester submits that this Request presents substantial new questions of patentability based on prior art references that are non-cumulative of the considerations that were before the Examiner during the original prosecution of the '339 Patent. Requester also submits that this Request shows that the Challenged Claims are invalid over these references. Requester therefore requests that an order for reexamination and an Office Action rejecting claims 1-5, 8-11, 14, and 21 be issued.

### *Ex Parte Patent Reexamination Filing Requirements*

Pursuant to 37 C.F.R. § 1.510(b)(1), statements pointing out at least one substantial new question of patentability based on material, non-cumulative reference patents and printed publications for the Challenged Claims of the '339 Patent are provided in Sections I and II of this Request.

Pursuant to 37 C.F.R. § 1.510(b)(2), reexamination of the Challenged Claims of the '339 Patent is requested, and a detailed explanation of the pertinence and manner of applying the cited references to the Challenged Claims is provided in Section II of this Request.

Request for *Ex Parte* Reexamination, U.S. Patent 8,549,339

| Name | Number | District | Status |
|---|---|---|---|
| *Redstone Logics LLC v. NXP Semiconductors NV* | 7-24-cv-00028 | W.D. Tex. | Terminated |
| *Redstone Logics LLC v. MediaTek Inc.* | 7-24-cv-00029 | W.D. Tex. | Terminated |
| *Redstone Logics LLC v. Samsung Electronics Co.* | 2-23-cv-00485 | E.D. Tex. | Terminated |

## IV.   CONCLUSION

The Commissioner is hereby authorized to charge Deposit Account Number 503266 under Docket No. 500712.000038 the *Ex Parte* Reexamination fee of $13,545 under 37 C.F.R. § 1.20(c)(1). Requester believes no other fee is due with this submission, however the Commissioner is hereby authorized to charge any fee deficiency or credit any over-payment to Deposit Account Number 503266.

Please direct all correspondence in this matter to the undersigned.

120

Request for *Ex Parte* Reexamination, U.S. Patent 8,549,339

Dated: December 9, 2025

Respectfully submitted,

*/Jennifer Librach Nall/*
Jennifer Librach Nall
Reg. No. 57,053
Michael Saulnier
Reg. No. 78,432
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
Jennifer.Nall.ptab@us.dlapiper.com
Michael.saulnier@us.dlapiper.com

Daniel Valencia
Reg. No. 56,463
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
Daniel.valencia@us.dlapiper.com

Chris M. Katsantonis
Reg. No. 78,388
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Chis.katsantonis@us.dlapiper.com

*Attorneys for Advanced Micro Devices, Inc.*

121