# Exhibit 5



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2025

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………..…………………………………………… 16022

|  |  |  |
|---|---|---|
| a. By patent owner | 4039 | 25.2% |
| b. by other member of the public | 11808 | 73.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 4101 | 25.6% |
| b. Electrical Operation | 6220 | 38.8% |
| c. Mechanical Operation | 5175 | 32.3% |
| d. Design Patents | 526 | 3.3% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 417 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | 2025 | 491 |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 |  |  |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 |  |  |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 |  |  |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 |  |  |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 |  |  |

4. Number known to be in litigation……………..……………………………………………………………… 6495   40.5%

5. Decisions on requests [2] …………………..……………………………………………………………… 15998

|  |  |  |
|---|---|---|
| a. No. granted | 14833 | 92.7% |
| (1) By examiner | 14644 |  |
| (2) By Director (on petition) | 189 |  |
| b. No. denied | 1294 | 8.1% |
| (1) By examiner | 1165 |  |
| (2) Reexam vacated | 129 |  |

6. Total examiner denials (includes denials reversed by Director)………………..………………… 1138

|  |  |  |
|---|---|---|
| a. Patent owner requester | 531 | 46.7% |
| b. Third party requester | 607 | 53.3% |

1/2

2/2

7. Overall reexamination pendency (Filing date to certificate issue date).........................
      a. Average pendency                                            25.2 (mos.)
      b. Median pendency                                            18.9 (mos.)

8. Reexam certificate claim analysis [3]:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 16% | 0% | 22.2% | 2919 |
| b. Certificates with all claims canceled | 3% | 11% | 0% | 14.5% | 1898 |
| c. Certificates with claims changes | 21% | 41% | 1% | 63.3% | 8309 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………   13126

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 4025 |
|     a. All claims confirmed | 859 | 21.3% |
|     b. All claims canceled | 413 | 10.3% |
|     c. Claims changed | 2753 | 68.4% |
| b. Certificates – 3rd PARTY REQUESTER | | 8927 |
|     a. All claims confirmed | 2043 | 22.9% |
|     b. All claims canceled | 1439 | 16.1% |
|     c. Claims changed | 5445 | 61.0% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 17 | 9.8% |
|     b. All claims canceled | 46 | 26.4% |
|     c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that did not receive a filing date or have been vacated or are pending

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Claims analysis is only of requested claims and certificates of merged reexams are only counted once. Reexaminations merged with reissues are not include in analysis



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………...………………………………………… 15541
    a. By patent owner                  4066    26.2%
    b. by other member of the public        11300    72.7%
    c. By order of Commissioner           175    1.1%

2. Number of Filings by discipline
    a. Chemical Operation              4032    25.9%
    b. Electrical Operation             5978    38.5%
    c. Mechanical Operation          5095    32.8%
    d. Design Patents                 436    2.8%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………… 6099    39.2%

5. Decisions on requests [2] ……………………………………………………………………… 15536
    a. No. granted                   14386    92.6%
        (1) By examiner             14197
        (2) By Director (on petition)     189
    b. No. denied                     1244    8.0%
        (1) By examiner             1150
        (2) Reexam vacated         94

6. Total examiner denials (includes denials reversed by Director)…………….……………… 1138
    a. Patent owner requester         533    46.8%
    b. Third party requester          605    53.2%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

     a. Average pendency                                                        25.1 (mos.)

     b. Median pendency                                                         18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………     12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

     a. Certificates – PATENT OWNER REQUESTER                    6853

          a. All claims confirmed                   1620    23.6%

          b. All claims canceled                    781    11.4%

          c. Claims changed                      4452    65.0%

     b. Certificates – 3rd PARTY REQUESTER                      5794

          a. All claims confirmed                   1172    20.2%

          b. All claims canceled                    980    16.9%

          c. Claims changed                      3642    62.9%

     c. Certificates – COMMISSIONER INITIATED REEXAM          174

          a. All claims confirmed                      17    9.8%

          b. All claims canceled                      46    26.4%

          c. Claims changed                      111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]...............................................................    15114
    a. By patent owner    4027    26.6%
    b. by other member of the public    10912    72.2%
    c. By order of Commissioner    175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation    3977    26.3%
    b. Electrical Operation    5796    38.3%
    c. Mechanical Operation    4989    33.0%
    d. Design Patents    352    2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation...........................................................................    5593    37.0%

5. Decisions on requests [2] ......................................................................................    14485
    a. No. granted    13376    92.3%
        (1) By examiner    13187
        (2) By Director (on petition)    189
    b. No. denied    1198    8.3%
        (1) By examiner    1109
        (2) Reexam vacated    89

6. Total examiner denials (includes denials reversed by Director).......................    1110
    a. Patent owner requester    526    47.4%
    b. Third party requester    584    52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

|  |  |
|---|---|
| a. Average pendency | 25.2 (mos.) |
| b. Median pendency | 18.9 (mos.) |

