# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | CASE NO. 7:25-CV-00184 [ADA] |

## NOTICE OF WITHDRAWAL OF OPPOSED MOTION TO STAY

Defendant NVIDIA Corporation ("NVIDIA") filed an Opposed Motion to Stay on June 10, 2026. Dkt. 42. That same day the Court issued an order denying a similar motion to stay in a case that involves the same asserted patent and case schedule. Order Denying Apple Inc.'s Motion to Stay, *Redstone Logics LLC v. Apple Inc.*, No. 7:25-cv-00183-ADA (W.D. Tex. June 10, 2026), Dkt. 53. In view of that decision, and to avoid unnecessarily burdening the Court, NVIDIA withdraws its Opposed Motion to Stay.

Dated: June 15, 2026                          Respectfully submitted,

                                              /s/ Tyler R. Bowen
                                              Chad S. Campbell, Bar No. 012080
                                              Tyler R. Bowen, Bar No. 025376
                                              Jaymin Patel, Bar No. 037693*
                                              Elizabeth J. Baxter, Bar No. 037969*
                                              **PERKINS COIE LLP**
                                              2525 E. Camelback Road, Suite 500
                                              Phoenix, Arizona 85016-4227
                                              Tel.: 602-351-8000
                                              Fax: 602-648-7000
                                              CSCampbell@perkinscoie.com
                                              TBowen@perkinscoie.com
                                              JPatel@perkinscoie.com
                                              EBaxter@perkinscoie.com

-1-

-2-

Philip A. Morin, Bar No. 256864*
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
PMorin@perkinscoie.com

Shaun W. Hassett, SBN 24074372
Michael E. Jones, SBN 10929400
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
ShaunHassett@potterminton.com
MikeJones@potternminton.com

*Attorneys for Defendant NVIDIA Corporation*

*Admitted pro hac vice