**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, | CASE NO. 7:25-CV-00184 [ADA] |
| Plaintiff, | |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

**NOTICE OF LAW FIRM NAME CHANGE**

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, addresses, telephone numbers, or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email addresses as follows:

**Ashurst Perkins Coie US LLP**

2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Chad S. Campbell – Chad.Campbell@ashurstperkins.com
Tyler R. Bowen – Tyler.Bowen@ashurstperkins.com
Jaymin Patel – Jaymin.Patel@ashurstperkins.com
Elizabeth J. Baxter – Lizzy.Baxter@ashurstperkins.com

11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Philip Morin – Phil.Morin@ashurstperkins.com

-1-

Dated:  July 15, 2026

Respectfully submitted,

/s/ Chad S. Campbell
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376
Jaymin Patel, Bar No. 037693*
Elizabeth J. Baxter, Bar No. 037969*
**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
Chad.Campbell@ashurstperkins.com
Tyler.Bowen@ashurstperkins.com
Jaymin.Patel@ashurstperkins.com
Lizzy.Baxter@ashurstperkins.com

Philip A. Morin, Bar No. 256864*
**ASHURST PERKINS COIE US LLP**
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
Phil.Morin@ashurstperkins.com

Shaun W. Hassett, SBN 24074372
Michael E. Jones, SBN 10929400
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
ShaunHassett@potterminton.com
MikeJones@potterminton.com

*Attorneys for Defendant NVIDIA Corporation*

*Admitted pro hac vice

-2-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served July 15, 2026 to all counsel of record, via the Court's CM/ECF system

Reza Mirzaie
Marc A. Fenster
Neil A. Rubin
Christian W. Conkle
Jonathan Ma
Joshua Scheufler
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Qi (Peter) Tong
**RUSS AUGUST & KABAT**
8080 N. Central Expressway, Suite 1503
Dallas, Texas 75206

/s/ Chad S. Campbell
Chad S. Campbell