# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC

vs.                                           Case No.:  7:25-cv-00184-ADA

NVIDIA CORPORATION

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Aaron Matz__ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __NVIDIA Corporation__ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
   __Ashurst Perkins Coie US LLP__ with offices at:

   Mailing address: __2525 E. Camelback Road, Suite 500__

   City, State, Zip Code: __Phoenix, Arizona 85016__

   Telephone: __602-351-8000__         Facsimile: __602-648-7000__

2.    Since __November 2005__ , Applicant has been and presently is a

   member of and in good standing with the Bar of the State of __Arizona__ .

   Applicant's bar license number is __24108__ .

3.    Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | Arizona | November 2005 |
   | USDC of Arizona | April 2006 |
   | US Court of Appeals, 9th Cir. | July 2006 |
   | US Court of Appeals, Fed. Cir. | May 2007 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:25-CV-01228-RP on the 11 day of November, 2025.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Chad S. Campbell

Mailing address: Ashurst Perkins Coie US LLP, 2525 E. Camelback Road, Suite 500

City, State, Zip Code: Phoenix, Arizona 85016

Telephone: 602-351-8000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Aaron Matz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Aaron Matz
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th day of July, 2026.

Aaron Matz
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND-ODESSA DIVISION**

REDSTONE LOGICS LLC

vs.                                                    Case No.:  7:25-cv-00184-ADA

NVIDIA CORPORATION


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Aaron Matz , counsel for

NVIDIA Corporation , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Aaron Matz  may appear on behalf of  NVIDIA Corporation

in the above case.

IT IS FURTHER ORDERED that  Aaron Matz , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  July , 20_____.


_____
UNITED STATES DISTRICT JUDGE