**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:25-cv-00184[ADA] |
| | § | |
| NVIDIA CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

## UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER

Defendant NVIDIA Corporation ("Defendant") moves for the Court to enter the Supplemental Protective Order attached as Exhibit A.  The Court previously entered a Protective Order to protect Party and Non-Party confidential business information in the above-referenced action on October 9, 2025 (Dkt. No. 24) ("Protective Order").

Texas Instruments ("TI"), a non-party to this action, may produce confidential source code and other documents in this action that include or incorporate confidential business information ("CBI") belonging to TI. The Parties and TI have agreed to provisions in addition to those contained in the Protective Order to protect against misuse or disclosure of such TI CBI.

Therefore, Defendant respectfully requests that the Court enter the Supplemental Protective Order attached as Exhibit A.

Dated: July 24, 2026

Respectfully submitted,

By:  */s/ Shaun W. Hassett*

Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376
Jaymin Patel, Bar No. 037693*
Elizabeth J. Baxter, Bar No. 037969*
Aaron Matz, Bar No. 24108*
**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
chad.campbell@ashurstperkins.com
tyler.bowen@ashurstperkins.com
jaymin.patel@ashurstperkins.com
lizzy.baxter@ashurstperkins.com
aron.matz@ashurstperkins.com

Philip A. Morin, Bar No. 256864*
**ASHURST PERKINS COIE US LLP**
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
phil.morin@ashurstperkins.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com

*Admitted Pro Hac Vice

**Attorneys for NVIDIA Corporation**

2

**CERTIFICATE OF CONFERENCE**

This is to certify that on July 24, 2026, counsel for Defendant conferred via email with counsel for Plaintiff regarding this motion. During the conference, counsel for Plaintiff stated that this motion was unopposed.

*/s/ Shaun W. Hassett*
Shaun W. Hassett

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 24, 2026.

*/s/ Shaun W. Hassett*
Shaun W. Hassett