**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC, | CASE NO. 7:25-CV-00184 [ADA] |
| Plaintiff, | |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

**JOINT STIPULATION REGARDING AMENDMENT TO SCHEDULING ORDER TO
EXTEND DISCOVERY DEADLINES**

Pursuant to this Court's September 18, 2025, Standing Order Regarding a Joint or Unopposed Request to Change Deadlines, Plaintiff Redstone Logics LLC and Defendant NVIDIA Corporation hereby notify the Court of the stipulated changes to the Scheduling Order, ECF No. 22, to extend certain discovery deadlines as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | August 10, 2026 | August 31, 2026 |
| Opening Expert Reports | September 4, 2026 | September 18, 2026 |
| Rebuttal Expert Reports | October 2, 2026 | October 16, 2026 |
| Close of Expert Discovery | October 23, 2036 | October 30, 2026 |

The extension of the fact discovery deadline to August 31, 2026 is limited to completing party depositions and compliance with third-party subpoenas issued with a compliance date of August 10 or earlier.  It does not extend the deadline to serve any new written discovery, including interrogatories, requests for admission, and requests for production, or any new third-party discovery, which remain governed by the August 10, 2026 deadline, absent good cause. Accordingly, any such discovery must be served sufficiently in advance of August 10, 2026 to allow the full response period.

The stipulated extensions are necessary to allow the parties sufficient time to complete outstanding fact discovery, including the taking of party and third-party depositions, and to allow their respective experts adequate time to prepare and exchange reports.  The amended dates do not change the date of any currently-scheduled hearing, trial, or other Court date, do not extend any deadline of a final submission that affects the Court's ability to hold any scheduled hearing, trial, or Court event, and do not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date.

Dated:  July 28, 2026

Respectfully submitted,

/s/ *Jonathan Ma with permission*
RUSS AUGUST & KABAT
Reza Mirzaie, CA Bar No. 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, CA Bar No. 181067
Email: mfenster@raklaw.com
Neil A. Rubin, CA Bar No. 250761
Email: nrubin@raklaw.com
Christian W. Conkle, CA Bar No. 306374
Email: cconkle@raklaw.com
Jonathan Ma, CA Bar No. 312773
Email: jma@raklaw.com
Joshua Scheufler, TX Bar No. 24123406
Email: jscheufler@raklaw.com
Brian D. Ledahl, CA Bar No. 186579
Email: bledahl@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
Email: bwang@raklaw.com
Linjun Xu, CA Bar No. 307667
Email: lxu@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong, TX Bar No. 24119042
Email: ptong@raklaw.com
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

/s/ *Tyler R. Bowen*
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376
Aaron Matz, Bar No. 024108*
Jaymin Patel, Bar No. 037693*
Elizabeth J. Baxter, Bar No. 037969*
ASHURST PERKINS COIE US LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000
Fax: 602-648-7000
Chad.Campbell@ashurstperkins.com
Tyler.Bowen@ashurstperkins.com
Aaron.Matz@ashurstperkins.com
Jaymin.Patel@ashurstperkins.com
Lizzy.Baxter@ashurstperkins.com

Philip A. Morin, Bar No. 256864*
ASHURST PERKINS COIE US LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700
Fax: 858-720-5799
Phil.Morin@ashurstperkins.com

Shaun W. Hassett, SBN 24074372
Michael E. Jones, SBN 10929400
POTTER MINTON, P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272
Fax: 903-531-3972
ShaunHassett@potterminton.com
MikeJones@potterminton.com

*Attorneys for Defendant NVIDIA Corporation*

*Admitted Pro Hac Vice

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served July 28, 2026 to all counsel of record, via the Court's CM/ECF system

Reza Mirzaie
Marc A. Fenster
Neil A. Rubin
Christian W. Conkle
Jonathan Ma
Joshua Scheufler
Benjamin T. Wang
Brian D. Ledahl
Linjun Xu
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Qi (Peter) Tong
**RUSS AUGUST & KABAT**
8080 N. Central Expressway, Suite 1503
Dallas, Texas 75206

                                        */s/ Tyler R. Bowen*
                                        Tyler R. Bowen

-3-