## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, | |
| *Plaintiff,* | Case No. 7:25-cv-00184-ADA |
| v. | |
| NVIDIA CORPORATION, | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

1

Plaintiff Redstone Logics LLC and Defendant NVIDIA Corporation hereby file this Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle on all matters in controversy and request that the Court stay the remaining case deadlines for 45 days, so that the parties may finalize the resolution agreement and prepare the appropriate dismissal papers for the Court.

| | |
|---|---|
| Dated: August 10, 2026 | Respectfully submitted, |
| */s/ Tyler Bowen* | */s/ Reza Mirzaie* |
| Chad S. Campbell, Bar No. 012080 | Reza Mirzaie, CA SBN 246953 |
| Tyler R. Bowen, Bar No. 025376 | Email: rmirzaie@raklaw.com |
| Jaymin Patel, Bar No. 037693* | Marc A. Fenster, CA SBN 181067 |
| Elizabeth J. Baxter, Bar No. 037969* | Email: mfenster@raklaw.com |
| Aaron Matz, Bar No. 24108* | Neil A. Rubin, CA SBN 250761 |
| **ASHURST PERKINS COIE US LLP** | Email: nrubin@raklaw.com |
| 2525 E. Camelback Road, Suite 500 | Christian W. Conkle, CA SBN 306374 |
| Phoenix, Arizona 85016-4227 | Email: cconkle@raklaw.com |
| Tel.: 602-351-8000 Fax: 602-648-7000 | Jonathan Ma, CA SBN 312773 |
| chad.campbell@ashurstperkins.com | Email: jma@raklaw.com |
| tyler.bowen@ashurstperkins.com | Joshua Scheufler, TX SBN 24123406 |
| jaymin.patel@ashurstperkins.com | Email: jscheufler@raklaw.com |
| lizzy.baxter@ashurstperkins.com | **RUSS AUGUST & KABAT** |
| aron.matz@ashurstperkins.com | 12424 Wilshire Boulevard, 12th Floor |
| Philip A. Morin, Bar No. 256864* | Los Angeles, CA 90025 |
| **ASHURST PERKINS COIE US LLP** | Telephone: 310-826-7474 |
| 11452 El Camino Real, Suite 300 | |
| San Diego, California 92130-2080 | Qi (Peter) Tong, TX SBN 24119042 |
| Tel.: 858-720-5700  Fax: 858-720-5799 | Email: ptong@raklaw.com |
| phil.morin@ashurstperkins.com | **RUSS AUGUST & KABAT** |
| Shaun W. Hassett, SBN: 24074372 | 8080 N. Central Expy., Suite 1503 |
| Michael E. Jones, SBN: 10929400 | Dallas, TX 75206 |
| **POTTER MINTON, P.C.** | Telephone: 310-826-7474 |
| 102 North College, Suite 900 | |
| Tyler, Texas 75702 | *Attorneys for Plaintiff Redstone Logics LLC* |
| Tel.: 903-525-2272  Fax: 903-531-3972 | |
| shaunhassett@potterminton.com | |
| mikejones@potterminton.com | |
| *Admitted Pro Hac Vice | |
| | |
| *Attorneys for NVIDIA Corporation* | |

2

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

*/s/ Reza Mirzaie*
Reza Mirzaie