**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

*Plaintiff,*

v.

NVIDIA CORPORATION,

*Defendant.*

Case No. 7:25-cv-00184-ADA

**JURY TRIAL DEMANDED**

**ORDER GRANTING MOTION TO STAY ALL DEADLINES**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Resolution filed by Plaintiff Redstone Logics LLC and Defendant NVIDIA Corporation. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed for 45 days.

IT IS SO ORDERED.

Signed: 08/17/2026.

ALAN D ALBRIGHT
US DISTRICT JUDGE