**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 7:25-cv-00184-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Redstone Logics LLC ("Plaintiff") and Defendant NVIDIA Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims or defenses for relief against Plaintiff without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 23, 2026

*/s/ Tyler R. Bowen*
Chad S. Campbell, Bar No. 012080
Tyler R. Bowen, Bar No. 025376
Jaymin Patel, Bar No. 037693*
Elizabeth J. Baxter, Bar No. 037969*
Aaron Matz, Bar No. 24108*
**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel.: 602-351-8000 Fax: 602-648-7000
chad.campbell@ashurstperkins.com

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie, CA SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, CA SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, CA SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, CA SBN 312773
Email: jma@raklaw.com

tyler.bowen@ashurstperkins.com
jaymin.patel@ashurstperkins.com
lizzy.baxter@ashurstperkins.com
aaron.matz@ashurstperkins.com

Philip A. Morin, Bar No. 256864*
**ASHURST PERKINS COIE US LLP**
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Tel.: 858-720-5700 Fax: 858-720-5799
phil.morin@ashurstperkins.com

Shaun W. Hassett, SBN: 24074372
Michael E. Jones, SBN: 10929400
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas 75702
Tel.: 903-525-2272 Fax: 903-531-3972
shaunhassett@potterminton.com
mikejones@potterminton.com
*Admitted Pro Hac Vice

*Attorneys for NVIDIA Corporation*

Joshua Scheufler, TX SBN 24123406
Email: jscheufler@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong, TX SBN 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

*Attorneys for Plaintiff Redstone Logics LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this filing, and these contents are agreed.

*/s/ Reza Mirzaie*
Reza Mirzaie