**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

*Plaintiff,*

v.

NVIDIA CORPORATION,

*Defendant.*

Case No. 7:25-cv-00184-ADA

**JURY TRIAL DEMANDED**

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Redstone Logics LLC ("Plaintiff") and Defendant NVIDIA Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims and/or defenses against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims and/or defenses against plaintiff without prejudice, and, with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered the request, is of the opinion that their request for dismissal should be granted.

IT IS THERFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims and/or defenses against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.