8. Reexam certificate claim analysis:

|  | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

|  |  |  |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER |  | 3983 |
|     a. All claims confirmed | 854 | 21.4% |
|     b. All claims canceled | 400 | 10.0% |
|     c. Claims changed | 2729 | 68.5% |
| b. Certificates – 3rd PARTY REQUESTER |  | 8226 |
|     a. All claims confirmed | 1804 | 21.9% |
|     b. All claims canceled | 1250 | 15.2% |
|     c. Claims changed | 5172 | 62.9% |
| c. Certificates – COMMISSIONER INITIATED REEXAM |  | 174 |
|     a. All claims confirmed | 17 | 9.8% |
|     b. All claims canceled | 46 | 26.4% |
|     c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ………….………………………………………… 14827

|  |  |  |
|---|---|---|
| a. By patent owner | 4001 | 27.0% |
| b. by other member of the public | 10651 | 71.8% |
| c. By order of Commissioner | 175 | 1.2% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3937 | 26.6% |
| b. Electrical Operation | 5644 | 38.1% |
| c. Mechanical Operation | 4917 | 33.2% |
| d. Design Patents | 329 | 2.2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 |  |  |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 |  |  |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 |  |  |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 |  |  |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 |  |  |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 |  |  |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 |  |  |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 |  |  |

4. Number known to be in litigation……………………………………………………………………… 5592 37.7%

5. Decisions on requests [2] …………………………………………………………………………… 14485

|  |  |  |
|---|---|---|
| a. No. granted | 13376 | 92.3% |
| (1) By examiner | 13187 |  |
| (2) By Director (on petition) | 189 |  |
| b. No. denied | 1198 | 8.3% |
| (1) By examiner | 1109 |  |
| (2) Reexam vacated | 89 |  |

6. Total examiner denials (includes denials reversed by Director)……………..……………… 1110

|  |  |  |
|---|---|---|
| a. Patent owner requester | 526 | 47.4% |
| b. Third party requester | 584 | 52.6% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

| | |
|---|---|
| a. Average pendency | 25.0 (mos.) |
| b. Median pendency | 19.1 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3980 |
| a. All claims confirmed | 851 | 21.4% |
| b. All claims canceled | 395 | 9.9% |
| c. Claims changed | 2734 | 68.7% |
| b. Certificates – 3rd PARTY REQUESTER | | 8008 |
| a. All claims confirmed | 1724 | 21.5% |
| b. All claims canceled | 1182 | 14.8% |
| c. Claims changed | 5102 | 63.7% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
| a. All claims confirmed | 17 | 9.8% |
| b. All claims canceled | 46 | 26.4% |
| c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………….......…………………………………… 14489

|  |  |  |
|---|---|---|
| a. By patent owner | 3979 | 27.5% |
| b. by other member of the public | 10335 | 71.3% |
| c. By order of Commissioner | 175 | 1.2% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3889 | 26.8% |
| b. Electrical Operation | 5452 | 37.6% |
| c. Mechanical Operation | 4844 | 33.4% |
| d. Design Patents | 304 | 2.1% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation……………………………………………………………………………… 5593    38.6%

5. Decisions on requests [2] ……………………………………………………………………………………. 14491

|  |  |  |
|---|---|---|
| a. No. granted | 13386 | 92.4% |
| (1) By examiner | 13197 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1185 | 8.2% |
| (1) By examiner | 1105 | |
| (2) Reexam vacated | 80 | |

6. Total examiner denials (includes denials reversed by Director)………………..………………… 1105

|  |  |  |
|---|---|---|
| a. Patent owner requester | 526 | 47.6% |
| b. Third party requester | 579 | 52.4% |

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

      a. Average pendency                                              26.0 (mos.)

      b. Median pendency                                               19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………     11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

      a. Certificates – PATENT OWNER REQUESTER                 3957

            a. All claims confirmed              846    21.4%

            b. All claims canceled               386    9.8%

            c. Claims changed                2725    68.9%

      b. Certificates – 3rd PARTY REQUESTER                     7812

            a. All claims confirmed            1667    21.3%

            b. All claims canceled           1127    14.4%

            c. Claims changed            5018    64.2%

      c. Certificates – COMMISSIONER INITIATED REEXAM        174

            a. All claims confirmed              17    9.8%

            b. All claims canceled             46    26.4%

            c. Claims changed             111    63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………..……………………………………… 14185
   - a. By patent owner                                                                          3954    27.9%
   - b. by other member of the public                                                            10056   70.9%
   - c. By order of Commissioner                                                                  175    1.2%

2. Number of Filings by discipline
   - a. Chemical Operation                                                                       3843    27.1%
   - b. Electrical Operation                                                                     5279    37.2%
   - c. Mechanical Operation                                                                     4790    33.8%
   - d. Design Patents                                                                            273    1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation……………………………………………………………………………… 5428    38.3%

5. Decisions on requests [2] ………………………………………………………………………………… 14185
   - a. No. granted                                                                             13082   92.2%
     - (1) By examiner                                                                          12888
     - (2) By Director (on petition)                                                             194
   - b. No. denied                                                                              1183    8.3%
     - (1) By examiner                                                                          1103
     - (2) Reexam vacated                                                                        80

6. Total examiner denials (includes denials reversed by Director)……………….………………… 1103
   - a. Patent owner requester                                                                   525    47.6%
   - b. Third party requester                                                                    578    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                      25.7 (mos.)

    b. Median pendency                                      19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER              3960

        a. All claims confirmed            809   20.4%

        b. All claims canceled            396   10.0%

        c. Claims changed            2755   69.6%

    b. Certificates – 3rd PARTY REQUESTER               8630

        a. All claims confirmed           1846   21.4%

        b. All claims canceled         1226   14.2%

        c. Claims changed           5558   64.4%

    c. Certificates – COMMISSIONER INITIATED REEXAM     174

        a. All claims confirmed             17   9.8%

        b. All claims canceled            46   26.4%

        c. Claims changed            111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ………………………………………………… 13987
    a. By patent owner 3919 28%
    b. by other member of the public 9893 71%
    c. By order of Commissioner 175 1%

2. Number of Filings by discipline
    a. Chemical Operation 3791 27%
    b. Electrical Operation 5214 37%
    c. Mechanical Operation 4732 34%
    d. Design Patents 250 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation…………………………………………………………………………… 1938 14%

5. Decisions on requests [2] …………………………………………………………………………………… 14130
    a. No. granted 12905 91%
        (1) By examiner 12718
        (2) By Director (on petition) 187
    b. No. denied 1277 9%
        (1) By examiner 1225
        (2) Reexam vacated 52

6. Total examiner denials (includes denials reversed by Director)……………………………… 1226
    a. Patent owner requester 524 43%
    b. Third party requester 702 57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                                       25.8 (mos.)
      b. Median pendency                                                       19.4 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Total ex parte reexamination certificates issued (1981 – present) ...........................    11980

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                  3325
            a. All claims confirmed                 693    21%
            b. All claims canceled                  300     9%
            c. Claims changed                    2332    70%
      b. Certificates – 3rd PARTY REQUESTER                     8481
            a. All claims confirmed               1769    21%
            b. All claims canceled               1170    14%
            c. Claims changed                  5542    65%
      c. Certificates – COMMISSIONER INITIATED REEXAM          174
            a. All claims confirmed                  18    10%
            b. All claims canceled                  47    27%
            c. Claims changed                   109    63%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81. [1] …………………………………………………… 13824

|  |  |  |
|---|---|---|
| a. By patent owner | 3910 | 28% |
| b. by other member of the public | 9739 | 70% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3741 | 27% |
| b. Electrical Operation | 5160 | 37% |
| c. Mechanical Operation | 4681 | 34% |
| d. Design Patents | 242 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation………..…………………………………………………… 1854    13%

5. Decisions on requests [2] ……………………………………………………………………… 13966

|  |  |  |
|---|---|---|
| a. No. granted | 12745 | 91% |
| (1) By examiner | 12561 | |
| (2) By Director (on petition) | 184 | |
| b. No. denied | 1272 | 9% |
| (1) By examiner | 1221 | |
| (2) Reexam vacated | 51 | |

6. Total examiner denials (includes denials reversed by Director)……………………………… 1222

|  |  |  |
|---|---|---|
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 698 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

| | |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% | 2473 |
| b. All claims canceled | 3% | 10% | 0% | 13% | 1504 |
| c. Claims changed | 20% | 46% | 1% | 67% | 7962 |

9. Total ex parte reexamination certificates issued (1981 – present) ...........................    11939

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3323 |
| a. All claims confirmed | 693 | 21% |
| b. All claims canceled | 299 | 9% |
| c. Claims changed | 2331 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8442 |
| a. All claims confirmed | 1762 | 21% |
| b. All claims canceled | 1158 | 14% |
| c. Claims changed | 5522 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
| a. All claims confirmed | 18 | 10% |
| b. All claims canceled | 47 | 27% |
| c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………………… 13641
     a. By patent owner — 3912 — 29%
     b. by other member of the public — 9686 — 71%
     c. By order of Commissioner — 43 — 0%

2. Number of Filings by dicipline
     a. Chemical Operation — 3670 — 27%
     b. Electrical Operation — 5148 — 38%
     c. Mechanical Operation — 4596 — 34%
     d. Design Patents — 227 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation………………………………………………………………………………… 4648 — 34%

5. Decisions on requests……………………………………………………………………………… 13147
     a. No. granted — 12047 — 92%
          (1) By examiner — 11913
          (2) By Director (on petition) — 134
     b. No. denied — 1100 — 8%
          (1) By examiner — 1054
          (2) Reexam vacated — 46

6. Total examiner denials (includes denials reversed by Director)……………...…………………… 1056
     a. Patent owner requester — 494 — 47%
     b. Third party requester — 562 — 53%

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency — 26.4 (mos.)
     b. Median pendency — 19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.